Fill in this information to identify the case:

United States Bankruptcy Court for the:

Eastern District of Virginia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | GMS Sunset LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 33-1060039 | |
| 4. **Debtor's address** | **Principal place of business** 1141 Elden St., STE 224 Number   Street  Herndon   VA   20170 City            State   ZIP Code  Fairfax County County | **Mailing address, if different from principal place of business** Number   Street  P.O. Box  City            State   ZIP Code **Location of principal assets, if different from principal place of business** 294 Sunset Park Dr Number   Street  Herndon   VA   20170 City            State   ZIP Code |
| 5. **Debtor's website** (URL) | | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201               Voluntary Petition for Non-Individuals Filing for Bankruptcy               page 1

Debtor __GMS Sunset LLC_____   Case number (*if known*)_____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>   5311 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☐ No<br>☑ Yes.   District __EDVA__   When __08/17/2023__   Case number __23-11315__<br>                                        MM / DD / YYYY<br>        District _____   When _____   Case number _____<br>                                        MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.   Debtor _____   Relationship _____<br>        District _____   When _____<br>                                                                MM / DD / YYYY<br>        Case number, if known _____ |

Debtor   GMS Sunset LLC                                             Case number (*if known*)_____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number      Street

_____

_____    _____   _____
City                                      State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

           Contact name   _____

           Phone          _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor  GMS Sunset LLC
        Name

Case number (*if known*)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/11/2025
            MM / DD / YYYY

✘ /s/ Steve Bilidas
Signature of authorized representative of debtor

Steve Bilidas
Printed name

Title  Managing Member

**18. Signature of attorney**

✘ /s/ Daniel Press
Signature of attorney for debtor

Date  06/11/2025
     MM / DD / YYYY

Daniel Press
Printed name

Chung & Press, P.C.
Firm name

6718 Whittier Ave Ste 200
Number    Street

McLean                          VA        22101
City                            State     ZIP Code

7037343800                      dpress@chung-press.com
Contact phone                   Email address

37123                           VA
Bar number                      State

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

---------------------------------------------------------------X
In re:                                              :        Chapter 11
                                                    :
**GMS Sunset LLC**                                  :        No.
                                                    :
          Debtor.                                   :
                                                    :
---------------------------------------------------------------X

### CERTIFICATE OF ADOPTION OF AUTHORIZING RESOLUTION

This is to certify that, at a meeting of the Member of **GMS Sunset LLC**, a Virginia Limited Liability Company, duly called and convened June 10, 2025, with all members present, the following resolution was duly adopted:

RESOLVED, that **Steve Bilidas**, be, and he hereby is, authorized, on behalf of this Company, to cause to be prepared and filed the company's voluntary petition under Chapter 11 of Title 11 of the United States Code, and all other necessary papers in connection therewith, in the United States Bankruptcy Court for the Eastern District of Virginia, and further, to such end, to do any other acts and to take any other steps, in the name and behalf of the company, necessary or appropriate to obtaining an order for relief under such chapter of the Bankruptcy Code.

                                                                     /s/ Steve Bilidas
                                                                     Managing Member

**Fill in this information to identify the case:**

Debtor name: GMS Sunset LLC

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA, 19101 | | Unknown - scheduled for notice purposes | | | | 0.00 |
| 2 | Va Dept of Taxation<br>PO Box 1115<br>Richmond, VA, 23218 | | Unknown - scheduled for notice purposes | | | | 0.00 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  GMS Sunset LLC  
Name

Case number (*if known*) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name: GMS Sunset LLC

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (*If known*): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/11/2025
MM / DD / YYYY

✗ /s/ Steve Bilidas
Signature of individual signing on behalf of debtor

Steve Bilidas
Printed name

Managing Member
Position or relationship to debtor

**United States Bankruptcy Court**

**IN RE:**                                                        Case No._____

GMS Sunset LLC
_____  Chapter  __11_____

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Steve Bilidas<br>1141 Elden St., STE 224, Herndon, VA 20170 | 33.33 | Managing member |
| Maria Cholakis<br>1141 Elden St., STE 224, Herndon, VA 20170 | 33.33 | Other (Member) |
| George Cholakis<br>1141 Elden St., STE 224, Herndon, VA 20170 | 33.33 | Other (Member) |

United States Bankruptcy Court

Eastern District of Virginia

In re: GMS Sunset LLC

Case No.

Chapter  11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  06/11/2025

/s/ Steve Bilidas

Signature of Individual signing on behalf of debtor

Managing Member

Position or relationship to debtor

Amphora Bakery Inc.
294 Sunset Park Dr
Herndon, VA 20170

Business Finance Group, Inc.
3930 Pender Dr Ste 300
Fairfax, VA 22030

County of Fairfax DTA
12000 Government Center Pkwy
Fairfax, VA 22035

Diner DX Jnc.
1141 Elden Street, Ste. 224
Herndon, VA 20170

George Cholakis
1141 Elden St., STE 224
Herndon
VA 20170

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Maria Cholakis
1141 Elden St., STE 224
Herndon
VA 20170

Richard A. Dubose
Gebhardt & Smith
One South St Ste 2200
Baltimore, MD 21202

Steve Bilidas
1141 Elden St., STE 224
Herndon
VA 20170

Sunset Business Park Condo Assn
c/o Rees Broome
1900 Gallows Road STE 700
Vienna, VA 22181

Town of Herndon
PO Box 427
Herndon, VA 20172

Va Dept of Taxation
PO Box 1115
Richmond, VA 23218