# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF Virginia - Eastern

In re GMS Sunset LLC

Case No. _____

Chapter  11

(Debtor(s))

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for GMS Sunset LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s)' equity interests, or states that there are no entities to report under FRBP 7007:

[x]  None [check if applicable]


06/11/2025                                    /s/ Daniel Press

Date                                          Statement of attorney or Litigant