# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 25−11181−BFK
**Chapter** 11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

GMS Sunset LLC
1141 Elden Street, Ste. 224
Herndon, VA 20170

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: 33−1060039


## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS;
## AND HEARING THEREON


**TO:** **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on June 11, 2025. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:**  June 25, 2025

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 All Schedules and Statement of Financial Affairs
Summary of Your Assets and Liabilities and Certain Statistical Information

**Declaration About a Non−Individual Debtor`s Schedules; Attorney Fee Disclosure**

   If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Chief Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314*
*Date: July 29, 2025*
*Time: 11:00 AM*


*If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

Date:  June 12, 2025

/s/   Natalia Newbold
Deputy Clerk
Direct Dial Telephone No. 757−222−7524

[1007115vMarch2025.jsp]

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-11181-BFK |
| GMS Sunset LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: NataliaNe | Page 1 of 2 |
| Date Rcvd: Jun 12, 2025 | Form ID: 1007115 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 16742024 | + | Amphora Bakery Inc., 294 Sunset Park Dr, Herndon, VA 20170-5219 |
| 16742025 | + | Business Finance Group, Inc., 3930 Pender Dr Ste 300, Fairfax, VA 22030-0986 |
| 16742026 | + | County of Fairfax DTA, 12000 Government Center Pkwy, Fairfax, VA 22035-0002 |
| 16742027 | + | Diner DX Jnc., 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |
| 16742028 | + | George Cholakis, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742030 | + | Maria Cholakis, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742031 | + | Richard A. Dubose, Gebhardt & Smith, One South St Ste 2200, Baltimore, MD 21202-3343 |
| 16742032 | + | Steve Bilidas, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742033 | + | Sunset Business Park Condo Assn, c/o Rees Broome, 1900 Gallows Road STE 700, Vienna, VA 22182-3886 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16742029 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2025 00:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16742034 | + | Email/Text: town.attorney@herndon-va.gov | Jun 13 2025 00:51:00 | Town of Herndon, PO Box 427, Herndon, VA 20172-0427 |
| 16743701 | | Email/Text: atlreorg@sec.gov | Jun 13 2025 00:51:00 | U.S. Securities and Exchange Commission,, Office of Reorganization,, 950 East Paces Ferry Road, Suite 900,, Atlanta, GA 30326-1382 |
| 16742035 | + | Email/Text: va_tax_bk@harriscollect.com | Jun 13 2025 00:52:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025            Signature:            /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0422-9 | User: NataliaNe | Page 2 of 2 |
| Date Rcvd: Jun 12, 2025 | Form ID: 1007115 | Total Noticed: 13 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor GMS Sunset LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 2