| Information to identify the case: | | |
|---|---|---|
| Debtor | **GMS Sunset LLC**<br>Name | EIN: 33-1060039 |
| United States Bankruptcy Court | Eastern District of Virginia | Date case filed for chapter: 11   6/11/25 |
| Case number: | 25-11181-BFK | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | GMS Sunset LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1141 Elden Street, Ste. 224<br>Herndon, VA 20170 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101 | Contact phone (703) 734-3800<br><br>Email: dpress@chung-press.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br><br>**McVCIS 24-hour case information:**<br>Toll Free 1-866-222-8029 | **Location of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **Clerk of the Bankruptcy Court:**<br>Charri S Stewart<br><br>**Court Information:**<br>Hours open:<br>9:00 a.m. to 4:00 p.m. Monday thru Friday<br><br>Contact phone 703-258-1200<br><br>Date: 6/12/25 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **July 17, 2025 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**For telephonic 341 creditors meeting, dial-in contact information 888-330-1716, Access Code: 5678318. For updates see, www.vaeb.uscourts.gov** |

For more information, see page 2 >

| | | | |
|---|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | | For all creditors (except a governmental unit): | 10/15/25 |
| | | For a governmental unit: | 12/8/25 |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** | **Filing deadline for dischargeability complaints: September 15, 2025** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| 12. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. | |
| 13. | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Payment may be made by non debtor's check, money order, or cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non debtor's credit card. Cash is NOT accepted. | |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available @ www.vaeb.uscourts.gov*

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In re:  
GMS Sunset LLC

Social Security/Taxpayer ID Nos.:

33–1060039

Debtor(s)

Case Number:   25–11181–BFK  
Chapter  11

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND PROOFS OF INTEREST

Effective November 1, 2022, the Court's Electronic Proof of Claim (ePOC) application may be used by a claimant or claimant's agent to file a Proof of Claim electronically via the Court's internet web home page, www.vaeb.uscourts.gov. No ECF registrant login or password is required to file a proof of claim in this manner.

NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 3003–1 the deadline set by the court under Federal Rule of Bankruptcy Procedure 3003(c) for filing proofs of claim and interest is October 15, 2025 (the "Bar Date"). Claims not filed by the Bar Date with the clerk of this court will not be allowed and will be forever barred, with the following exceptions:

1. Governmental units shall have until December 8, 2025, to file proofs of claim.

2. Claims and interests listed on the debtor's schedules and **not** listed as disputed, contingent, or unliquidated. (Note: a creditor who desires to rely on the schedules of creditors has the responsibility for determining that the claim is listed accurately.)

3. Unsecured claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(3) which arise or become allowable as a result of a judgment if the judgment is for the recovery of money or property or avoids an interest in property shall be filed within 30 days after the judgment becomes final or the Bar Date set forth above, whichever is later.

4. Claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(4) arising from the rejection of an executory contract or unexpired lease shall be filed within 30 days after entry of the order approving such rejection or the Bar Date set forth above, whichever is later.

Dated:   June 12, 2025

Proof of Claim page for Chapter 11

**FOR THE COURT:**

Charri S Stewart  
Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-11181-BFK |
| GMS Sunset LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: NataliaNe | Page 1 of 2 |
| Date Rcvd: Jun 12, 2025 | Form ID: 309F1 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GMS Sunset LLC, 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |
| ust | + | Matthew W. Cheney, Office of the U.S. Trustee - Region 4, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 16742024 | + | Amphora Bakery Inc., 294 Sunset Park Dr, Herndon, VA 20170-5219 |
| 16742025 | + | Business Finance Group, Inc., 3930 Pender Dr Ste 300, Fairfax, VA 22030-0986 |
| 16742026 | + | County of Fairfax DTA, 12000 Government Center Pkwy, Fairfax, VA 22035-0002 |
| 16742027 | + | Diner DX Jnc., 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |
| 16742028 | + | George Cholakis, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742030 | + | Maria Cholakis, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742031 | + | Richard A. Dubose, Gebhardt & Smith, One South St Ste 2200, Baltimore, MD 21202-3343 |
| 16742032 | + | Steve Bilidas, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742033 | + | Sunset Business Park Condo Assn, c/o Rees Broome, 1900 Gallows Road STE 700, Vienna, VA 22182-3886 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dpress@chung-press.com | Jun 13 2025 00:49:00 | Daniel M. Press, Chung & Press, P.C., 6718 Whittier Ave., Suite 200, McLean, VA 22101 |
| 16742029 | + | EDI: IRS.COM | Jun 13 2025 04:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16742034 | + | Email/Text: town.attorney@herndon-va.gov | Jun 13 2025 00:51:00 | Town of Herndon, PO Box 427, Herndon, VA 20172-0427 |
| 16742035 | + | Email/Text: va_tax_bk@harriscollect.com | Jun 13 2025 00:52:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor GMS Sunset LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 2