# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:**    GMS Sunset LLC

**Case Number:   25–11181–BFK**                    **Date Filed:   June 11, 2025**

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005–2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1.  The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is ***www.vaeb.uscourts.gov*** and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2.  You must file a "Request for Waiver to File by Flash Drive or Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file by flash drive, **then**

3.  You must submit your documents on a flash drive using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found at Adobe's internet support page. Use a separate flash drive for each filing. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4.  You must submit your documents on a flash drive using plain text format. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the with the CM/ECF Policy Statement.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5.  You then may file conventionally on unstapled, unbound, 8 ½" x 11" single–sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Flash Drive or Conventionally" with your filing.**

**Important Note: All parties without legal representation, <u>except</u> governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  June 12, 2025                                Charri S Stewart
[VAN062vNov9.jsp]                                    Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                    Case No. 25-11181-BFK

GMS Sunset LLC                                                                            Chapter 11
                Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                          User: NataliaNe                                    Page 1 of 2

Date Rcvd: Jun 12, 2025                        Form ID: VAN062                              Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GMS Sunset LLC, 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |
| 16742024 | + | Amphora Bakery Inc., 294 Sunset Park Dr, Herndon, VA 20170-5219 |
| 16742025 | + | Business Finance Group, Inc., 3930 Pender Dr Ste 300, Fairfax, VA 22030-0986 |
| 16742026 | + | County of Fairfax DTA, 12000 Government Center Pkwy, Fairfax, VA 22035-0002 |
| 16742027 | + | Diner DX Jnc., 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |
| 16742028 | + | George Cholakis, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742030 | + | Maria Cholakis, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742031 | + | Richard A. Dubose, Gebhardt & Smith, One South St Ste 2200, Baltimore, MD 21202-3343 |
| 16742032 | + | Steve Bilidas, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742033 | + | Sunset Business Park Condo Assn, c/o Rees Broome, 1900 Gallows Road STE 700, Vienna, VA 22182-3886 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16742029 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2025 00:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16742034 | + | Email/Text: town.attorney@herndon-va.gov | Jun 13 2025 00:51:00 | Town of Herndon, PO Box 427, Herndon, VA 20172-0427 |
| 16742035 | + | Email/Text: va_tax_bk@harriscollect.com | Jun 13 2025 00:52:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025                            Signature:          /s/Gustava Winters

District/off: 0422-9

Date Rcvd: Jun 12, 2025

User: NataliaNe

Form ID: VAN062

Page 2 of 2

Total Noticed: 13

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor GMS Sunset LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 2