**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ Division

In re   GMS Sunset LLC

Debtor(s)

Case No.   25-11181-BFK

Chapter   11

# ORDER OF DESIGNATION

An order for relief under Title 11 U.S.C., Chapter  11  having been entered on the petition filed in this case on  June 11, 2025  ; it is, therefore

**ORDERED** that  Steve Bilidas, Managing Member  is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

**ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.


Date:  Jun 16 2025

/s/ Brian F Kenney
United States Bankruptcy Judge


NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
 Jun 16 2025

[ver. 12/03]