**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

-----------------------------------------------------------X
In re:                                                : Chapter 11
                                                      :
GMS Sunset LLC                                        : No. 25-11181-KHK
      Debtor.                                        :
                                                      :
-----------------------------------------------------------X

### MOTION TO EXTEND TIME FOR FILING LISTS, SCHEDULES AND STATEMENTS

COME NOW the Debtor, GMS Sunset LLC, by counsel, and, pursuant to Local Rule 1007-1(B), moves this honorable Court to extend the time for filing its Lists, Schedules, and Statements and in support thereof states the following:

1.  The Debtor's lists, statements, and schedules are due on June 25 2025.

2.  The Meeting of Creditors is scheduled for July 17, 2025.

3.  The Debtor requires additional time within which to sufficiently prepare its Lists, Schedules, and Statements.

4.  As no further authority or argument is necessary, Debtor respectfully requests that the requirement for s Memorandum be waived.

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and extend the time for filing its Lists, Schedules and Statements from June 25,

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

2025, until July 10, 2025, the seventh day before the Meeting of Creditors.

Dated: June 25, 2025.

Respectfully submitted,

  /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 25th day of June, 2025, I caused the foregoing Motion to be served by CM/ECF, where available, or first-class mail, postage pre-paid, upon all creditors and parties in interest, and the Office of the U.S. Trustee, per the attached matrix.

  /s/ Daniel M. Press
Daniel M. Press

2

```
Label Matrix for local noticing          GMS Sunset LLC                            United States Bankruptcy Court
0422-1                                    1141 Elden Street, Ste. 224              200 South Washington Street
Case 25-11181-BFK                         Herndon, VA 20170-5572                   Alexandria, VA 22314-5405
Eastern District of Virginia
Alexandria
Wed Jun 25 14:37:26 EDT 2025

Amphora Bakery Inc.                       Business Finance Group, Inc.             Commonwealth of Virginia Department of Taxat
294 Sunset Park Dr                        3930 Pender Dr Ste 300                   Department of Taxation
Herndon, VA 20170-5219                    Fairfax, VA 22030-0986                   PO BOX 2156
                                                                                   Richmond, VA 23218-2156


County of Fairfax DTA                     Diner DX Jnc.                            George Cholakis
12000 Government Center Pkwy              1141 Elden Street, Ste. 224              1141 Elden St., STE 224
Fairfax, VA 22035-0002                    Herndon, VA 20170-5572                   Herndon
                                                                                   VA 20170-5572


Internal Revenue Service                  Maria Cholakis                           Richard A. Dubose
PO Box 7346                               1141 Elden St., STE 224                  Gebhardt & Smith
Philadelphia, PA 19101-7346               Herndon                                  One South St Ste 2200
                                          VA 20170-5572                            Baltimore, MD 21202-3343


Steve Bilidas                             Sunset Business Park Condo Assn          Town of Herndon
1141 Elden St., STE 224                   c/o Rees Broome                          PO Box 427
Herndon                                   1900 Gallows Road STE 700                Herndon, VA 20172-0427
VA 20170-5572                             Vienna, VA 22182-3886


U.S. Securities and Exchange Commission,  Va Dept of Taxation                      Daniel M. Press
Office of Reorganization,                 PO Box  1115                             Chung & Press, P.C.
950 East Paces Ferry Road, Suite 900,     Richmond, VA 23218-1115                  6718 Whittier Ave., Suite 200
Atlanta, GA 30326-1382                                                             McLean, VA 22101-4531


Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Steve Bilidas                          End of Label Matrix
1141 Elden Street, Ste. 224               Mailable recipients    18
Herndon, VA 20170-5572                    Bypassed recipients     1
                                          Total                  19
```