# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## Division

In re

                                                           Case No.

              Debtor(s)                        Chapter

## ORDER EXTENDING TIME
## TO FILE LISTS, SCHEDULES AND STATEMENTS;
## AND HEARING THEREON

      The above debtor(s) having timely filed a motion to extend the time for filing certain required lists, schedules and statements pursuant to Local Rule 1007-1(B); it is, therefore

      **ORDERED**, under authority of Local Rule 1007-1(C), the time is extended to _____, which is the seventh day prior to the scheduled meeting of creditors, for filing the following:

      If you fail to timely file any of the foregoing missing documents or a motion for further extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

    *Date*:
    *Time***:**
    *Location*:

**If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed.**

NOTICE:  **The hearing will be held only if the debtor(s) fails to timely file any of the foregoing missing documents or a motion for further extension of time. The debtor is advised that a separate hearing will be held on each Order Extending Time or Notice of Possible Dismissal issued in a case.**

                                               CHARRI S. STEWART
                                               Clerk of Court

                                               By _____
                                                           Deputy Clerk

Date: _____

                                               NOTICE OF JUDGMENT OR ORDER
                                               ENTERED ON DOCKET:
                                               _____

[oextflss ver 01/25]