UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | | |
|---|---|---|
| IN RE: | * | |
| GMS SUNSET, LLC | * | Case No. 25-11181-BFK |
| Debtor. | * | Chapter 11 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE that Business Finance Group, Inc. hereby enters its appearance in the above-captioned case by and through its counsel, Richard A. DuBose, III and Gebhardt & Smith LLP, and such counsel hereby requests, pursuant to 11 U.S.C. § 102(1) and 342 and Rules 2002, 4001, and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone, facsimile numbers or e-mail addresses indicated below:

Richard A. DuBose, III
Virginia Bar No.: 91705
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385 – 5039
E-Mail: rdubo@gebsmith.com

/s/Richard A. DuBose
Virginia Bar No.: 91705
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385 – 5039
E-Mail: rdubo@gebsmith.com
Counsel to Business Finance Group