UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re: : | |
| : | |
| GMS SUNSET, L.L.C. : | |
| : | Case No. 25-11181-BFK |
| : | (Chapter 7) |
| Debtors. : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

WILL THE CLERK OF THE COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Rees Broome, PC, and Erik W. Fox, Esquire, and R.A. Hurley, Esquire, as counsel for SUNSET BUSINESS CONDOMINIUM ASSOCIATION, a creditor.

SIMILARLY, WILL THE CLERK OF THE COURT, pursuant to Bankruptcy Rule 2002(g), please ensure that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address:

        Erik W. Fox, Esquire
        R.A. Hurley, Esquire
        Rees Broome, PC
        1900 Gallows Road, Suite 700
        Tysons Corner, Virginia  22182

        SUNSET BUSINESS CONDOMINIUM
        ASSOCIATION
        By Counsel

    /s/Erik W. Fox
Erik W. Fox, Virginia State Bar No. 65456
R.A. Hurley, Virginia State Bar No. 78616
Ruhi F. Mirza, Virginia State Bar No. 77839
REES BROOME , PC
1900 Gallows Road, Suite 700
Tysons Corner, Virginia  22182
(703) 790-1911
Fax No.  (703) 848-2530
Counsel for Sunset Business Condominium Association

## CERTIFICATE OF SERVICE

      I hereby certify that this 15th day of September, 2025, a copy of the foregoing Notice of Appearance and Request for Service of Papers was served on all interested parties to this proceeding, by causing true and correct copies thereof to be placed in the United States mail, postage prepaid, to:

      Jack Frankel, Trustee
      1725 Duke Street, Sutie 650
      Alexandria, VA 22314

      I hereby verify that a copy of the foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Parties currently listed by the CM/ECF system to receive electronic notice in this case are set forth below:

      Daniel Press - dpress@chung-press.com
      Richard Ashford DuBose, III - rdubo@gebsmith.com

                                                /s/Erik W. Fox
                                                Erik W. Fox

Dated: September 15, 2025