# EXHIBIT E

LAW OFFICES
# GEBHARDT & SMITH LLP
SUITE 2200
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3064
(410) 752-5830

VIRGINIA OFFICE
8000 TOWERS CRESCENT DRIVE, SUITE 1350
VIENNA, VIRGINIA 22182
TELEPHONE: (703) 903-1686
FACSIMILE: (703) 749-7719

DELAWARE OFFICE
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801
TELEPHONE: (302) 295-5028

Richard A. DuBose, III
(410) 385-5039
rdubo@gebsmith.com
Admitted in MD, VA, DC and PA

February 13, 2025

**VIA CERTIFIED MAIL-RETURN
RECEIPT REQUESTED AND
FIRST CLASS MAIL**

Amphora Bakery, Inc.
294 Sunset Park Drive
Herndon, Virginia 20170
Attn: Steve Bilidas, President

Steve Bilidas
10124 Wendover Drive
Vienna, Virginia 22181

Steve Bilidas
1141 Elden Street, Suite 224
Herndon, Virginia 20170

**VIA CERTIFIED MAIL-RETURN
RECEIPT REQUESTED AND
FIRST CLASS MAIL**

Steve Bilidas
9417 Van Arsdale Drive
Vienna, Virginia 22181-6117

Steve Bilidas
123 Lewis Street NW
Vienna, Virginia 22180

Re: Purchase of 276 and 294 Sunset Park Drive, Herndon, Virginia 20170 ("Property"
**NOTICE OF DEFAULT**
Our File Number: 34642

To Mr. Bilidas:

Please be advised that I represent Business Finance Group, which is presently the holder of the loan documents evidencing a Loan from the Business Finance Group ("BFG") to GMS Sunset, LLC and Amphora Bakery, Inc. (collectively, the "Loan Documents"). The Loan and the Loan Documents are secured by the Property referenced above.

As a result of various defaults under the Loan Documents, BFG conducted a foreclosure sale of the Property on January 30, 2025. You were the high bidder at the foreclosure and you and the Substitute Trustee entered into the enclosed Memorandum of Purchase At Public Auction ("Sale

February 13, 2025
Page 2

Contract") which legally binds you to purchase the Property pursuant to the terms and conditions of the Sale Contract which include the terms and conditions of the legal advertisement attached to and incorporated into the Sale Contract.

The Sale Contract requires that the successful bidder increase the deposit to ten (10) percent of the purchase price within seven (7) calendar days of the sale. As a result, you were required to deliver a check, in immediately available funds, to the undersigned or the Substitute Trustee in the amount of $102,300 on or before February 6, 2025. To date, neither the Substitute Trustee nor the undersigned have received the payment for the required increase of the deposit.

The failure to timely deliver the increased deposit amount within the time set forth in the Sale Contract is a default under the terms and conditions of the Sale Contract. **By way of this letter, BFG hereby demands that you cure the default under the Sale Contract by delivering a payment, in immediately available funds, in the amount of $102,300 on or before 3:00 p.m. on February 20, 2025 to the undersigned at the Baltimore, Maryland address above or via wire transfer pursuant to the wire instructions attached hereto as Exhibit A.**

Please be advised that if you fail to deliver the increased deposit amount as set forth herein, your initial deposit of $50,000 will be immediately forfeited and applied to the costs of the foreclosure sale and any future sale of the Property. BFG will then immediately reschedule the foreclosure sale and you, or anyone affiliated with you or Amphora Bakery, Inc., will be prohibited from bidding at the re-scheduled foreclosure sale.

Nothing contained in this letter shall constitute a waiver by BFG of its rights and remedies under the Sale Contract, the Loan Documents and applicable law, or an election of remedies on behalf of BFG under the Sale Contract, the Loan Documents and applicable law. BFG specifically reserves all of its rights and remedies under the Sale Contract, Loan Documents and applicable law.

Please give this serious matter your immediate attention. Please also feel free to contact me to discuss delivery of the increased deposit.

Very truly yours,

Richard A. DuBose

cc:    Valerie Trent, AVP, Business Finance Group, Inc. (via electronic mail)
       Steve Bilidas (via electronic mail)

S:\MDN\34642 Amphora Bakery Inc\Foreclosure\Demand Letter (Deposit).doc

February 13, 2025
Page 3

Exhibit A
Wire Instructions

M&T Bank
1 M&T Plaza
Buffalo, NY
Routing #022000046
Deposit to: Gebhardt & Smith LLP Iolta Acct#8280230
Contact Martha Guzman to verify: (410) 385-5056

S:\MDN\34642 Amphora Bakery Inc\Foreclosure\Demand Letter (Deposit).doc