# EXHIBIT F

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steve Bilidas
1 Elden St #224
Herndon VA 20170

9590 9402 8734 3310 5100 27

2. Article Number (Transfer from service label)
10 5270 2087 8046 15

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Steve Bilidas, Pres
294 Sunset Park Dr
Herndon VA 20170

9590 9402 8734 3310 5100 41

2. Article Number (Transfer from service label)
9589 0710 5270 2087 8046 22

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Andy R_    ☐ Agent / ☐ Addressee

B. Received by (Printed Name): Andy R
C. Date of Delivery: 03/2_

D. Is delivery address different from item 1? ☐ Yes / ☐ No

3. Service Type (same checkboxes as above)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Steve Bilidas
9417 Van Arsdale Dr
Vienna, VA 22181

9590 9402 8734 3310 5100 58

2. Article Number (Transfer from service label)
9589 0710 5270 2087 8004 02

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Bilidas/Pw_    ☐ Agent / ☐ Addressee

B. Received by (Printed Name): Bilidas
C. Date of Delivery: 3-28-2_

D. Is delivery address different from item 1? ☐ Yes / ☐ No

3. Service Type (same checkboxes as above)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt





CARTER HAYES LLC
ATTORNEYS AT LAW
1069 W. Broad Street, Suite 756
Falls Church, Virginia 22046

Mr. Steve Bilidas
9417 Lewis Street NW
Vienna, Virginia 22180

NIXIE    231    DE 1    0003/31/25

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 22046461069    *0117-04318-26-44

NSN  22046>4610



**CARTER HAYES LLC**
ATTORNEYS AT LAW

March 27, 2025

**VIA CERTIFIED MAIL-RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL**

Mr. Steve Bilidas
9417 Van Arsdale Drive
Vienna, Virginia 22181

Mr. Steve Bilidas
9417 Lewis Street NW
Vienna, Virginia 22180

**VIA CERTIFIED MAIL-RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL**

Mr. Steve Bilidas
10124 Wendover Drive
Vienna, Virginia 22181

Mr. Steve Bilidas
1141 Elden Street, Suite 224
Herdon, Virginia 20170

Amphora Bakery, Inc.
294 sunset Park Drive
Herdon, Virginia 20170
Attention: Mr. Steve Bilidas, President

Re:   **Purchase of 276 and 294 Sunset Park Drive, Herndon, Virginia 20170 ("Property") Demand for Performance Under Memorandum of Purchase at Public Auction**

To Mr. Bilidas:

I am the Substitute Trustee in connection with the foreclosure of the above-referenced Property. As you are aware, following the foreclosure sale conducted on January 30, 2025, you were declared the successful high bidder at $1,523,000 and entered into a Memorandum of Purchase at Public Auction ("Sale Contract") that obligates you to complete the purchase of the Property in accordance with the terms of sale.

Pursuant to the Sale Contract and incorporated advertisement of sale, you were required to increase your deposit to ten percent (10%) of the total purchase price - $ 152,300 - by delivering a cashier's check in the amount of $102,300 by no later than February 6, 2025. Although you delivered the initial $50,000 deposit, you have failed to remit the balance of the deposit as required.

On February 6, 2025, Richard A. Dubose, III, counsel for the foreclosure noteholder, issued a formal reminder of your obligation to timely increase your deposit. Subsequently, a demand letter were issued by Mr. Dubose on February 13, 2025, informing you that your failure to make the required payment constitutes a default under the Sale Contract and warning of the consequences of continued nonperformance.

Mr. Steve Bilidas
Page 2
March 27, 2025

      To date, the increased deposit has not been received, and you have failed to communicate any intention to comply with your contractual obligations. Accordingly, this letter serves as a final demand that you immediately complete the purchase of the Property pursuant to the terms of the Sale Contract. You are hereby directed to deliver the balance of the purchase price and any other closing funds in full by no later than five (5) days from the date of this letter

      If you fail to timely perform as required, your $50,000 initial deposit <u>shall</u> be forfeited, and the Property shall be re-advertised and sold at your risk and expense. You and any affiliates may be barred from bidding at the subsequent sale, and additional remedies, including but not limited to legal action for damages or specific performance, may be pursued without further notice.

      Nothing herein shall be deemed a waiver of any rights or remedies available under the Sale Contract, applicable law, or equity. All such rights are expressly reserved.

      Please give this matter your immediate attention.

      Sincerely,

      Carter Hayes, LLC

By: _____
      Mark C. Hayes, Substitute Trustee