# EXHIBIT G

MAP #: 0173 09 0012

GMS SUNSET LLC                                                                                      276 SUNSET PARK DR

## Tax and Payment History

| Year | General Fund Net Taxes | Special Tax District | Service Charges | Interest | Penalty | Other Charges | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 2023 | $5,791.56 | $3,165.54 | $.00 | $195.81 | $890.52 | $.00 | -$51.88 | $9,991.55 |
| 2024 | $5,950.24 | $3,059.76 | $.00 | $99.09 | $901.01 | $.00 | $.00 | $10,010.10 |

## Stub Number

411391968

## Summary of 2025 Taxes

| Year | | General Fund Net Taxes | Special Tax District | Service Charges | Interest | Penalty | Other Charges | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| 2025 | 1ST HALF DUE | $2,968.51 | $1,503.44 | $.00 | $8.20 | $447.20 | $.00 | $.00 | $4,927.35 |
| 2025 | 2ND HALF DUE | $2,968.50 | $1,503.42 | $.00 | $.00 | $.00 | $.00 | $.00 | $4,471.92 |
| Total: | | $5,937.01 | $3,006.86 | $.00 | $8.20 | $447.20 | $.00 | $.00 | $9,399.27 |

## Prepays and Refunds

| | |
|---|---|
| Prepays | $.00 |
| Pending Refunds | $.00 |
| GRAND TOTAL | $29,400.92 |

Special tax districts include levies for pest infestation control (i.e. gypsy moth, mosquitoes), Community Center taxes, and Transportation Districts. For more information see http://www.fairfaxcounty.gov/taxes/real-estate/tax-

MAP #: 0173 09 0011

GMS SUNSET LLC                                                                                                       294 SUNSET PARK DR

## Tax and Payment History

| Year | General Fund Net Taxes | Special Tax District | Service Charges | Interest | Penalty | Other Charges | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 2023 | $7,032.53 | $3,843.80 | $.00 | $238.58 | $1,084.76 | $.00 | -$28.81 | $12,170.86 |
| 2024 | $7,225.20 | $3,715.35 | $.00 | $120.33 | $1,094.06 | $.00 | $.00 | $12,154.94 |

## Stub Number

411391967

## Summary of 2025 Taxes

| Year | General Fund Net Taxes | Special Tax District | Service Charges | Interest | Penalty | Other Charges | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 2025 1ST HALF DUE | $3,604.57 | $1,825.58 | $.00 | $9.96 | $543.02 | $.00 | $.00 | $5,983.13 |
| 2025 2ND HALF DUE | $3,604.57 | $1,825.56 | $.00 | $.00 | $.00 | $.00 | $.00 | $5,430.13 |
| Total: | $7,209.14 | $3,651.14 | $.00 | $9.96 | $543.02 | $.00 | $.00 | $11,413.26 |

## Prepays and Refunds

| | |
|---|---|
| Prepays | $.00 |
| Pending Refunds | $.00 |
| GRAND TOTAL | $35,739.06 |

Special tax districts include levies for pest infestation control (i.e. gypsy moth, mosquitoes), Community Center taxes, and Transportation Districts. For more information see http://www.fairfaxcounty.gov/taxes/real-estate/tax-