**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

-----------------------------------------------------------X
In re:                                                    :     Chapter 11
                                                          :
GMS Sunset LLC                                            :     No. 25-11181
                                                          :
          Debtor.                                         :
                                                          :
-----------------------------------------------------------X

## ORDER AUTHORIZING THE EMPLOYMENT OF CHUNG & PRESS, P.C. AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

UPON CONSIDERATION of Debtor's Application for an Order authorizing and designating Daniel M. Press and the law firm of Chung & Press, P.C. to perform legal services on behalf of the Debtor, proper notice having been given and no objections having been filed, and

The Court finding that said counsel is qualified to represent the Debtor and is disinterested, and that the Application should be granted, it is hereby

ORDERED that the Application is granted and Daniel M. Press and the law firm of Chung & Press, P.C. are hereby authorized and designated to perform legal services for the Debtor, as necessary to assist the Debtor in carrying out its duties.

Dated: Oct 6 2025

/s/ Brian F Kenney
_____
Judge, U.S. Bankruptcy Court

Entered on Docket: Oct 6 2025

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

I ASK FOR THIS:


\_/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN AND NO OBJECTION:

\_/s/ Michael Freeman_____
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7176


Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

    \_\_/s/Daniel M. Press\_\_\_\_
    Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee

2