UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

------------------------------------------------------------X
In re:                                                                       :        Chapter 11
 GMS Sunset, LLC                                                :
                                                                             :        No. 25-11181
                                                                             :
                                                                             :
          **Debtor.**                                                  :
                                                                             :
------------------------------------------------------------X

## NOTICE OF APPLICATION FOR FINAL COMPENSATION OF COUNSEL FOR DEBTOR

Notice is hereby given that Daniel M. Press and Chung & Press, P.C. have filed an application for allowance of final compensation as counsel for Debtor from the petition date, June 11, 2025, through the date hereof, October 8, 2025.

The application requests final approval of compensation for professional services rendered in connection with this case. Counsel seeks total compensation for services in the amount of $6750, to be paid from the fee advance and with the balance of the fee advance to be turned over to the Chapter 7 Trustee. Copies of the Application may be viewed at the Bankruptcy Court's website or may be obtained from the undersigned counsel upon request. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you oppose the Application, or if you want the Court to consider your views on the Application, you or your attorney **must**:

- **ON OR BEFORE October 29, 2025,** file with the Court, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22320, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed on or before October 29, 2025, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief without further notice or hearing**. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also provide a copy to the persons listed below so that these persons receive your response on or before October 29, 2025.

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

• **As this matter is on the Negative Notice List, a hearing will be scheduled if an objection is timely filed.**

• Provide a copy of any written response to counsel for the Debtor at:

>Daniel M. Press
>Chung & Press, P.C.
>6718 Whittier Ave., Suite 200
>McLean, VA 22101

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Application and may enter an order granting the Application.

Dated:    October 8, 2025.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

**CERIFICATE OF SERVICE**

This is to certify that on this 8th day of October, 2025, I caused the foregoing document to be served on all persons on the attached matrix by first class mail, postage prepaid, or by CM/ECF where applicable.

 /s/ Daniel M. Press
Daniel M. Press

```
Label Matrix for local noticing          GMS Sunset LLC                           Sunset Business Condominium Association
0422-1                                   1141 Elden Street, Ste. 224              c/o Rees Broome, PC
Case 25-11181-BFK                        Herndon, VA 20170-5572                   1900 Gallows Road
Eastern District of Virginia                                                      Suite 700
Alexandria                                                                        Tysons Corner, VA 22182-3886
Wed Oct  8 19:04:32 EDT 2025

United States Bankruptcy Court           Amphora Bakery Inc.                      Business Finance Group, Inc.
200 South Washington Street              294 Sunset Park Dr                       3930 Pender Dr Ste 300
Alexandria, VA 22314-5405                Herndon, VA 20170-5219                   Fairfax, VA 22030-0986


Commonwealth of Virginia Department of Taxat  County of Fairfax DTA               Diner DX Jnc.
Department of Taxation                   12000 Government Center Pkwy             1141 Elden Street, Ste. 224
PO BOX 2156                              Fairfax, VA 22035-0002                   Herndon, VA 20170-5572
Richmond, VA 23218-2156


George Cholakis                          Internal Revenue Service                 Maria Cholakis
1141 Elden St., STE 224                  PO Box 7346                              1141 Elden St., STE 224
Herndon                                  Philadelphia, PA 19101-7346              Herndon
VA 20170-5572                                                                     VA 20170-5572


Richard A. Dubose                        Steve Bilidas                            Sunset Business Park Condo Assn
Gebhardt & Smith                         1141 Elden St., STE 224                  c/o Rees Broome
One South St Ste 2200                    Herndon                                  1900 Gallows Road STE 700
Baltimore, MD 21202-3343                 VA 20170-5572                            Vienna, VA 22182-3886


Town of  Herndon                         U.S. Securities and Exchange Commission, Va Dept of Taxation
PO Box 427                               Office of Reorganization,                PO Box  1115
Herndon, VA 20172-0427                   950 East Paces Ferry Road, Suite 900,    Richmond, VA 23218-1115
                                         Atlanta, GA 30326-1382


Daniel M. Press                          Matthew W. Cheney
Chung & Press, P.C.                      Office of the U.S. Trustee - Region 4
6718 Whittier Ave., Suite 200            1725 Duke Street
McLean, VA 22101-4531                    Suite 650
                                         Alexandria, VA 22314-3489



              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Business Finance Group, Inc.          (u)United States of America, Internal Revenue  (d)Steve Bilidas
                                         0                                        1141 Elden Street, Ste. 224
                                                                                  Herndon, VA 20170-5572



End of Label Matrix
Mailable recipients    19
Bypassed recipients     3
Total                  22
```