UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

```
-----------------------------------------------------------X
In re:                                              :       Chapter 11
                                                    :
GMS Sunset LLC                                      :       No. 25-11181
                                                    :
        Debtor.                                     :
                                                    :
-----------------------------------------------------------X
```

## ORDER AUTHORIZING THE
## EMPLOYMENT OF CHUNG & PRESS, P.C. AS COUNSEL
## FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

UPON CONSIDERATION of Debtor's Application for an Order authorizing and designating Daniel M. Press and the law firm of Chung & Press, P.C. to perform legal services on behalf of the Debtor, proper notice having been given and no objections having been filed, and

The Court finding that said counsel is qualified to represent the Debtor and is disinterested, and that the Application should be granted, it is hereby

ORDERED that the Application is granted and Daniel M. Press and the law firm of Chung & Press, P.C. are hereby authorized and designated to perform legal services for the Debtor, as necessary to assist the Debtor in carrying out its duties.

Dated: Oct 6 2025

/s/ Brian F Kenney
_____
Judge, U.S. Bankruptcy Court

Entered on Docket: Oct 6 2025

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

I ASK FOR THIS:

  /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN AND NO OBJECTION:

  /s/ Michael Freeman
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7176

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                            /s/Daniel M. Press
                                            Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-11181-BFK |
| GMS Sunset LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: NataliaNe | Page 1 of 2 |
| Date Rcvd: Oct 06, 2025 | Form ID: pdford9 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + GMS Sunset LLC, 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |
| desig | + Steve Bilidas, 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 07 2025 01:11:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 08, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor GMS Sunset LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Erik W. Fox | on behalf of Creditor Sunset Business Condominium Association efox@reesbroome.com rhurley@reesbroome.com;Acruz@reesbroome.com |
| Jack Frankel | |

| District/off: 0422-9 | User: NataliaNe | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 06, 2025 | Form ID: pdford9 | Total Noticed: 3 |

on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Matthew W. Cheney

ustpregion04.ax.ecf@usdoj.gov

Richard Ashford DuBose, III

on behalf of Creditor Business Finance Group  Inc. rdubo@gebsmith.com, dfont@gebsmith.com

Robert P. McIntosh

on behalf of Creditor United States of America  Internal Revenue Service Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

TOTAL: 6