Richard A. DuBose
Virginia Bar No.: 91705
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385 – 5039
E-Mail: rdubo@gebsmith.com
*Counsel to Business Finance Group*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | | |
|---|---|---|
| IN RE: | * | |
| GMS SUNSET, LLC | * | Case No. 25-11181-BFK |
| Debtor. | * | Chapter 11 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**LINE WITHDRAWING BUSINESS FINANCE GROUP'S MOTION TO DISMISS OR CONVERT CASE WITHOUT PREJUDICE**

Business Finance Group (f/k/a Virginia Asset Financing Corporation") ("Lender"), by its undersigned counsel, hereby files this Line Withdrawing Business Finance Group's Motion to Dismiss or Convert Case Without Prejudice as states as follows:

A. On September 22, 2025, the Lender filed a Motion to Dismiss or Convert this case seeking to either have the case dismissed with a bar on re-filing or to convert the case to Chapter 7 case [ECF 27].

B. On September 5, 2025, the U.S. Trustee's office filed its own Motion to Dismiss or Convert this case [ECF 23].

C. On September 30, 2025, a hearing was held on the Trustee's motion and this Court granted the Trustee's motion. As a result, this case will be converted to a Chapter 7 case. An order has yet to be entered.

- 2 -

    D.    Because the Court granted the Trustee's motion which included the relief requested by the Lender in its Motion, the Lender's motion is now moot.

    E.    By way this Line, the Lender hereby withdraws its Motion [at ECF 27] without prejudice.

Dated October 12, 2025

Respectfully submitted,

*/s/Richard A. DuBose*
Virginia Bar No.: 91705
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385 – 5039
E-Mail: rdubo@gebsmith.com
*Counsel to Business Finance Group*

- 3 -

## Certificate of Service

I hereby certify that on October 12, 2025, I electronically filed the foregoing motion with the Clerk of the Court and transmitted a true and correct copy of said document electronically through the electronic case filing system or by first class United States mail, postage prepaid to the following:

GMS Sunset LLC 1141 Elden Street, Suite 224 Herndon, VA 20170
Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov
Richard Ashford DuBose, III rdubo@gebsmith.com, dfont@gebsmith.com
Jack Frankel jack.i.frankel@usdoj.gov,
USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov
Robert P. McIntosh Robert.McIntosh@usdoj.gov,
USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov
Daniel M. Press dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

                                        */s/ Richard A. DuBose*
                                        Richard A. DuBose