**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **GMS Sunset LLC** <br> Name | EIN: | 33–1060039 |
| United States Bankruptcy Court   Eastern District of Virginia | | Date case filed in chapter:   11   6/11/25 | |
| Case number:   25–11181–BFK | | Date case converted to chapter:   7   10/15/25 | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | GMS Sunset LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 1141 Elden Street, Ste. 224 <br> Herndon, VA 20170 | |
| 4. **Debtor's attorney** <br> Name and address | Daniel M. Press <br> Chung & Press, P.C. <br> 6718 Whittier Ave., Suite 200 <br> McLean, VA 22101 | Contact phone (703) 734–3800 <br> Email: dpress@chung–press.com |
| 5. **Bankruptcy trustee** <br> Name and address | Lauren Friend McKelvey <br> Reitler Kailas & Rosenblatt LLP <br> 11921 Freedom Drive <br> Suite 550 <br> Reston, VA 20190 | Contact phone 703–988–5340 <br> Email: vatrustee@reitlerlaw.com |
| 6. **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. <br><br> **McVCIS 24–hour case information:** <br> Toll Free 1–866–222–8029 | 200 South Washington Street <br> Alexandria, VA 22314 <br><br> Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. <br><br> Contact phone 703–258–1200 | **For the Court:** <br><br> Clerk of the Bankruptcy Court: <br> Charri S Stewart <br><br> Date: October 15, 2025 |
| 7. **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 20, 2025 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> For additional meeting information go to: www.justice.gov/ust/moc | Location: <br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 535 852 2867, and Passcode 8330439029, or call 1(703) 459 9273** |

**For more information, see page 2 >**

Debtor  **GMS Sunset LLC**                                                    Case number **25–11181–BFK**

| | |
|---|---|
| **8.  Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| **9.  Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **11. Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Payment may be made by non debtor's check, money order, or cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non debtor's credit card. Cash is NOT accepted. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to underline:bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available @ www.vaeb.uscourts.gov*

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                      Case No. 25-11181-BFK

GMS Sunset LLC                                                                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Admin | Page 1 of 2 |
| Date Rcvd: Oct 15, 2025 | Form ID: 309C | Total Noticed: 21 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GMS Sunset LLC, 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |
| aty | + | Erik W. Fox, Rees Broome, P.C., 1900 Gallows Rd., Ste 700, Vienna, VA 22182-3886 |
| aty | + | Richard Ashford DuBose, III, Gebhardt & Smith, LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 |
| cr | + | Sunset Business Condominium Association, c/o Rees Broome, PC, 1900 Gallows Road, Suite 700, Tysons Corner, VA 22182-3886 |
| 16742024 | + | Amphora Bakery Inc., 294 Sunset Park Dr, Herndon, VA 20170-5219 |
| 16742025 | + | Business Finance Group, Inc., Richard A. DuBose, One South Street Suite 2200, Baltimore, MD 21202-3281 |
| 16742026 | + | County of Fairfax DTA, 12000 Government Center Pkwy, Fairfax, VA 22035-0002 |
| 16742027 | + | Diner DX Jnc., 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |
| 16742028 | + | George Cholakis, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742030 | + | Maria Cholakis, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742031 | + | Richard A. Dubose, Gebhardt & Smith, One South St Ste 2200, Baltimore, MD 21202-3343 |
| 16742032 | + | Steve Bilidas, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742033 | + | Sunset Business Park Condo Assn, c/o Rees Broome, 1900 Gallows Road STE 700, Vienna, VA 22182-3886 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dpress@chung-press.com | Oct 16 2025 01:40:00 | Daniel M. Press, Chung & Press, P.C., 6718 Whittier Ave., Suite 200, McLean, VA 22101 |
| aty | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Oct 16 2025 01:41:00 | Robert P. McIntosh, U.S. Attorney's Office, SunTrust Center, 919 East Main St., Suite 1900, Richmond, VA 23219-4625 |
| tr | + | EDI: FLFMCKELVEY | Oct 16 2025 05:24:00 | Lauren Friend McKelvey, Reitler Kailas & Rosenblatt LLP, 11921 Freedom Drive, Suite 550, Reston, VA 20190-5635 |
| 16744917 | + | Email/Text: va_tax_bk@harriscollect.com | Oct 16 2025 01:43:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 16742029 | + | EDI: IRS.COM | Oct 16 2025 05:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16742034 | + | Email/Text: town.attorney@herndon-va.gov | Oct 16 2025 01:42:00 | Town of Herndon, PO Box 427, Herndon, VA 20172-0427 |
| 16743701 | | Email/Text: atlreorg@sec.gov | Oct 16 2025 01:42:00 | U.S. Securities and Exchange Commission,, Office of Reorganization,, 950 East Paces Ferry Road, Suite 900,, Atlanta, GA 30326-1382 |
| 16742035 | + | Email/Text: va_tax_bk@harriscollect.com | Oct 16 2025 01:43:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr | | Business Finance Group, Inc. |
| cr | | United States of America, Internal Revenue Service |
| desig | *+ | Steve Bilidas, 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Daniel M. Press | on behalf of Debtor GMS Sunset LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Erik W. Fox | on behalf of Creditor Sunset Business Condominium Association efox@reesbroome.com rhurley@reesbroome.com;Acruz@reesbroome.com |
| Jack Frankel | on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Lauren Friend McKelvey | vatrustee@reitlerlaw.com  LFM@trustesolutions.net |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Richard Ashford DuBose, III | on behalf of Creditor Business Finance Group  Inc. rdubo@gebsmith.com, dfont@gebsmith.com |
| Robert P. McIntosh | on behalf of Creditor United States of America  Internal Revenue Service Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov |

TOTAL: 7