# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** GMS Sunset LLC

**Case Number:** 25−11181−BFK          **Date Filed:** June 11, 2025

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is *www.vaeb.uscourts.gov* and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file conventionally, **then**

3. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  October 15, 2025                    Charri S Stewart
[VAN062vJul2025.jsp]                        Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
GMS Sunset LLC  
    Debtor

Case No. 25-11181-BFK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: Admin      Page 1 of 2  
Date Rcvd: Oct 15, 2025      Form ID: VAN062      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GMS Sunset LLC, 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |
| cr | + | Sunset Business Condominium Association, c/o Rees Broome, PC, 1900 Gallows Road, Suite 700, Tysons Corner, VA 22182-3886 |
| 16742024 | + | Amphora Bakery Inc., 294 Sunset Park Dr, Herndon, VA 20170-5219 |
| 16742025 | + | Business Finance Group, Inc., Richard A. DuBose, One South Street Suite 2200, Baltimore, MD 21202-3281 |
| 16742026 | + | County of Fairfax DTA, 12000 Government Center Pkwy, Fairfax, VA 22035-0002 |
| 16742027 | + | Diner DX Jnc., 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |
| 16742028 | + | George Cholakis, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742030 | + | Maria Cholakis, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742031 | + | Richard A. Dubose, Gebhardt & Smith, One South St Ste 2200, Baltimore, MD 21202-3343 |
| 16742032 | + | Steve Bilidas, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742033 | + | Sunset Business Park Condo Assn, c/o Rees Broome, 1900 Gallows Road STE 700, Vienna, VA 22182-3886 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16744917 | + | Email/Text: va_tax_bk@harriscollect.com | Oct 16 2025 01:43:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 16742029 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 16 2025 01:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16742034 | + | Email/Text: town.attorney@herndon-va.gov | Oct 16 2025 01:42:00 | Town of Herndon, PO Box 427, Herndon, VA 20172-0427 |
| 16743701 | | Email/Text: atlreorg@sec.gov | Oct 16 2025 01:42:00 | U.S. Securities and Exchange Commission,, Office of Reorganization,, 950 East Paces Ferry Road, Suite 900,, Atlanta, GA 30326-1382 |
| 16742035 | + | Email/Text: va_tax_bk@harriscollect.com | Oct 16 2025 01:43:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Business Finance Group, Inc. |
| cr | | United States of America, Internal Revenue Service |
| desig | *+ | Steve Bilidas, 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

Case 25-11181-BFK   Doc 39   Filed 10/17/25   Entered 10/18/25 00:20:28   Desc Imaged
Certificate of Notice   Page 3 of 3

| | | |
|---|---|---|
| District/off: 0422-9 | User: Admin | Page 2 of 2 |
| Date Rcvd: Oct 15, 2025 | Form ID: VAN062 | Total Noticed: 16 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor GMS Sunset LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Erik W. Fox | on behalf of Creditor Sunset Business Condominium Association efox@reesbroome.com rhurley@reesbroome.com;Acruz@reesbroome.com |
| Jack Frankel | on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Lauren Friend McKelvey | vatrustee@reitlerlaw.com  LFM@trustesolutions.net |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Richard Ashford DuBose, III | on behalf of Creditor Business Finance Group  Inc. rdubo@gebsmith.com, dfont@gebsmith.com |
| Robert P. McIntosh | on behalf of Creditor United States of America  Internal Revenue Service Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov |

TOTAL: 7