**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| In re:<br><br>    **GMS Sunset LLC**<br>                Debtor. | Case No. 25-11181-BFK<br><br>Chapter 7 |

**TRUSTEE'S SUPPLEMENT TO THE APPLICATION FOR**
**EMPLOYMENT OF REAL ESTATE AGENT AND LISTING BROKER**

Lauren Friend McKelvey, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Chapter 7 Trustee**" and/or the "**Trustee**") of the bankruptcy estate (the "**Estate**") of GMS Sunset LLC (the "**Debtor**"), in the above-referenced Chapter 7 case hereby submits this supplement to the *Application for Employment of Real Estate Agent and Listing Broker*, filed October 24, 2025 (ECF No. 42).

    1.    Following the filing of the Application, the Agent discovered that in addition to the real property located at 294 Sunset Park Drive, Suite 11, Herndon, VA 20170 ("**294 Sunset**") and identified on the Debtor's schedules, the Debtor also owns the real property located at 276 Sunset Park Drive, Suite 12, Herndon, VA 20170 ("**276 Sunset**," and together with 294 Sunset, the "**Property**"). 276 Sunset is not listed in the Debtor's schedules and is the unit adjacent to and operates as part of the Debtor's principal location.

    2.    No other terms or conditions in the Application have been revised. However, in light of the discovery of 276 Sunset, both the Listing Agreement attached to the Application as

---

Lauren Friend McKelvey (VSB No. 78813)
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email:    LMcKelvey@reitlerlaw.com
                 DTabakin@reitlerlaw.com

*Proposed Counsel for the Chapter 7 Trustee*

Exhibit A and the Declaration of Stephen Karbelk, attached to the Application as Exhibit B, have necessarily been revised and are attached in their amended form to this Supplement.

**LAUREN FRIEND MCKELVEY, TRUSTEE**

Dated: November 4, 2025         Respectfully submitted,

/s/ *David N. Tabakin*
Lauren Friend McKelvey (VSB No. 78813)
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email: LMcKelvey@reitlerlaw.com
         DTabakin@reitlerlaw.com

*Proposed Counsel for the Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of November, 2025, a true and accurate copy of the foregoing Supplement was sent via email to the Office of the U.S. Trustee at ustpregion04.ax.ecf@usdoj.gov and via Notice of Electronic Filing to Counsel to Debtor and all registered users in this case pursuant to this Court's CM/ECF policy.

/s/ *David N. Tabakin*
David N. Tabakin

**Exhibit A**



**ADDENDUM TO EXCLUSIVE RIGHT TO SELL AND/OR LEASE
COMMERCIAL REAL ESTATE (IMPROVED OR UNIMPROVED)
LISTING AGREEMENT**

This ADDENDUM is made on November 4, 2025, to the Exclusive Right to Sell and/or Lease Commercial Real Estate (Improved or Unimproved) Listing Agreement (the "Agreement") originally dated October 23, 2025 between Lauren Friend McKelvey, Trustee In Re: GMS Sunset LLC, Case No. 25-11181-BFK ("Seller/Landlord") and CENTURY 21 Commercial New Millennium ("Broker"), wherein Seller/Landlord appointed Broker as its sole and exclusive listing agent for property described as: 294 Sunset Park Drive, Unit 12, Herndon, VA 20170 ("Property").

The Broker and Seller/Landlord agree to the following additional terms to be part of the Agreement:

There are two properties being sold pursuant to the Listing Agreement. They are:

- 276 Sunset Park Drive, Suite 12, Herndon, Virginia 20170 (Tax Map #0173 09 0012)
- 294 Sunset Park Drive, Suite 11, Herndon, Virginia 20170 (Tax Map #1073 09 0012)

The tax records and Deed are attached.

Except for the changes agreed to herein, the Seller/Landlord and Broker agree that all other terms in the Listing Agreement shall remain the same and in full force and effect. All other terms and conditions shall remain in full force and effect. **This Addendum is subject to Bankruptcy Court approval.**

Agree and Accepted:

CENTURY 21 Commercial New Millennium

_Lauren Friend McKelvey_   11/04/2025          _Wendy Dean_    11/04/2025
Lauren Friend McKelvey, Trustee    Date        Wendy Dean, Broker         Date

*Lauren Friend McKelvey, Trustee, not individually but solely in her capacity as Trustee, In Re: GMS Sunset LLC, Case No. 25-11181-BFK*



© New Millennium RE, Inc. d/b/a/CENTURY 21 Commercial New Millennium 2024
This document is the exclusive property of New Millennium RE, Inc. and is intended solely for use by agents affiliated with CENTURY 21 Commercial New Millennium. Any other use or copying of this document is strictly prohibited without prior written consent of New Millennium RE, Inc.

