# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| In re: | Case No. 25-11181-BFK |
| GMS Sunset, LLC. <br> Debtor. | Chapter 7 |

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS

The Court having considered the Application of Lauren Friend McKelvey, chapter 7 trustee for the-above Debtor's estate (the "**Trustee**"), to employ attorneys, and the Declaration of Lauren Friend McKelvey in support thereof, and

IT APPEARING that the law firm of Reitler Kailas & Rosenblatt LLP is a disinterested person and does not hold or represent an interest adverse to the estate, and that the employment of the law firm generally by the Trustee is in the best interest of this estate, it is hereby

ORDERED that Lauren Friend McKelvey, chapter 7 trustee, is authorized to employ the law firm of Reitler Kailas & Rosenblatt LLP, generally, as attorneys for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

Dated: Nov 4 2025

/s/ Brian F Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Nov 5 2025

Lauren Friend McKelvey (VSB No. 78813)
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email:   LMcKelvey@reitlerlaw.com
             DTabakin@reitlerlaw.com

*Proposed Counsel for the Chapter 7 Trustee*

I ask for this:

/s/ *David N. Tabakin*
Lauren Friend McKelvey (VSB No. 78813)
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email: LMcKelvey@reitlerlaw.com
         DTabakin@reitlerlaw.com

*Proposed Counsel for Chapter 7 Trustee*

SEEN:

*/s/ Michael T. Freeman*         (Permission to affix signature received via email dated 11/04/25)
Michael T. Freeman
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Tel: 703-557-7229
Email: Michael.T.Freeman@usdoj.gov

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C).

　　　　　　　　　　*/s/ David N. Tabakin*
　　　　　　　　　　David N. Tabakin

Copies to: recipients of electronic notice