UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

```
------------------------------------------------------------X
In re:                                          :       Chapter 11
                                                :
GMS Sunset LLC                                  :       No. 25-11181-BFK
                                                :
        Debtor.                                 :
                                                :
------------------------------------------------------------X
```

**ORDER GRANTING APPLICATION BY COUNSEL FOR DEBTOR FOR FINAL COMPENSATION**

This matter having come before the Court on an application filed by Chung & Press, P.C. as counsel to GMS Sunset LLC, Debtor, for final allowance of attorneys' fees covering the period from the petition date, June 11, 2025, through the date of conversion to Chapter 7, in the amount of Six Thousand Seven Hundred Fifty Dollars ($6750), for actual, necessary services rendered, notice having been sent to the Debtor, creditors and parties in interest, and no objections having been filed, IT IS hereby

ORDERED, that Chung & Press, P.C., be and hereby is authorized compensation in the amount of Six Thousand Seven Hundred Fifty Dollars ($6750), for actual, necessary services rendered, to be paid from the fee advance and with the balance of the fee advance to be turned over to the Chapter 7 Trustee.

Dated: Nov 5 2025            /s/ Brian F Kenney
       _____            _____
                             Judge, U.S. Bankruptcy Court

Entered on Docket: Nov 5 2025
                   _____

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

I ASK FOR THIS:

_/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor


Seen and no objection:

*/s/ Michael Freeman*
Office of the U.S. Trustee


/s/ David N. Tabakin_____
Lauren Friend McKelvey (VSB No. 78813)
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email: LMcKelvey@reitlerlaw.com
DTabakin@reitlerlaw.com
Counsel for the Chapter 7 Trustee

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

          __/s/Daniel M. Press___
          Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee
Chapter 7 Trustee