# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

In re:

GMS Sunset, LLC.
    Debtor.

Case No. 25-11181-BFK

Chapter 7

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS

The Court having considered the Application of Lauren Friend McKelvey, chapter 7 trustee for the-above Debtor's estate (the "**Trustee**"), to employ attorneys, and the Declaration of Lauren Friend McKelvey in support thereof, and

IT APPEARING that the law firm of Reitler Kailas & Rosenblatt LLP is a disinterested person and does not hold or represent an interest adverse to the estate, and that the employment of the law firm generally by the Trustee is in the best interest of this estate, it is hereby

ORDERED that Lauren Friend McKelvey, chapter 7 trustee, is authorized to employ the law firm of Reitler Kailas & Rosenblatt LLP, generally, as attorneys for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

Dated: Nov 4 2025

/s/ Brian F Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Nov 5 2025

---

Lauren Friend McKelvey (VSB No. 78813)
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email:    LMcKelvey@reitlerlaw.com
             DTabakin@reitlerlaw.com

*Proposed Counsel for the Chapter 7 Trustee*

I ask for this:

/s/ *David N. Tabakin*
Lauren Friend McKelvey (VSB No. 78813)
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email: LMcKelvey@reitlerlaw.com
         DTabakin@reitlerlaw.com

*Proposed Counsel for Chapter 7 Trustee*

SEEN:

/s/ *Michael T. Freeman*         (Permission to affix signature received via email dated 11/04/25)
Michael T. Freeman
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Tel: 703-557-7229
Email: Michael.T.Freeman@usdoj.gov

### Local Rule 9022-1(C) Certification

The foregoing Order was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C).

　　　　　　　　/s/ *David N. Tabakin*
　　　　　　　　David N. Tabakin

Copies to: recipients of electronic notice

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 25-11181-BFK

GMS Sunset LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: LaurenLaf | Page 1 of 2 |
| Date Rcvd: Nov 05, 2025 | Form ID: pdford9 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Reitler Kailas & Rosenblatt LLP |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor GMS Sunset LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| David N. Tabakin | on behalf of Trustee Lauren Friend McKelvey dtabakin@reitlerlaw.com jyoung@reitlerlaw.com |
| Erik W. Fox | on behalf of Creditor Sunset Business Condominium Association efox@reesbroome.com rhurley@reesbroome.com;jwade@reesbroome.com |
| Jack Frankel | on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Lauren Friend McKelvey | vatrustee@reitlerlaw.com LFM@trustesolutions.net |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Richard Ashford DuBose, III | on behalf of Creditor Business Finance Group Inc. rdubo@gebsmith.com, dfont@gebsmith.com |

District/off: 0422-9 | User: LaurenLaf | Page 2 of 2
Date Rcvd: Nov 05, 2025 | Form ID: pdford9 | Total Noticed: 0

Robert P. McIntosh     on behalf of Creditor United States of America Internal Revenue Service Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

TOTAL: 8