UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

---------------------------------------------------------------X
In re:                                              :       Chapter 11
                                                    :
**GMS Sunset LLC**                                  :       No. 25-11181-BFK
                                                    :
        **Debtor.**                         :
                                                    :
---------------------------------------------------------------X

## ORDER GRANTING APPLICATION BY COUNSEL FOR DEBTOR FOR FINAL COMPENSATION

This matter having come before the Court on an application filed by Chung & Press, P.C. as counsel to GMS Sunset LLC, Debtor, for final allowance of attorneys' fees covering the period from the petition date, June 11, 2025, through the date of conversion to Chapter 7, in the amount of Six Thousand Seven Hundred Fifty Dollars ($6750), for actual, necessary services rendered, notice having been sent to the Debtor, creditors and parties in interest, and no objections having been filed, IT IS hereby

ORDERED, that Chung & Press, P.C., be and hereby is authorized compensation in the amount of Six Thousand Seven Hundred Fifty Dollars ($6750), for actual, necessary services rendered, to be paid from the fee advance and with the balance of the fee advance to be turned over to the Chapter 7 Trustee.

Dated: Nov 5 2025

/s/ Brian F Kenney
Judge, U.S. Bankruptcy Court

Entered on Docket: Nov 5 2025

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

I ASK FOR THIS:

　/s/ Daniel M. Press　
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor


Seen and no objection:

*/s/ Michael Freeman*
Office of the U.S. Trustee


/s/ David N. Tabakin
Lauren Friend McKelvey (VSB No. 78813)
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email: LMcKelvey@reitlerlaw.com
DTabakin@reitlerlaw.com
Counsel for the Chapter 7 Trustee

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                          __/s/Daniel M. Press___
                                          Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee
Chapter 7 Trustee

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 25-11181-BFK
GMS Sunset LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9  User: LaurenLaf  Page 1 of 2
Date Rcvd: Nov 05, 2025  Form ID: pdford9  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

**Recip ID    Recipient Name and Address**
db    + GMS Sunset LLC, 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:

**Name**    **Email Address**

Daniel M. Press
    on behalf of Debtor GMS Sunset LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

David N. Tabakin
    on behalf of Trustee Lauren Friend McKelvey dtabakin@reitlerlaw.com jyoung@reitlerlaw.com

Erik W. Fox
    on behalf of Creditor Sunset Business Condominium Association efox@reesbroome.com rhurley@reesbroome.com;jwade@reesbroome.com

Jack Frankel
    on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Lauren Friend McKelvey
    vatrustee@reitlerlaw.com LFM@trustesolutions.net

| | | |
|---|---|---|
| District/off: 0422-9 | User: LaurenLaf | Page 2 of 2 |
| Date Rcvd: Nov 05, 2025 | Form ID: pdford9 | Total Noticed: 1 |

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

Richard Ashford DuBose, III
    on behalf of Creditor Business Finance Group  Inc. rdubo@gebsmith.com, dfont@gebsmith.com

Robert P. McIntosh
    on behalf of Creditor United States of America  Internal Revenue Service Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

TOTAL: 8