# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| In re: | Case No. 25-11181-BFK |
| GMS Sunset LLC | Chapter 7 |
| Debtor. | |

## ORDER AUTHORIZING EMPLOYMENT OF
## REAL ESTATE AGENT AND LISTING BROKER

The Court having considered the Application for Employment of Real Estate Agent and Listing Broker filed by Lauren Friend McKelvey, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Trustee**") of the bankruptcy estate (the "**Estate**") of GMS Sunset LLC (the "**Debtor**"), in the above- referenced Chapter 7 case to employ Stephen Karbelk and RealMarkets (supported by Stephanie Young and Robert Walters) (collectively, "**Agent**") as Trustee's real estate agent, and Agent's affiliated listing broker, CENTURY 21 Commercial New Millennium ("**Listing Broker**") to sell the real property located at 294 Sunset Park Drive, Suite 11, Herndon, VA 20170 (the "**Property**"), and the Declaration of Stephen Karbelk in support thereof, and **IT APPEARING** that Agent and Listing Broker are disinterested persons and do not hold or represent an interest adverse to the Estate, and that the employment of Agent and Listing Broker by the Trustee is in the best interest of this Estate, it is hereby **ORDERED** that:

1. Lauren Friend McKelvey, chapter 7 trustee, is authorized, pursuant to 11 U.S.C.

---

_____
Lauren Friend McKelvey (VSB No. 78813)
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email:    LMcKelvey@reitlerlaw.com
          DTabakin@reitlerlaw.com

*Counsel for the Chapter 7 Trustee*

§ 327(a) to employ Stephen Karbelk and RealMarkets (supported by Stephanie Young and Robert Walters) as the Trustee's real estate agent, and agent's affiliated listing broker, CENTURY 21 Commercial New Millennium, as real estate agent and listing broker to market and sell the Property subject to the terms and conditions set forth in the Application.

2.      Agent is authorized to put all utility accounts, including the electric, gas, and water accounts, into the name of Stephen Karbelk, Stephanie Young or RealMarkets, as Agent for the Trustee; that Agent shall not be responsible for paying any past due amounts that were incurred prior to the petition date of the bankruptcy filing; that Agent is also authorized to incur property maintenance and property preservation services and expense; and that, subject to further order and approval of this court, Agent shall be reimbursed for all utility expenses, title search expenses, property maintenance expenses and property preservation expenses, and property owners association resale package expenses, if applicable, upon the sale of the Property.

3.      Compensation to Agent and Listing Broker shall only be paid upon further Order of this Court.

4.      No agent or broker in any CENTURY 21 Commercial New Millennium office may represent a buyer for the purchase of the Property without express Court approval; provided, however, that an agent or broker operating from a franchised, independently owned and operated CENTURY 21 office may represent a buyer for the purchase of the Property; and that any provision in the Listing Broker's listing agreement allowing designated representation or dual representation by agents or brokers in a CENTURY 21 Commercial New Millennium office is not approved and not permitted except as set forth herein or as otherwise ordered by the Court.

Dated: Nov 13 2025

/s/ Brian F Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Nov 13 2025

I ask for this:

/s/ *David N. Tabakin*
Lauren Friend McKelvey (VSB No. 78813)
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email: LMcKelvey@reitlerlaw.com
       DTabakin@reitlerlaw.com

*Counsel for Chapter 7 Trustee*

SEEN:

/s/ *Michael T. Freeman*     (Permission to affix signature received via email dated 11/13/25)
Michael T. Freeman
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Tel: 703-557-7274
Fax: 703-557-7279
Email: michael.t.freeman@usdoj.gov

### Local Rule 9022-1(C) Certification

The foregoing Order was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C).

/s/ *David N. Tabakin*
David N. Tabakin

Copies to: recipients of electronic notice