UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re:<br><br>**GMS Sunset LLC**<br>Debtor. | Case No. 25-11181-BFK<br><br>Chapter 7 |

**AMENDED ORDER AUTHORIZING EMPLOYMENT**
**OF REAL ESTATE AGENT AND LISTING BROKER**

The Court having considered the Application for Employment of Real Estate Agent and Listing Broker filed by Lauren Friend McKelvey, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Trustee**") of the bankruptcy estate (the "**Estate**") of GMS Sunset LLC (the "**Debtor**"), in the above- referenced Chapter 7 case to employ Stephen Karbelk and RealMarkets (supported by Stephanie Young and Robert Walters) (collectively, "**Agent**") as Trustee's real estate agent, and Agent's affiliated listing broker, CENTURY 21 Commercial New Millennium ("**Listing Broker**") to sell the real property located at 276 & 294 Sunset Park Drive, Herndon, Virginia 20170 (Sunset Business Park, Units 11 and 12) (the "**Property**"), and the Declaration of Stephen Karbelk in support thereof, and **IT APPEARING** that Agent and Listing Broker are disinterested persons and do not hold or represent an interest adverse to the Estate, and that the employment of Agent and Listing Broker by the Trustee is in the best interest of this Estate, it is hereby **ORDERED** that:

1.  Lauren Friend McKelvey, chapter 7 trustee, is authorized, pursuant to 11 U.S.C.

---

Lauren Friend McKelvey (VSB No. 78813)
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email:    LMcKelvey@reitlerlaw.com
              DTabakin@reitlerlaw.com

*Counsel for the Chapter 7 Trustee*

§ 327(a) to employ Stephen Karbelk and RealMarkets (supported by Stephanie Young and Robert Walters) as the Trustee's real estate agent, and agent's affiliated listing broker, CENTURY 21 Commercial New Millennium, as real estate agent and listing broker to market and sell the Property subject to the terms and conditions set forth in the Application.

2. Agent is authorized to put all utility accounts, including the electric, gas, and water accounts, into the name of Stephen Karbelk, Stephanie Young or RealMarkets, as Agent for the Trustee; that Agent shall not be responsible for paying any past due amounts that were incurred prior to the petition date of the bankruptcy filing; that Agent is also authorized to incur property maintenance and property preservation services and expense; and that, subject to further order and approval of this court, Agent shall be reimbursed for all utility expenses, title search expenses, property maintenance expenses and property preservation expenses, and property owners association resale package expenses, if applicable, upon the sale of the Property.

3. Compensation to Agent and Listing Broker shall only be paid upon further Order of this Court.

4. No agent or broker in any CENTURY 21 Commercial New Millennium office may represent a buyer for the purchase of the Property without express Court approval; provided, however, that an agent or broker operating from a franchised, independently owned and operated CENTURY 21 office may represent a buyer for the purchase of the Property; and that any provision in the Listing Broker's listing agreement allowing designated representation or dual representation by agents or brokers in a CENTURY 21 Commercial New Millennium office is not approved and not permitted except as set forth herein or as otherwise ordered by the Court.

Dated: Nov 17 2025

/s/ Brian F Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Nov 17 2025

I ask for this:

/s/ *David N. Tabakin*
Lauren Friend McKelvey (VSB No. 78813)
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email: LMcKelvey@reitlerlaw.com
DTabakin@reitlerlaw.com

*Counsel for Chapter 7 Trustee*

SEEN:

/s/ *Michael T. Freeman*   (Permission to affix signature received via email dated 11/14/25)
Michael T. Freeman
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Tel: 703-557-7274
Fax: 703-557-7279
Email: michael.t.freeman@usdoj.gov

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C).

/s/ *David N. Tabakin*
David N. Tabakin

Copies to: recipients of electronic notice

3

United States Bankruptcy Court

Eastern District of Virginia

In re: | Case No. 25-11181-BFK
GMS Sunset LLC | Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: NataliaNe     Page 1 of 2
Date Rcvd: Nov 17, 2025     Form ID: pdford9     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

**Recip ID**    **Recipient Name and Address**
db    + GMS Sunset LLC, 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Daniel M. Press
    on behalf of Debtor GMS Sunset LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

David N. Tabakin
    on behalf of Trustee Lauren Friend McKelvey dtabakin@reitlerlaw.com jyoung@reitlerlaw.com

Erik W. Fox
    on behalf of Creditor Sunset Business Condominium Association efox@reesbroome.com rhurley@reesbroome.com;jwade@reesbroome.com

Jack Frankel
    on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Lauren Friend McKelvey
    vatrustee@reitlerlaw.com LFM@trustesolutions.net

District/off: 0422-9 | User: NataliaNe | Page 2 of 2
Date Rcvd: Nov 17, 2025 | Form ID: pdford9 | Total Noticed: 1

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

Richard Ashford DuBose, III
    on behalf of Creditor Business Finance Group  Inc. rdubo@gebsmith.com, dfont@gebsmith.com

Robert P. McIntosh
    on behalf of Creditor United States of America  Internal Revenue Service Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

TOTAL: 8