## United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 25−11181−BFK
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

GMS Sunset LLC
1141 Elden Street, Ste. 224
Herndon, VA 20170

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: 33−1060039

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **February 26, 2026**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.uscourts.gov) to view your filed proof of claim.

Effective November 1, 2022, the Court's Electronic Proof of Claim (ePOC) application may be used by a claimant or claimant's agent to file a Proof of Claim electronically via the Court's internet web home page, www.vaeb.uscourts.gov. No ECF registrant login or password is required to file a proof of claim in this manner.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

DATED: November 26, 2025                          For the Court,

Address of the Bankruptcy Court                   Charri S Stewart, Clerk
200 South Washington Street                        United States Bankruptcy Court
Alexandria, VA 22314

[B2040vaebOct2022.jsp]

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-11181-BFK |
| GMS Sunset LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: LaurenLaf | Page 1 of 2 |
| Date Rcvd: Nov 26, 2025 | Form ID: 2040 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GMS Sunset LLC, 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |
| cr | + | Sunset Business Condominium Association, c/o Rees Broome, PC, 1900 Gallows Road, Suite 700, Tysons Corner, VA 22182-3886 |
| 16742024 | + | Amphora Bakery Inc., 294 Sunset Park Dr, Herndon, VA 20170-5219 |
| 16742025 | + | Business Finance Group, Inc., Richard A. DuBose, One South Street Suite 2200, Baltimore, MD 21202-3281 |
| 16742026 | + | County of Fairfax DTA, 12000 Government Center Pkwy, Fairfax, VA 22035-0002 |
| 16742027 | + | Diner DX Jnc., 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |
| 16742028 | + | George Cholakis, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742030 | + | Maria Cholakis, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742031 | + | Richard A. Dubose, Gebhardt & Smith, One South St Ste 2200, Baltimore, MD 21202-3343 |
| 16742032 | + | Steve Bilidas, 1141 Elden St., STE 224, Herndon, VA 20170-5572 |
| 16742033 | + | Sunset Business Park Condo Assn, c/o Rees Broome, 1900 Gallows Road STE 700, Vienna, VA 22182-3886 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16744917 | + | Email/Text: va_tax_bk@harriscollect.com | Nov 27 2025 01:27:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 16742029 | + | EDI: IRS.COM | Nov 27 2025 06:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16742034 | + | Email/Text: town.attorney@herndon-va.gov | Nov 27 2025 01:26:00 | Town of Herndon, PO Box 427, Herndon, VA 20172-0427 |
| 16743701 | | Email/Text: atlreorg@sec.gov | Nov 27 2025 01:26:00 | U.S. Securities and Exchange Commission,, Office of Reorganization,, 950 East Paces Ferry Road, Suite 900,, Atlanta, GA 30326-1382 |
| 16742035 | + | Email/Text: va_tax_bk@harriscollect.com | Nov 27 2025 01:27:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Reitler Kailas & Rosenblatt LLP |
| cr | | Business Finance Group, Inc. |
| RE | | Stephen Karbelk |
| cr | | United States of America, Internal Revenue Service |
| desig | *+ | Steve Bilidas, 1141 Elden Street, Ste. 224, Herndon, VA 20170-5572 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0422-9 | User: LaurenLaf | Page 2 of 2
Date Rcvd: Nov 26, 2025 | Form ID: 2040 | Total Noticed: 16

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2025 at the address(es) listed below:**

**Name** — **Email Address**

Daniel M. Press
  on behalf of Debtor GMS Sunset LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

David N. Tabakin
  on behalf of Trustee Lauren Friend McKelvey dtabakin@reitlerlaw.com  jyoung@reitlerlaw.com

Erik W. Fox
  on behalf of Creditor Sunset Business Condominium Association efox@reesbroome.com rhurley@reesbroome.com;jwade@reesbroome.com

Jack Frankel
  on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Lauren Friend McKelvey
  vatrustee@reitlerlaw.com  LFM@trustesolutions.net

Matthew W. Cheney
  ustpregion04.ax.ecf@usdoj.gov

Richard Ashford DuBose, III
  on behalf of Creditor Business Finance Group  Inc. rdubo@gebsmith.com, dfont@gebsmith.com

Robert P. McIntosh
  on behalf of Creditor United States of America  Internal Revenue Service Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;CaseView.ECF@usdoj.gov

TOTAL: 8