UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Rees Broome, PC, by counsel hereby gives notice that Erik W. Fox withdraws from the pending cases listed on the attached Exhibit A as of January 9, 2026, and requests that the Clerk's Office and all parties of record remove Erik W. Fox from the mailing matrix and electronic notification list for the cases listed on Exhibit A.

PLEASE TAKE FURTHER NOTICE that R. A. Hurley will replace Erik W. Fox as counsel for the Creditors in the pending cases listed in Exhibit A and should be placed on the electronic notification and mailing list for those cases.

REES BROOME, PC
By Counsel

    /s/Erik W. Fox
Erik W. Fox
VA State Bar 65456

    /s/R. A. Hurley
R. A. Hurley
Virginia State Bar No. 78616
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, Virginia 22182
(703) 790-1911
Fax No.  (703) 288-9410
rhurley@reesbroome.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Withdrawal and Substitution of Counsel was e-filed with the Clerk's office and served on all registered parties via ECF Filing system this 8th day of January 2026.

/s/Erik W. Fox
Erik W. Fox

/s/R. A. Hurley
R. A. Hurley