# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **In re:** | **Case No. 25-11181-BFK** |
| **GMS Sunset LLC** | **Chapter 7** |
| Debtor. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the *Notice of Motion and Opportunity to Object* (ECF No. 58) was served on all parties/persons receiving notice/service electronically in the above-referenced case via the CM/ECF system and mailed first-class, postage prepaid, on the 28th day of January 2026 to all persons on the attached service list.

/s/ *David N. Tabakin*
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email: DTabakin@reitlerlaw.com

*Counsel for Chapter 7 Trustee*

Amphora Bakery Inc.
294 Sunset Park Dr
Herndon, VA 20170-5219

Commonwealth of Virginia
Department of Taxation
PO BOX 2156
Richmond, VA 23218-2156

County of Fairfax DTA
12000 Government Center Pkwy
Fairfax, VA 22035-0002

Diner DX Jnc.
1141 Elden Street, Ste. 224
Herndon, VA 20170-5572

George Cholakis
1141 Elden St., STE 224
Herndon, VA 20170-5572

GMS Sunset LLC
1141 Elden Street, Ste. 224
Herndon, VA 20170-5572

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Maria Cholakis
1141 Elden St., STE 224
Herndon, VA 20170-5572

Steve Bilidas
1141 Elden St., STE 224
Herndon, VA 20170-5572

Town of Herndon
PO Box 427
Herndon, VA 20172-0427

U.S. Securities and Exchange Commission,
Office of Reorganization,
950 East Paces Ferry Road, Suite 900,
Atlanta, GA 30326-1382

Va Dept of Taxation
PO Box 1115
Richmond, VA 23218-1115