CNM4 (5/23)                                  1

# Printable page

MAP #: 0173 09 0012

GMS SUNSET LLC                                                                 276 SUNSET PARK DR

## Owner

| | |
|---|---|
| Name | GMS SUNSET LLC, |
| Mailing Address | 1141 ELDEN ST STE 224 HERNDON VA 20170 |
| Book | 15066 |
| Page | 2144 |

## Parcel

| | |
|---|---|
| Property Location | 276 SUNSET PARK DR STE 12 HERNDON VA 20170 |
| Map # | 0173 09 0012 |
| Tax District | HT0DW |
| District Name | DRANESVILLE TWN HRNDN TRANS DULLES RL W |
| Land Use Code | Whsle,wrhsing & stg (not in IP/in condo) |
| Land Area (acreage) | |
| Land Area (SQFT) | |
| Zoning Description | PD-B(Planned Dev-Business |
| Utilities | WATER CONNECTED |
| | SEWER CONNECTED |
| County Inventory of Historic Sites | NO |
| County Historic Overlay District | NO |
| | For further information about the Fairfax County Historic Overlay Districts, CLICK HERE |
| | For properties within the towns of Herndon, Vienna or Clifton please contact the town to determine if the property is within a town historic district. |
| Street/Road | PAVED |
| Site Description | |

## Stub Number

411391968

## Legal Description

| | |
|---|---|
| Legal Description | SUNSET BUSINESS CONDO UN 12 |

## Last Refresh

Date

Data last refreshed: November 03, 2025

## General Information

## Need Help?

For questions and requests for information about the Real Estate site, call 703-222-8234 or [CLICK HERE](#)

## Disclaimer/Privacy Policy

Under Virginia State law these records are public information. Display of this information on the Internet is specifically authorized by Va. Code 58.1-3122.2 (1998). See the [Virginia State Code](#) to read the pertinent enabling statute.

If you believe any data provided is inaccurate or if you have any comments about this site, we would like to hear from you. Owner names will be withheld from the Internet record upon request. Comments or requests may be made via e-mail to the Real Estate Division at [Real Estate Division](#) or by phone at (703) 222-8234.

While Fairfax County has attempted to ensure that the data contained in this file is accurate and reflects the property's characteristics, Fairfax County makes no warranties, expressed or implied, concerning the accuracy, completeness, reliability, or suitability of this data. Fairfax County does not assume any liability associated with the use or misuse of this data.

# Printable page

MAP #: 0173 09 0011

GMS SUNSET LLC                                                              294 SUNSET PARK DR

## Owner

| | |
|---|---|
| Name | GMS SUNSET LLC, |
| Mailing Address | 1141 ELDEN ST STE 224 HERNDON VA 20170 |
| Book | 15066 |
| Page | 2144 |

## Parcel

| | |
|---|---|
| Property Location | 294 SUNSET PARK DR STE 11 HERNDON VA 20170 5219 |
| Map # | 0173 09 0011 |
| Tax District | HT0DW |
| District Name | DRANESVILLE TWN HRNDN TRANS DULLES RL W |
| Land Use Code | Whsle,wrhsing & stg (not in IP/in condo) |
| Land Area (acreage) | |
| Land Area (SQFT) | |
| Zoning Description | PD-B(Planned Dev-Business |
| Utilities | WATER CONNECTED |
| | SEWER CONNECTED |
| County Inventory of Historic Sites | NO |
| County Historic Overlay District | NO |
| | For further information about the Fairfax County Historic Overlay Districts, CLICK HERE |
| | For properties within the towns of Herndon, Vienna or Clifton please contact the town to determine if the property is within a town historic district. |
| Street/Road | PAVED |
| Site Description | |

## Legal Description

| | |
|---|---|
| Legal Description | SUNSET BUSINESS CONDO UN 11 |

## Sales History

| Date | Amount | Seller | Buyer |
|---|---|---|---|
| 09/03/2003 | $742,500 | SUNSET BUSINESS CONDOMINIUM OWNER LLC | GMS SUNSET LLC |
| 12/12/2002 | $9,165,510 | SUNSET VENTURE | SUNSET BUSINESS |

## Sales                                                                                                   1 of 2

| | |
|---|---|
| Date | 09/03/2003 |
| Amount | $742,500 |
| Seller | SUNSET BUSINESS CONDOMINIUM OWNER LLC |
| Buyer | GMS SUNSET LLC |
| Notes | Valid and verified multi-parcel sale |
| Deed Book and Page | 15066-2144 |
| Additional Notes | THIS PROPERTY WAS PART OF A MULTI-PARCEL SALE. THE PRICE DISPLAYED IS THE TOTAL PRICE FOR ALL PARCELS INCLUDED IN THE SALE. |

## Values

| | |
|---|---|
| Tax Year | 2025 |
| Current Land | $128,450 |
| Current Building | $513,790 |
| Current Assessed Total | $642,240 |
| Tax Exempt | NO |
| Note | |

## Values History

| Tax Year | Land | Building | Assessed Total | Tax Exempt |
|---|---|---|---|---|
| 2024 | $128,450 | $513,790 | $642,240 | NO |
| 2023 | $128,450 | $513,790 | $642,240 | NO |
| 2022 | $128,450 | $513,790 | $642,240 | NO |
| 2021 | $128,450 | $513,790 | $642,240 | NO |
| 2020 | $128,450 | $513,790 | $642,240 | NO |
| 2019 | $128,450 | $513,790 | $642,240 | NO |
| 2018 | $91,430 | $365,720 | $457,150 | NO |
| 2017 | $91,430 | $365,720 | $457,150 | NO |
| 2016 | $78,050 | $312,200 | $390,250 | NO |

| Year | | | | |
|---|---|---|---|---|
| 2015 | $78,050 | $312,200 | $390,250 | NO |
| 2014 | $66,900 | $267,600 | $334,500 | NO |
| 2013 | $60,210 | $240,840 | $301,050 | NO |
| 2012 | $84,740 | $338,960 | $423,700 | NO |
| 2011 | $110,160 | $440,650 | $550,810 | NO |
| 2010 | $110,160 | $440,650 | $550,810 | NO |
| 2009 | $122,650 | $490,600 | $613,250 | NO |
| 2008 | $122,650 | $490,600 | $613,250 | NO |
| 2007 | $111,500 | $446,000 | $557,500 | NO |
| 2006 | $82,510 | $330,040 | $412,550 | NO |
| 2005 | $149,900 | $599,380 | $749,280 | NO |
| 2004 | $75,820 | $303,280 | $379,100 | NO |
| 2003 | $75,310 | $301,240 | $376,550 | NO |
| 2002 | $44,300 | $177,200 | $221,500 | NO |
| 2001 | $44,300 | $177,200 | $221,500 | NO |
| 2000 | $44,300 | $177,200 | $221,500 | NO |

## Commercial Condo

| | |
|---|---|
| Property Name | SUNSET BUSINESS CONDO |
| Year Built | 1984 |
| Gross Floor Area | 2230 |
| Units (if applicable) | |
| Stories | 1 |
| Construction Type | Cinder Block/Concrete Block/Brickcrete |
| Exterior Walls | Metal |
| Roof | Tar/Gravel |
| Floor | Concrete |

## General Information

## Need Help?

For questions and requests for information about the Real Estate site, call 703-222-8234 or CLICK HERE

## Disclaimer/Privacy Policy

Under Virginia State law these records are public information. Display of this information on the Internet is specifically authorized by Va. Code 58.1-3122.2 (1998). See the Virginia State Code to read the pertinent enabling statute.

If you believe any data provided is inaccurate or if you have any comments about this site, we would

like to hear from you. Owner names will be withheld from the Internet record upon request. Comments or requests may be made via e-mail to the Real Estate Division at Real Estate Division or by phone at (703) 222-8234.

While Fairfax County has attempted to ensure that the data contained in this file is accurate and reflects the property's characteristics, Fairfax County makes no warranties, expressed or implied, concerning the accuracy, completeness, reliability, or suitability of this data. Fairfax County does not assume any liability associated with the use or misuse of this data.

## Last Refresh

Date

Data last refreshed: October 17, 2025

Source: Fairfax County Department of Tax Administration, Real Estate Division.

THIS DEED, made this 29th day of August, 2003 by and between SUNSET BUSINESS CONDOMINIUM OWNER, L.L.C., a Virginia limited liability company, Grantors, and GMS SUNSET, L.L.C., a Virginia limited liability company, Grantee.

WITNESSETH:

That for and in consideration of the sum of TEN AND N0/100'S ($10.00) Dollars, cash in hand paid and other good and valuable consideration, receipt of which is hereby acknowledged, the Grantors do hereby grant, bargain, sell and convey, in fee simple, with Special Warranty, unto the Grantee, , all that certain lot or parcel of land together with improvements thereon, situate, lying and being in Fairfax County, State of Virginia, and more particularly described as follows:

Units 11 and 12, Sunset Business Condominium, according to a Declaration recorded in Deed Book 5876, at Page 13, among the land records of Fairfax County, Virginia, and by Amendment to Declaration recorded in Deed Book 14736, at page 108, together with an undivided interest in the Condominium Common Elements as defined in the Declaration and the Virginia Condominium Act.

LESS AND EXCEPT from the common area thereof 1,582 square feet, more or less, conveyed to the Commonwealth of Virginia recorded in Deed Book 7615, at Page 783, among the land records of said County.

This conveyance is made expressly subject to the easements, conditions, restrictions, and rights of way of record contained in the deeds forming the chain of title to said property.

WITNESS the following signatures and seals:

SUNSET BUSINESS CONDOMINIUM OWNER, L.L.C.,
a Virginia limited liability company

By: Atlantic Realty Companies, Inc.,
a Virginia corporation, Manger

by: _____Stanley M Barg_____ (SEAL)
Stanley M. Barg, Senior Vice President

STATE OF Virginia ____, at-large,
COUNTY OF Fairfax ____, to wit:

I, the undersigned Notary Public in and for the State and County aforesaid, do hereby certify that SUNSET BUSINESS CONDOMINIUM OWNER, L.L.C., a Virginia limited liability company, by Atlantic Realty Companies, Inc, a Virginia corporation, Manager, by Stanley M. Barg, Senior Vice President, whose name is signed to the foregoing Deed, dated August 29th, 2003 have acknowledged the same before me in my State and County aforesaid.

Given under my hand and seal this 29th day of August, 2003.

My commission expires: February 28, 2007

_____ (SEAL)
Notary Public

PREPARED BY: JAMES E. MITCHELL III, ATTORNEY-AT-LAW
Consideration:$ 742,500.00
Tax Map #:017-3-09-0011
Grantees Address:
294 and 276 Sunset Park Drive
Herndon, VA 20170
Return after Recording to:
Metropolitan Title and Escrow Company
14151 Newbrook Drive, Suite 250
Chantilly, VA 20151

File # 0703120

09/03/2003
RECORDED FAIRFAX CO VA
TESTE: _____
CLERK

**Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| GMS SUNSET LLC ) | CASE NO. 25-11181-BFK |
| ) | |
| Debtor. ) | CHAPTER 7 |
| ) | |

## AMENDED DECLARATION OF REAL ESTATE AGENT

I, Stephen Karbelk, declare as follows:

1. I am a real estate agent duly licensed by the Commonwealth of Virginia and affiliated with CENTURY 21 Commercial New Millennium. I am the Team Leader of RealMarkets, a CENTURY 21 Commercial New Millennium Team. Stephanie Young and Robert Walters are licensed real estate agents on my team that will be supporting me with this listing.

2. I am familiar with the Trustee's Application to Employ Real Estate Agent and Broker for the sale of the property at 294 Sunset Park Drive, Suite 11, Herndon, VA 20170 ("Property") described therein, and believe that my team and I are qualified to represent the Trustee and the estate in connection with the marketing of the Property. I have read the Trustee's Application, and I have agreed to accept employment on the terms and conditions set forth in the Trustee's Application.

3. Upon further investigation, I discovered that the Debtor also owns 276 Sunset Park Drive, Suite 12, Herndon, VA 20170. This Amended Declaration shall include both properties owned by the Debtor – 294 Sunset Park Drive, Suite 11, Herndon, VA 20170 and 276 Sunset Park Drive, Suite 12, Herndon, VA 20170.

4. I am a disinterested person within the meaning of 11 U.S.C. § 101(14). I have also confirmed with Stephanie Young and Robert Walters that they are disinterested persons within the meaning of 11 U.S.C. § 101(14).

5. That to the best of my knowledge, Stephanie Young, Robert Walters, or I have no interest adverse to the Trustee or the bankruptcy estate in the matters upon which we are to be engaged by the Trustee, and have no connection with the Debtor, its creditors, other parties in interest, their respective attorneys or accountants, purchasers or potential purchasers of the subject real estate, the United States Trustee, or anyone employed by the United States Trustee except that (a) I have worked for the Trustee in other unrelated bankruptcy cases, (b) I have worked with David Tabakin, counsel for the Trustee, in other unrelated bankruptcy cases, and (c) another agent on my real estate team, Ryan Rauner, CCIM, currently has another commercial property in the same business park as the subject property under contract in an unrelated transaction.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Stephen Karbelk
Licensed Real Estate Agent

Date: 11/4/25

2