## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| In re: | **Case No. 25-11181-BFK** |
| **GMS Sunset LLC**<br>**Debtor.** | **Chapter 7** |

## WITNESS AND EXHIBIT LIST

Lauren Friend McKelvey, chapter 7 Trustee (the "Trustee"), hereby submits the following Witness and Exhibit list in connection with the hearing in this case on the Trustee's *Motion To Sell Real Property Free and Clear of All Liens, Claims, Encumbrances, and Interests (*294 & 276 Sunset Park Drive, Herndon, VA 20170*)* (ECF No. 56), set for February 24, 2026, at 9:30 a.m. ET.

### Witness List

Lauren Friend McKelvey, Chapter 7 Trustee

Stephanie Young

Robert Walters

Corporate Representative of OME West LLC

### Exhibit List:

| Exhibit No. | Name | Admitted? |
|---|---|---|
| A | Docket, Case Number 25-11181-BFK | |
| B | Original Ratified Offer dated December 17, 2025 | |
| C | Contract Price Addendum | |
| D | Inspection Report dated January 9, 2026 | |
| E | Cost Estimate Dated January 21, 2026 | |

Lauren Friend McKelvey (VSB No. 78813)
David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email:     LMcKelvey@reitlerlaw.com
              DTabakin@reitlerlaw.com

*Counsel for Chapter 7 Trustee*

**LAUREN FRIEND MCKELVEY, TRUSTEE**

Dated:   February 23, 2026                    Respectfully submitted,

                                             /s/ *David N. Tabakin*
                                             Lauren Friend McKelvey (VSB No. 78813)
                                             David N. Tabakin (VSB No. 82709)
                                             Reitler Kalais & Rosenblatt, LLP
                                             11921 Freedom Drive, Suite 550
                                             Reston, Virginia 20190
                                             Main: 212-209-3050 | Fax: 212-371-5500
                                             Email: LMcKelvey@reitlerlaw.com
                                                     DTabakin@reitlerlaw.com

                                             *Counsel for Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 23rd day of February 2026, caused a copy of the foregoing to be filed and served electronically using the Court's ECF System.

                                             /s/ *David N. Tabakin*
                                             David N. Tabakin

2

## **Exhibit B**

DigiSign Verified - 779553bd-4720-45b6-a11c-09af07303b73
DigiSign Verified - df4fabed-818b-4f84-9527-ff845f44fff1


PLAINTIFF'S
EXHIBIT

B

## COMMERICAL PURCHASE AGREEMENT

> Each commercial transaction is different. This form may not address your specific purpose. This is a legally binding document. If not understood, seek competent advice before signing.

This Commercial Purchase Agreement (the "Agreement") is dated **12/17/2025** between **Lauren McKelvey, Trustee** ("Seller") and **OME West LLC and or assigns** ("Purchaser"). The parties acknowledge that **Century 21 New Millennium Commercial** ("Listing Broker") represents Seller and that **Papadopoulos Properties** ("Selling Broker") represents [**select one**]: ☐ Seller ☐ Purchaser. The parties further acknowledge that disclosure of the brokerage relationships was made to them by the real estate licensees involved in this transaction when specific assistance was first rendered and confirmed in writing.

1. **SALE OF PROPERTY** Purchaser agrees to buy and Seller agrees to sell the land, all improvements thereon, and all rights and appurtenances thereto belonging, located in the City/County of **Herndon/ Fairfax**, Virginia, with a tax parcel no. of **0173090011** and a street address of **294 & 276 Sunset Park Drive, Herndon, VA 20170**. Seller discloses that [**select one**]: ☐ there are no tenants or other parties in possession of the Property **OR** ☑ there are tenants or persons who are in possession of the Property as set forth on **SCHEDULE A** attached hereto.

2. **PURCHASE PRICE** The purchase price for the Property is **One million four hundred fifty thousand and 00/10** Dollars ($ **1,450,000.00** ) (the "Purchase Price) and shall be paid to Seller at Settlement, subject to the prorations and adjustments described herein, as follows:

    A. **Deposit** Purchaser shall make a deposit of $ **50,000.00** (the "Deposit") to be held by **RL Title & Escrow** (the "Escrow Agent"). Purchaser [**select one**]: ☐ has paid the Deposit to the Escrow Agent **OR** ☐ will pay the Deposit to the Escrow Agent within **5** days after this Agreement is fully executed by both parties. If Purchaser fails to pay the Deposit as set forth herein, then Seller may terminate this Agreement by written notice to Purchaser and neither party shall have any further obligation hereunder. The Deposit may be held in an interest bearing account and the parties waive claim to any such interest. The Deposit shall be applied towards the Purchase Price at Settlement. If Settlement does not occur, the Deposit shall be paid as provided herein.

    B. **Balance** The balance of the Purchase Price shall be paid by Purchaser at Settlement in certified funds or bank wire (inclusive of any loan obtained by Purchaser to purchase the Property).

3. **SETTLEMENT**

    Or within 20 Days of Bankruptcy Court Approval

    A. **SETTLEMENT OF PROPERTY** Settlement of the purchase and sale of the Property shall be made at **RL Title & Escrow** on **02/27/2026** ("Settlement"). Possession of the Property shall be delivered to Purchaser at Settlement.

    LJM
    PH
    AH

    B. **DELIVERIES BY SELLER AT SETTLEMENT** At Settlement, Seller shall deliver to Purchaser the following:

    LJM
    PH
    AH

    (i) A ~~general~~ **special** warranty deed ~~with full English covenants~~ of title (the "Deed") conveying to the Purchaser good and marketable fee simple title to the Property, free and clear of all

liens, encumbrances, conditions and restrictions, except any lien for real estate taxes not yet due and payable, and any Title Objections for which Purchaser has no objection and/or has waived such objection pursuant to Paragraph 5;

(ii) An affidavit for the benefit of Purchaser and its title insurer, satisfactory to Purchaser's title company (the "Affidavit") stating that (1) no right to a mechanic's or materialman's lien has accrued with respect to the Property as a result of any act or omission by the Seller AND (2) there are no outstanding leases or agreements with regard to, or other parties in or entitled to possession of, the Property except as disclosed in SCHEDULE A attached hereto;

(iii)A Certificate of Non-Foreign Status as required by Section 1445 of the Internal Revenue Code of 1986 and any other certificates required by any governmental authority or agency;

(iv)~~If the Property is leased, a tenant estoppel certificate and an assignment of lease (including the transfer of the security deposit at Settlement) for each and every tenant of the Property, in forms acceptable to Purchaser; and~~

*LFM* Sold As-Is - FYI: While the property is leased on a month to month basis, we're not going to be
*PH* able to get an estoppel certificate from the tenant.
(v) Such other Seller certifications as Purchaser's lender or title company may reasonably
*AH* require.

C. **COSTS AND PRORATIONS**  Seller shall pay the costs of preparing the Deed, the Grantor's tax thereon and any other expenses incurred by Seller. Purchaser shall pay for the title search, title insurance premiums, survey expenses, lender fees, Grantee's tax and all other settlement expenses incurred by Purchaser. Real estate taxes, ~~rent~~, CAM and assessments, as applicable, shall be prorated between Seller and Purchaser as of the date of the Settlement. Each party shall pay its own legal, accounting and other expenses incurred in connection with this Agreement or Settlement.

D. **CONDITION OF PROPERTY**  Purchaser agrees to accept the Property at Settlement in its physical condition at the time this Agreement is fully executed by all parties, except as otherwise provided herein. Seller agrees to maintain the Property in good condition and repair until Settlement. At Settlement, Seller agrees to transfer to Purchaser all existing warranties, if any, on the Property's roof, structural components, HVAC, mechanical, electrical, security and plumbing systems.

## 4. FEASIBILITY PERIOD

A. For a period of __Thirty__ ( 30 ) days following execution of this Agreement by all parties (the "Feasibility Period"), Purchaser, its agents and contractors, shall have the right to: (i) enter the Property for the purpose of inspecting the Property and performing tests as are desirable to Purchaser in its sole and absolute discretion; (ii) seek zoning information from the local governing authority concerning Purchaser's intended use of the Property; and/or (iii) apply for lender financing to acquire the Property.

B. Within five (5) days after Seller's receipt of a fully executed copy of this Agreement, if not previously delivered, Seller shall deliver to Purchaser copies of the following materials related to the Property if in Seller's possession: (i) any Phase I or other environmental studies; (ii) a

current survey; (iii) the most current owner's title insurance policy; and (iv) all leases and rent rolls for each tenant identified in **SCHEDULE A** (including without limitation, the base monthly rental and all taxes, insurance, and other pass-throughs paid by the tenant), and all contracts affecting the Property that are not terminable at will. Items (i) through (iv) are collectively referred to as the "Materials".

C. If Purchaser is not satisfied in its sole and absolute discretion with all aspects of the Property (including zoning) or the Materials, or has not obtained financing upon terms and conditions satisfactory to Purchaser, then Purchaser shall have the right, upon written notice to Seller prior to the expiration of the Feasibility Period, to terminate this Agreement, in which event the Deposit shall be refunded in full to Purchaser and the parties shall have no further obligation or liability to one another, except for any liability pursuant to the indemnity provisions of Paragraphs 4D., 10 and 11. Purchaser acknowledges that the Feasibility Period will not be extended for any reason, regardless of whether Purchaser has completed its inspections or zoning inquiry, or has obtained financing.

D. If Purchaser fails to acquire the Property, Purchaser agrees: (i) to repair any damage arising as a result of its exercise of the right of access granted in this Paragraph 4; (ii) to indemnify and hold Seller harmless from any and all liability of any kind or nature whatsoever as a result of the exercise of such right of access, other than as a result of Seller's negligence or misconduct or the negligence or misconduct of Seller's agents, employees or contractors; and (iii) upon demand to return the Materials to Seller.

5. **TITLE AND SURVEY OBJECTIONS** Purchaser may, at its sole expense, obtain a title insurance commitment and a survey for the Property. Prior to the expiration of the Feasibility Period, Purchaser shall notify the Seller in writing as to any title or survey objections regarding the Property that the Purchaser is unwilling to accept (collectively the "Title Objections"). Seller shall advise Purchaser in writing within ten (10) days after receipt of such notice, which if any of the Title Objections will not be cured by Seller at or prior to Settlement. If Seller fails to respond to Purchaser within such ten (10) day period or if Seller's response indicates that it does not intend to cure one or more of the Title Objections, then Purchaser may, at its option either (i) terminate this Agreement by giving written notice to Seller; (ii) cure such Title Objections at its own expense and proceed to Settlement with no reduction in the Purchase Price; or (iii) waive such Title Objections and proceed to Settlement, with no reduction in the Purchase Price. If Purchaser elects to terminate this Agreement, the Deposit shall be refunded in full to Purchaser and the parties shall have no further obligation or liability to one another, except for any liability pursuant to the indemnity provisions of Paragraphs 4D., 10 and 11.

6. **CONDITIONS PRECEDENT TO OBLIGATION OF PURCHASER** This Agreement and all of Purchaser's obligations hereunder are further subject to Purchaser determining in its sole and absolute discretion that all of the conditions set forth in this Paragraph 6 have been satisfied or waived in writing by Purchaser. In the event that any of the following conditions are not satisfied or waived by Purchaser, Purchaser may give written notice to Seller terminating this Agreement on or before Settlement, in which event the Deposit shall be refunded in full to Purchaser and the parties shall have no further obligation or liability to one another, except for any liability pursuant to the indemnity provisions of Paragraphs 4D., 10 and 11.

A. **SELLER'S REPRESENTATIONS AND WARRANTIES** All the representations and warranties of Seller made herein shall have been true when made and shall be true and correct as of Settlement, with no material changes therein.

B. **SELLER'S DELIVERIES** As of Settlement, Seller shall have taken all action and delivered all documents and materials required by this Agreement.

C. **NO LITIGATION** As of Settlement, there shall be no litigation, proceeding or investigation pending, or to the knowledge of Purchaser or Seller threatened, which might prevent or adversely affect the intended use of the Property or which questions the validity of any action taken or to be taken by Seller or Purchaser hereunder, or which threatens the continued operation of the Property for commercial purposes.

7. **REPRESENTATIONS AND WARRANTIES OF THE SELLER** Seller, jointly and severally (if more than one Seller), represents and warrants unto Purchaser as of the date hereof and on the Settlement date that:

A. **AUTHORITY AND MARKETABLE TITLE** Seller is the owner of the Property, possesses the requisite authority to enter into and perform this Agreement, and has the absolute right to sell, assign, and transfer the Property to Purchaser at Settlement.
    **Subject to US Banruptcy Court Approval.**

JJM
PH
AH

B. ~~**NO PENDING LITIGATION OR BANKRUPTCY** There are no actions, suits or proceedings at law or in equity pending, threatened against, or affecting the Property before or by any federal, state, municipal, or other governmental department, commission, board, bureau, agency, or instrumentality. No bankruptcy or similar action, whether voluntary or involuntary, is pending or is threatened against Seller, and Seller has no intention of filing or commencing any such action within ninety (90) days following Settlement.~~

C. **NO OUTSTANDING PURCHASE OPTION** No option, right of first refusal or other contractual opportunity to purchase the Property has been granted to, or executed with, a third-party that is enforceable against Seller and/or the Property giving such third-party a right to purchase an interest in the Property or any party thereof.

D. **NO NOTICE OF REPAIRS** Seller has received no written notice from any governmental agency that repairs, alterations or corrections that must be made to the Property.

E. **UTILITIES** The Property is connected to ☒ a municipal water and sewer system and has utility meters installed within the Property **OR** ☐ a well and septic system located on the Property. Seller makes no representation on whether the capacities of such utilities are sufficient for Purchaser's intended use of the Property.

F. **HAZARDOUS MATERIALS** To the best of Seller's actual knowledge, no toxic or hazardous materials (as said terms are defined in any applicable federal or state laws) have been used, discharged or stored on or about the Property in violation of said laws, and to the best of Seller's knowledge, no such toxic or hazardous materials are now or will be at Settlement located on or below the surface of the Property.   There are no petroleum storage tanks located on or beneath the surface of the Property.

G. **PARTIES IN POSSESSION** As of the Settlement date, there will be no adverse or other parties in possession of the Property or any part thereof, nor has any party been granted any

license, lease or other right or interest relating to the use or possession of the Property or any part thereof, except for the Leases attached hereto and made a part hereof as **SCHEDULE A**.

**H. OTHER CONTRACTS** Seller is not a party to any contracts relating to the Property that is not terminable at will, except as disclosed on **SCHEDULE B**, which is attached hereto and made a part hereof. Between the date of this Agreement and the Settlement date, Seller will not, without the prior written consent of Purchaser, which consent shall not be unreasonably withheld, enter into any contract relating to the Property that is not terminable at will.

**I. NO UNDISCLOSED RESTRICTIONS** Seller has not, nor to the best of Seller's knowledge or belief has any predecessor in title, executed or caused to be executed any document with or for the benefit of any governmental authority restricting the development, use or occupancy of the Property that has not specifically been disclosed to Purchaser or wouldn't be revealed by a title report.

8. **RISK OF LOSS** The risk of loss or damage to the Property by fire or other casualty prior to Settlement shall be on the Seller. If such loss or damage materially and adversely affects the use of the Property as of Settlement, Purchaser shall be entitled to terminate this Agreement by written notice to Seller, in which event the Deposit shall be refunded in full to Purchaser and the parties shall have no further obligation or liability to one another, except for any liability pursuant to the indemnity provisions of Paragraphs 4D., 10 and 11.

9. **CONDEMNATION** If, prior to Settlement, any taking pursuant to the power of eminent domain is proposed or occurs, as to all or any portion of the Property intended to be acquired at Settlement by the Purchaser, or sale occurs in lieu thereof, the Purchaser shall be entitled to terminate this Agreement by written notice to Seller, in which event the Deposit shall be refunded in full to Purchaser and the parties shall have no further obligation or liability to one another, except for any liability pursuant to the indemnity provisions of Paragraphs 4D., 10 and 11.

10. **ACCESS/COOPERATION** During the term of this Agreement, Purchaser and his duly authorized agents shall be entitled to reasonable access to the Property for the purpose of surveying, appraising and making other findings related to the Property. Purchaser agrees to indemnify and hold the Seller harmless from any and all liability of any kind or nature whatsoever as a result of the exercise of such right of access, other than as a result of the Seller's gross negligence or willful misconduct.

11. **AGENTS AND BROKERS** Each party represents and warrants that it did not consult or deal with any broker or agent with regard to this Agreement or the transaction contemplated hereby, except for the Listing Broker and the Selling Broker, and each party hereto agrees to indemnify and hold harmless the other party from all liability, expense, loss, cost or damage, including reasonable attorneys' fees, that may arise by reason of any claim, demand or suit of any agent or broker arising out of facts constituting a breach of the foregoing representation and warranty. Listing Broker shall be paid a brokerage fee by Seller of ☑ 3 % of the Purchase Price. Selling Broker shall be paid by Seller a fee of ☑ 2.5 % of the Purchase Price. The fees to the Listing Broker and the Selling Broker shall be paid in cash at settlement.

12. **NOTICES** Any notice, request or demand required or permitted to be given pursuant to this Agreement shall be in writing and shall be deemed sufficiently given if, delivered by hand or messenger at the address of the intended recipient, sent prepaid by Federal Express (or a

comparable guaranteed overnight delivery service), or deposited in the United States first class mail (registered or certified, postage prepaid, with return receipt requested), addressed to the intended recipient, at the intended recipient's address set forth below, or at such other address as the intended recipient may have specified by written notice to the sender given in accordance with the requirements of this Paragraph. Any such notice, request or demand so given shall be deemed given on the day it is received by the recipient.

For the Seller:

<u>Stephanie@realmarkets.com</u>

<u>Stephen@realmarkets.com</u>

**dtabakin@reitlerlaw.com**

For Purchaser:

<u>CGogos@papadop.com</u>

## 13. DEFAULT

A. **DEFAULT BY PURCHASER** If Purchaser defaults under this Agreement, the damages suffered by Seller would be difficult to ascertain. **Therefore, Seller and Purchaser agree that, in the event of a default by Purchaser, Seller's sole and exclusive remedy, in lieu of all other remedies, shall be to terminate this Agreement and retain the Deposit as full and complete liquidated damages.** If the Deposit is retained as liquidated damages, Seller agrees to pay one-half of the Deposit to the Listing Broker to compensate Broker for his brokerage services in the transaction. Such payment shall have no effect on the payment due in any subsequent transaction. Seller hereby specifically waives the right to seek specific performance of this Agreement by Purchaser or any other remedy at law or in equity, provided that Seller reserves the right to all remedies available at law and in equity solely in order to enforce the indemnification obligations of Purchaser under Paragraphs 4D., 10 and 11 herein.

B. **DEFAULT BY SELLER** If Seller defaults under this Agreement, Purchaser shall have the option to (i) seek specific performance of this Agreement, or (ii) terminate this Agreement, in which event the Deposit shall be promptly refunded to Purchaser. ~~Seller shall be liable for Purchaser's expenses in the filing of any specific performance action, including reasonable attorney's fees and court costs.~~

*LJM*
*PH*

*AH* C. **RIGHT TO CURE DEFAULT** Prior to any termination of this Agreement as provided in Subparagraphs 13A. and 13B., the non-defaulting party shall provide written notice of any default(s) to the defaulting party (the "Default Notice") permitting the defaulting party ten (10) days to cure any such default(s). If defaulting party does not cure the default(s) or does not respond to the Default Notice, then the non-defaulting party may terminate the Agreement by written notice to the defaulting party. Nothing herein shall prevent either party from seeking a judicial determination regarding any default; provided however, the court shall award the expenses of attorney's fees and court costs to the prevailing party in any such action.

D. **BROKERAGE FEES** Notwithstanding the remedies set forth in Subparagraphs 13A., 13B, and 13C, if either Seller or Purchaser defaults under this Agreement, the defaulting party shall be liable for the full amount of the brokerage fees set forth in Paragraph 11 and any brokerage fees set forth in Seller's listing agreement with the Listing Broker for the Property (which document is hereby incorporated herein by this reference) as if this Agreement and Seller's listing agreement had been performed, and for any damages and all expenses incurred by the Listing Broker and the Selling Broker in connection with this transaction and the enforcement

of this Agreement and Seller's listing agreement, including, without limitation, attorney's fees and court costs. Payment of a real estate broker's fee as the result of a transaction relating to the Property which occurs subsequent to a default under this Agreement shall not relieve the defaulting party of liability for any brokerage fees due under this Agreement or Seller's listing agreement.

## 14. MISCELLANEOUS

A. **FINAL AGREEMENT** This Agreement contains the entire agreement between the parties hereto relating to the Property and supersedes all prior and contemporaneous negotiations, understandings and agreements, written or oral, between the parties hereto.

B. **VIRGINIA LAW APPLICABLE** This Agreement shall be construed, performed and enforced in accordance with the laws of the Commonwealth of Virginia and shall not be amended or modified and no waiver of any provision hereof shall be effective unless set forth in a written instrument executed with the same formality as this Agreement.

C. **ASSIGNMENT** This Agreement shall not be assigned by one party without the written consent of the other party, except the assignment of this Agreement to an entity owned by Purchaser or the principals of Purchaser shall not require the consent of Seller, but Purchaser shall provide written notice to Seller of such assignment. This Agreement shall inure to the benefit of the parties hereto and their respective and permitted successors and assigns.

D. **COUNTERPARTS** This Agreement may be signed in one or more counterparts, each of which is deemed to be an original and all of which shall together constitute the same instrument. The parties agree that a fax of any signed original document shall have the same effect as an original.

E. **TAX-DEFFERED EXCHANGE** Either party may elect to include the conveyance of the Property in an IRS Section 1031 Like Kind Exchange (a tax-deferred exchange). In the event that a party makes such an election, the non-exchanging party agrees to execute such documents necessary to effectuate such an exchange (at no cost to the exchanging party), but in no event shall such exchange affect the terms of the transaction or a party's responsibilities to the other party under this Agreement. The exchanging party shall bear the sole costs of its exchange

**15. ADDITIONAL PROVISIONS:** Sale & Commissions are subject to US Bankruptcy Court Approval. Sold strictly in "as-is, where-is" condition. Property is being sold by a Bankruptcy Trustee.

*LIM*
*PH*
*AH*

**16. ACCEPTANCE** To be effective this Agreement must be executed by Purchaser and Seller and an original copy of this Agreement returned to Purchaser no later than 5:00 p.m. on _____, or this Purchase Agreement shall be deemed withdrawn.

Each of the parties has executed this Agreement in its name pursuant to due authority as of the dates set forth below.

DigiSign Verified - 779553bd-4720-45b6-a11c-09af07303b73

of this Agreement and Seller's listing agreement, including, without limitation, attorney's fees and court costs. Payment of a real estate broker's fee as the result of a transaction relating to the Property which occurs subsequent to a default under this Agreement shall not relieve the defaulting party of liability for any brokerage fees due under this Agreement or Seller's listing agreement.

## 14. MISCELLANEOUS

A. **FINAL AGREEMENT** This Agreement contains the entire agreement between the parties hereto relating to the Property and supersedes all prior and contemporaneous negotiations, understandings and agreements, written or oral, between the parties hereto.

B. **VIRGINIA LAW APPLICABLE** This Agreement shall be construed, performed and enforced in accordance with the laws of the Commonwealth of Virginia and shall not be amended or modified and no waiver of any provision hereof shall be effective unless set forth in a written instrument executed with the same formality as this Agreement.

C. **ASSIGNMENT** This Agreement shall not be assigned by one party without the written consent of the other party, except the assignment of this Agreement to an entity owned by Purchaser or the principals of Purchaser shall not require the consent of Seller, but Purchaser shall provide written notice to Seller of such assignment. This Agreement shall inure to the benefit of the parties hereto and their respective and permitted successors and assigns.

D. **COUNTERPARTS** This Agreement may be signed in one or more counterparts, each of which is deemed to be an original and all of which shall together constitute the same instrument. The parties agree that a fax of any signed original document shall have the same effect as an original.

E. **TAX-DEFFERED EXCHANGE** Either party may elect to include the conveyance of the Property in an IRS Section 1031 Like Kind Exchange (a tax-deferred exchange). In the event that a party makes such an election, the non-exchanging party agrees to execute such documents necessary to effectuate such an exchange (at no cost to the exchanging party), but in no event shall such exchange affect the terms of the transaction or a party's responsibilities to the other party under this Agreement. The exchanging party shall bear the sole costs of its exchange

## 15. ADDITIONAL PROVISIONS: Sale & Commissions are subject to US Bankruptcy

Court Approval. Sold strictly in "as-is, where-is" condition. Property is being sold

by a Bankruptcy Trustee.

## 16. ACCEPTANCE  To be effective this Agreement must be executed by Purchaser and Seller and an original copy of this Agreement returned to Purchaser no later than 5:00 p.m. on _____,
or this Purchase Agreement shall be deemed withdrawn.

Each of the parties has executed this Agreement in its name pursuant to due authority as of the dates set forth below.

**SELLER:**
12/22/2025    /    *Lauren Friend McKelvey, Trustee*

LauReif FriendSMcKelvey, Chapter 7
Trustee Not individually but solely
in her capacity as the Trustee in
Bankruptcy InsReatuRMS Sunset LLC
Bankruptcy Case No: 25-11181-BFK

**PURCHASER**
12/18/2029
Date          Signature

Date          Signature

**Listing Company's Name and Address**

Century 21 Commerical New Millennium
~~Century 21 New Millennium~~

6631 Old Dominion Dr McLean VA 22101

                Stephen Karbelk/
Agent's Name    Stephanie Young
Agent's tel. no. 571-481-1037/
                 (571) 223-9775

Fax no. _____

Agent's email   Stephen@Realmarkets.com
                stephanie.young@c21nm.com

**Selling Company's Name and address**

Papadopoulos Properties

1420b 21st St NW Washington DC 20036

_____

Agent's Name  **Constantine B. _Gogos_**

Agent's tel. no. **(202) 365-5537**

Fax no. _____

Agent's email **CGogos@papadop.com**

©. Copyrighted 2011 by the Central Virginia Regional MLS™, Inc. ("CVR MLS"). This form has been licensed by NVAR from CVR MLS for use by
NVAR members and may not be otherwise used or duplicated without the written consent of CVR MLS. Seek legal advice if you do not understand any
provision of this form.

SCHEDULE A

LEASES, AGREEMENTS AND CONTRACTS
FOR TENANTS AND OTHER PARTIES
IN POSSESSION OF THE PROPERTY

List below each such tenant or other party in possession of the Property, and provide Purchaser
with a copy of each lease, license or other agreement. If verbal agreement, summarize terms
below.

Also provide Purchaser with any contract affecting the Property that is not terminable at will.

"The Purchaser acknowledges and agrees as follows with respect to the tenancy of
Amphora Bakery (the "Tenant"):

(a) The written lease dated September 8, 2004 (the "Original Lease"), between
GMS Sunset LLC, LLC, as landlord, and the Tenant, as tenant, expired by its
terms on or about September 8, 2025. A complete
and accurate copy of the Original Lease has been delivered to the Purchaser.

(b) Pursuant to Paragraph 21.03 (Holding Over) of the Original Lease, the Tenant
is currently holding over on a month-to-month basis at the holdover rental rate
set forth therein (the "Existing Tenancy").

(c) At Closing, Seller shall assign to Purchaser, and Purchaser shall assume,
Seller's position as landlord under the Existing Tenancy (including the right to
receive rents from and after the Closing Date). Purchaser acknowledges that the
Existing Tenancy is a month-to-month tenancy terminable by either party on
thirty (30) days' notice (or such other notice period as may be required by
applicable law) and that Seller makes no representation or warranty that the
Tenant will remain in possession after Closing or agree to any new lease.

(d) There shall be no proration of rent at Closing. All rent and other charges
payable by the Tenant for the month in which Closing occurs (and thereafter)
shall belong to Purchaser.

(e) No security deposit was required under, or paid pursuant to, the Original
Lease, and accordingly no security deposit exists to be transferred to Purchaser
at Closing.

(f) During the Feasibility Period and continuing until Closing, Purchaser shall
not (directly or indirectly) contact or negotiate with the Tenant or its
representatives regarding any extension, renewal, or amendment to the Original
Lease, or negotiate a new lease of the premises without Seller's prior written
consent, which consent may be withheld in Seller's sole discretion. For clarity,
Purchaser's rights during the Feasibility Period remain limited to the
inspection and other activities expressly permitted in Paragraph 4(A) of this
Agreement."

© Copyrighted 2011 by the Central Virginia Regional MLS™, Inc. ("CVR MLS"). This form has been licensed by NVAR from CVR MLS for use by
NVAR members and may not be otherwise used or duplicated without the written consent of CVR MLS. Seek legal advice if you do not understand any
provision of this form.

DigiSign Verified - 779553bd-4720-45b6-a11c-09af07303b73

**SCHEDULE B**

**CONTRACTS RELATING TO THE PROPERTY**
**(Not terminable at will)**

© Copyrighted 2011 by the Central Virginia Regional MLS™, Inc. ("CVR MLS"). This form has been licensed by NVAR from CVR MLS for use by NVAR members and may not be otherwise used or duplicated without the written consent of CVR MLS. Seek legal advice if you do not understand any provision of this form.

DigiSign Verified - df4fabed-818b-4f84-9527-ff845f44fff1

## BANKRUPTCY ADDENDUM TO SALES CONTRACT
Dated<sup>12/17/2025</sup> ("Contract")
Lauren Friend McKelvey, Trustee ("Seller") to
**OME West LLC and or assigns** _____ ("Buyer") for the property:
294 Sunset Park Drive, Unit 11, Herndon, VA 20170 & 276 Sunset Park Drive, Suite **12**, Herndon, VA
20170 ("Property")

The provisions of this addendum shall govern notwithstanding any other provision of the Contract.

1. Conveyance will be by SPECIAL WARRANTY OF TITLE.

2. The property, and any contents being conveyed herewith, is being sold "AS-IS, WHERE-IS CONDITION."
The sale of the Property is subject higher and better offers and subject to the approval of the US Bankruptcy
Court, Eastern District of Virginia, Alexandria Division (the "Court"). The Listing Agent will provide to the
Selling Agent a copy of the Sale Motion that seeks approval of this Offer with the Court.

3. No Dual Agency and No Designated Representation.

(a) The Owner does not consent to designated representation thus Owner does not allow the Property to be
shown to a buyer represented by the Broker through another designated representative associated with the
Broker.

(b) The Owner does not consent to dual representation thus Owner does not allow the property to be shown
to a buyer represented by the Broker through the same sales associate.

4. In addition to the commission provided in the listing agreement, the Broker shall be entitled to be reimbursed
for advanced property management and maintenance expenses, such as Trustee approved repairs, utility bills, lawn
maintenance, etc., subject to the approval of the US Bankruptcy Court.

5. Seller's Closing Costs. Thru the date of closing, the Seller shall pay: (a) pro-rata real estate taxes, (b) property
owners association fees, (c) Grantor's Deed Recording Tax, (d) Regional Congestion Relief Fee, (e) brokerage listing
pursuant to the Court approved listing agreement and (f) $150.00 for the Settlement and/or Closing Fee due to the
closing company. All other costs of closing, including any additional fees due to the closing company, shall be paid
by the Buyer.

6. Title Company Incentive: If the Buyer agrees to have R.L. Title & Escrow of Vienna, Virginia conduct all
aspects of the closing, then the Seller will pay an additional $1,000.00 for Settlement and/or Closing Fee costs. If the
Buyer is getting a closing cost credit from the Seller, then this credit shall be included in that credit.

This Addendum shall not alter, modify or change in any other represent the Agreement, and except as modified herein,
all the terms and provisions of the Agreement are expressly ratified and confirmed and shall remain in full force and
effect.

**SELLER:**

Lauren Friend McKelvey, Chapter 7 Trustee
Not individually but solely in her capacity
as the Trustee in Bankruptcy
*In re: GMS Sunset LLC*
*Bankruptcy Case No: 25-11181-BFK*

Date: _____

BUYER(S):

_____

Date: _____

## CONVENTIONAL FINANCING AND APPRAISAL CONTINGENCY ADDENDUM

This Addendum is made on **12/17/2025** , to a sales contract ("Contract") offered on **12/17/2025** ,
between **ONE West LLC and or assigns** _____ ("Buyer") and
**Lauren McKelvey, Trustee** _____ ("Seller") for
the purchase and sale of Property: **294 & 276 Sunset Park Drive, Herndon, VA 20170, Herndon, VA 20170**.

1. **SPECIFIED FINANCING.** "Specified Financing" means the terms set forth in Paragraph 2 of Contract and the following loan terms:

   **A. First Trust.** Buyer will ☑ **Obtain OR** ☐ **Assume** a ☐ **Fixed OR** an ☐ **Adjustable** rate First Deed of Trust loan amortized over **30** years. The interest rate for this loan is at an *(initial)* interest rate not to exceed _____% per year.

   *LJM*

   *PH*
   *AH*
   **B. Second Trust.** Buyer will ☐ **Obtain OR** ☐ **Assume** a ☐ **Fixed OR** an ☐ **Adjustable** rate Second Deed of Trust loan amortized over _____ years. The interest rate for this loan is at an *(initial)* interest rate not to exceed _____% per year.

2. **ALTERNATIVE FINANCING. This financing contingency will not apply to any Alternative Financing.** "Alternative Financing" means any change to the financing terms in the Specified Financing, including but not limited to Down Payment amount, the amount financed, loan type (i.e., Conventional, FHA, VA, USDA, or Other), term of any loan, interest rate, or loan program (i.e., assumption, fixed or adjustable rate).

   Buyer may substitute Alternative Financing for Specified Financing. Buyer may only exercise their right to Void Contract under this financing contingency by Delivering to Seller a written rejection from the lender(s) to which Buyer has applied for Specified Financing ("Lender Rejection Letter") unless Buyer and Seller execute a new financing contingency addendum for Alternative Financing. Buyer's substitution of lender(s) to which written application has been made under Paragraph 2 of Contract will not: (a) constitute a change in Specified Financing; or (b) constitute Buyer Default provided there is no additional expense to Seller and Settlement Date is not delayed.

3. **FINANCING CONTINGENCY (Select A OR B)**

☑ **A. FINANCING CONTINGENCY WITH AUTOMATIC EXTENSION.**

   1. "Financing Deadline" on this contingency is 9:00 p.m. **45** Days after Date of Ratification.
   2. If Buyer has not Delivered to Seller a Lender Rejection Letter for Specified Financing by Financing Deadline, this financing contingency will continue up to, and including, Settlement Date. However, upon expiration of Financing Deadline, Seller may at Seller's option Deliver Notice to Buyer that Buyer has three (3) days to Void Contract. If Buyer does not Void Contract within three (3) days following Delivery of Seller's Notice, this financing contingency is removed and Contract will remain in full force and effect without this financing contingency.
   3. Buyer may Void Contract by Delivering to Seller a Lender Rejection Letter for Specified Financing any time prior to the satisfaction or removal of this contingency or expiration of Settlement Date.
   4. Buyer may satisfy this contingency by Delivering to Seller a written loan commitment from the lender(s) to which Buyer has applied for Specified Financing ("Loan Commitment") any time prior to the removal of this contingency or expiration of Settlement Date.

NVAR K1359: v07/23

Page 1 of 4

☐ **B. FINANCING CONTINGENCY WITH AUTOMATIC EXPIRATION.**

    1. "Financing Deadline" on this contingency is 9:00 p.m. _____ Days after Date of Ratification.

    2. Buyer may Void Contract by Delivering to Seller a Lender Rejection Letter for Specified Financing by Financing Deadline, at which time this contingency will expire.

    3. Buyer may satisfy this contingency by Delivering to Seller a Loan Commitment any time prior to Financing Deadline.

4. **APPRAISAL CONTINGENCY (Select A OR B)**

☑ **A. APPRAISAL CONTINGENCY.** Buyer may satisfy this Contingency, negotiate Sales Price or Void Contract by 9:00 p.m. **45** _____ Days following Date of Ratification ("Appraisal Deadline") by Delivering Notice to Seller as follows ("Appraisal Contingency Notice"):

    1. Appraisal is equal to or greater than Sales Price and this contingency is satisfied and removed. The parties will proceed to Settlement at Sales Price; **OR**

    2. Buyer elects to proceed with consummation of Contract without regard to Appraisal and this contingency is removed. The parties will proceed to Settlement at Sales Price; **OR**

    3. Appraisal is equal to or greater than Sales Price, but Buyer elects not to proceed with consummation of Contract because Property either (i) does not satisfy the lender(s) requirements, (ii) Appraisal does not allow for the Specified Financing, and/or (iii) Property is inadequate collateral. Buyer may Void Contract under this subparagraph by Delivering to Seller Appraisal Contingency Notice accompanied by a written denial of the financing showing evidence of the lender(s)'s decision concerning Property. Buyer's Appraisal Contingency Notice will include a copy of the written statement setting forth the appraised value of Property ("Written Statement"); **OR**

    4. Appraisal is less than Sales Price and Buyer elects not to proceed with consummation of Contract unless Seller elects to lower Sales Price. Buyer's Appraisal Contingency Notice will include a copy of the Written Statement and Buyer's proposed sales price, which will not be lower than the appraised value.

    **Negotiation Period.** In the event of this sub-Paragraph 4(A)(4), the parties will have until 9:00 p.m. **2** _____ days ("Negotiation Period") after Buyer's Delivery of Appraisal Contingency Notice to negotiate a mutually acceptable new Sales Price.

    At any time during Negotiation Period, Buyer or Seller may make, modify, rescind, or alter as many offers and counter-offers as desired to reach mutually acceptable terms. Buyer and Seller may agree on terms by signing a written addendum describing the agreed upon new Sales Price within Negotiation Period. Otherwise, all offers and/or counteroffers terminate.

    **Buyer's Election Period.** If, at the end of Negotiation Period, the parties are unable to reach an agreement, Buyer will have the option to Void Contract by Delivering Notice to Seller by 9:00 p.m. **2** _____ days following the end of Negotiation Period, otherwise this appraisal contingency will be removed, and Contract will remain in full force and effect at the original Sales Price.

    If Buyer has not Delivered Appraisal Contingency Notice by Appraisal Deadline, this appraisal contingency will continue up to, and including, Settlement Date. However, upon expiration of Appraisal Deadline, Seller may at Seller's option Deliver Notice to Buyer that Buyer has three (3) days to Void Contract. If Buyer does not Void Contract within three (3)

days following Delivery of Seller's Notice, this appraisal contingency is removed, and
Contract will remain in full force and effect without this appraisal contingency.

☐ B. **APPRAISAL CONTINGENCY PLUS GAP GUARANTY. (The parties agree that Buyer
will pay the difference, if any, between Appraisal and Sales Price, up to the amount specified
in Paragraph 4(B)(1), except as otherwise provided in this Contingency).** Buyer may satisfy this
Contingency, negotiate Sales Price or Void Contract by 9:00 p.m. _____ Days following Date of
Ratification ("Appraisal Deadline") by Delivering Notice to Seller as follows ("Appraisal
Contingency Notice"):

1. Appraisal plus $_____ ("Buyer Gap Guaranty") is equal to or greater than Sales Price
   and this contingency is satisfied and removed. The parties will proceed to Settlement at Sales
   Price; **OR**

2. Buyer elects to proceed with consummation of Contract without regard to Appraisal and this
   contingency is removed. The parties will proceed to Settlement at Sales Price; **OR**

3. Appraisal plus Buyer Gap Guaranty is equal to or greater than Sales Price, but Buyer elects
   not to proceed with consummation of Contract because Property either (i) does not satisfy the
   lender(s) requirements, (ii) Appraisal does not allow for the Specified Financing, and/or (iii)
   Property is inadequate collateral. Buyer may Void Contract under this subparagraph by
   Delivering to Seller Appraisal Contingency Notice accompanied by a written denial of the
   financing showing evidence of the lender(s)'s decision concerning Property. Buyer's
   Appraisal Contingency Notice will include a copy of the written statement setting forth the
   appraised value of Property ("Written Statement"); **OR**

4. Appraisal plus Buyer Gap Guaranty is less than Sales Price and Buyer elects not to proceed
   with consummation of Contract unless Seller elects to lower Sales Price. Buyer's Appraisal
   Contingency Notice will include a copy of the Written Statement and Buyer's proposed sales
   price, which will not be lower than the appraised value plus Buyer Gap Guaranty.

   **Negotiation Period.** In the event of this sub-Paragraph 4(B)(4), the parties will have until
   9:00 p.m. _____ days ("Negotiation Period") after Buyer's Delivery of Appraisal
   Contingency Notice to negotiate a mutually acceptable new Sales Price.

   At any time during Negotiation Period, Buyer or Seller may make, modify, rescind, or alter as
   many offers and counter-offers as desired to reach mutually acceptable terms. Buyer and
   Seller may agree on terms by signing a written addendum describing the agreed upon new
   Sales Price within Negotiation Period. Otherwise, all offers and/or counteroffers terminate.

   **Buyer's Election Period.** If, at the end of Negotiation Period, the parties are unable to reach
   an agreement, Buyer will have the option to Void Contract by Delivering Notice to Seller by
   9:00 p.m. _____ days following the end of Negotiation Period, otherwise this appraisal
   contingency will be removed, and Contract will remain in full force and effect at the original
   Sales Price.

   If Buyer has not Delivered Appraisal Contingency Notice by Appraisal Deadline, this
   appraisal contingency will continue up to, and including, Settlement Date. However, upon
   expiration of Appraisal Deadline, Seller may at Seller's option Deliver Notice to Buyer that
   Buyer has three (3) days to Void Contract. If Buyer does not Void Contract within three (3)
   days following Delivery of Seller's Notice, this appraisal contingency is removed, and
   Contract will remain in full force and effect without this appraisal contingency.

DigiSign Verified - 779553bd-4720-45b6-a11c-09af07303b73
DigiSign Verified - df4fabed-818b-4f84-9527-ff845f44fff1

5. **LENDER REQUIRED REPAIRS.** If, as a condition of providing financing under Contract, the lender(s) requires repairs to be made to Property, then Buyer will give Notice to Seller of the lender(s)'s required repairs. Within five (5) Days after such Notice, Seller will give Notice to Buyer as to whether Seller will make the repairs. If Seller will not make the repairs, Buyer will give Notice to Seller within five (5) Days after Seller's Notice as to whether Buyer will make the repairs. If neither Seller nor Buyer will make the repairs, then Contract will become void. This clause will not release Seller from any responsibilities set forth in the paragraphs titled UTILITIES; MAJOR SYSTEMS; PERSONAL PROPERTY AND FIXTURES; WOOD-DESTROYING INSECT INSPECTION; or in the Private Well and/or Septic System Addendum or any terms specifically set forth in Contract and any addenda.

**SELLER:**

**BUYER:**

_____ /_____

12/18/2025 _[signature]_

Lauretie Friedmbovelvey, Chapter 7
Trustee Not individually but solely
in her capacity as the Trustee in
Bankruptcy Signerte GMS Sunset LLC

Date _____ Signature
12|18|2025 _[signature]_

Date _____ Signature

_____ /_____

Date _____ Signature

_____ /_____

Date _____ Signature

_____ /_____

Date _____ Signature

_____ /_____

Date _____ Signature

© 2023 Northern Virginia Association of REALTORS®, Inc.



This is a suggested form of the Northern Virginia Association of REALTORS®, Inc. ("NVAR"). All rights reserved. This form may only be used by REALTORS® and other members in good standing with NVAR and the National Association of REALTORS®. Reproduction or resale of this form, in whole or in part, or the use of the name NVAR in connection with any other form, is prohibited without prior written consent from NVAR.



**<u>Exhibit C</u>**

PLAINTIFF'S
EXHIBIT

**C**



DigiSign Verified - 779553bd-4720-45b6-a11c-09af07303b73
DigiSign Verified - df41abed-818b-4f84-9527-ff845f44ff1

# COMMERICAL PURCHASE AGREEMENT

Each commercial transaction is different. This form may not address your specific purpose. This is a legally binding document. If not understood, seek competent advice before signing.

This Commercial Purchase Agreement (the "Agreement") is dated __12/17/2025__ between __Lauren McKelvey, Trustee__ ("Seller") and __OME West LLC and or assigns__ ("Purchaser"). The parties acknowledge that __Century 21 New Millennium__ ("Listing Broker") represents Seller and that __Papadopoulos Properties__ ("Selling Broker") represents [select one]: ☐ Seller ☐ Purchaser. The parties further acknowledge that disclosure of the brokerage relationships was made to them by the real estate licensees involved in this transaction when specific assistance was first rendered and confirmed in writing.

1. **SALE OF PROPERTY** Purchaser agrees to buy and Seller agrees to sell the land, all improvements thereon, and all rights and appurtenances thereto belonging, located in the City/County of __Herndon/ Fairfax__, Virginia, with a tax parcel no. of __0173090011__ and a street address of __294 & 276 Sunset Park Drive, Herndon, VA 20170__. Seller discloses that [select one]: ☐ there are no tenants or other parties in possession of the Property **OR** ☑ there are tenants or persons who are in possession of the Property as set forth on **SCHEDULE A** attached hereto.

2. **PURCHASE PRICE** The purchase price for the Property is **$1,370,000.00** __one million four hundred fifty thousand and 00/10__ Dollars ($ ~~1,450,000~~ ) (the "Purchase Price") and shall be paid to Seller at Settlement, subject to the prorations and adjustments described herein, as follows:

   *LFM*
   *PH*
   *AH*

   A. **Deposit** Purchaser shall make a deposit of $ __50,000.00__ (the "Deposit") to be held by __RL Title & Escrow__ (the "Escrow Agent"). Purchaser [select one]: ☐ has paid the Deposit to the Escrow Agent **OR** ☐ will pay the Deposit to the Escrow Agent within __5__ days after this Agreement is fully executed by both parties. If Purchaser fails to pay the Deposit as set forth herein, then Seller may terminate this Agreement by written notice to Purchaser and neither party shall have any further obligation hereunder. The Deposit may be held in an interest bearing account and the parties waive claim to any such interest. The Deposit shall be applied towards the Purchase Price at Settlement. If Settlement does not occur, the Deposit shall be paid as provided herein.

   B. **Balance** The balance of the Purchase Price shall be paid by Purchaser at Settlement in certified funds or bank wire (inclusive of any loan obtained by Purchaser to purchase the Property).

3. **SETTLEMENT**

   **Or within 20 Days of Bankruptcy Court Approval**

   A. **SETTLEMENT OF PROPERTY** Settlement of the purchase and sale of the Property shall be made at __RL Title & Escrow__ on __03/27/2026__ ("Settlement"). Possession of the Property shall be delivered to Purchaser at Settlement.

   *LJM*
   *PH*
   *AH*

   B. **DELIVERIES BY SELLER AT SETTLEMENT** At Settlement, Seller shall deliver to Purchaser the following

   *LJM*
   *PH*
   *AH*

   **special**
   (i) A ~~general~~ warranty deed ~~with full English covenants~~ of title (the "Deed") conveying to the Purchaser good and marketable fee simple title to the Property, free and clear of all

**<u>Exhibit D</u>**

PLAINTIFF'S
EXHIBIT

D



### Nelson Inspections LLC DBA

# National Property Inspections

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170







Friday, January 9, 2026
**Inspector**
John M Nelson
571-330-0974
npi.novawest@gmail.com
Va Lic #3380000994

---

Inspection Date:              Inspector: John M Nelson                    Email: npi.novawest@gmail.com
01/09/2026                    Inspector Phone:  571-330-0974              Va Lic #3380000994

©1996-2026                    " Independently Owned and Operated "              Page 1 of 32



**Nelson Inspections LLC DBA**

# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

**INVOICE #:  211782**

Inspection Date :    1/9/2026 1:00 PM

Nelson Inspections LLC DBA
National Property Inspections
202 Greenfield Rd
Front Royal Va 22630

☑  Paid

| | |
|---|---|
| Client Name : | **Alexander Hobson** |
| Property Location : | **276-294 SUNSET PARK DR HERNDON VA 20170** |
| Billing Address : | VA |
| Client Phone : | (703) 708-4199 |
| Client Email : | ourmomeugenia@gmail.com |

## TYPE OF INSPECTIONS PERFORMED

| | | |
|---|---|---|
| Commercial Inspection | | $925.00 |
| | **Total** | $925.00 |
| 1/9/2026 | Credit Card | ($925.00) |
| | **Due on Receipt** | **$0.00** |

Inspection Date:        Inspector: John M Nelson                    Email: npi.novawest@gmail.com
01/09/2026             Inspector Phone:  571-330-0974              Va Lic #3380000994

©1996-2026                      " Independently Owned and Operated "                      Page 2 of 32



Nelson Inspections LLC DBA
# National Property Inspections

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

## GENERAL INFORMATION

## GENERAL CONDITIONS AT TIME OF INSPECTION :

| | | | | |
|---|---|---|---|---|
| **Property Occupied :** | **Yes** | | **Weather :** | |
| **Estimated Age Of Property :** | 42 | Year(s) | ☑ Overcast | |
| **Property Faces :** | ☑ North ☐ South ☐ East ☑ West | | | |
| **Type of Property :** | | | **Soil Conditions :** | |
| ☑ Commercial | | | ☑ Dry | |
| **Primary Construction :** | | | **Persons Present :** | |
| ☑ Block | ☑ Steel frame | | | |

## DEFINITIONS :

**Below are listed the definitions used throughout the report to describe each feature of the property.**

| | |
|---|---|
| **G (GOOD)** | Average to above-average condition for the building system evaluated, taking into consideration factors of age and design. Generally, other than normal maintenance, no repair is recommended or required. |
| **F (FAIR)** | Average condition for the building system evaluated, taking into consideration factors of age and design. Some short term or immediate maintenance or repairs are recommended to return the system to a good condition. |
| **P (POOR)** | Below-average condition for the building system evaluated, taking into consideration factors of age and design. Immediate repair, significant work or replacement is anticipated to return the building system to a good or fair condition. |
| **NI (NOT INSPECTED)** | The item/system was not inspected due to safety concerns, inaccessibility and/or concealment or seasonal conditions and no representations of whether or not it was functioning as intended were made. |
| **NA (NOT APPLICABLE)** | This item is not applicable or not present |

## SCOPE OF THE INSPECTION :

This assessment is in general accordance with the ASTM standard E2018-08 for Property Condition Assessments. The intent of this report is to identify and communicate conspicuous defects or material deferred maintenance of a subject property's material systems, components, or equipment as observed on the date of the Field Observer's Walk-Through Survey. This was a visual review of readily accessible areas and components. It was not technically exhaustive and no excavation, disassembly or removal of covers, panels or obstructions was performed. Hidden or obstructed defects may not be observed. In addition, some components were assessed on a random sampling of like items.

There are photo pages at the back of the report for visual guidance on issues of note.

Thank you for choosing NPI for your commercial property inspection. Finished Sq footage of this building is approximately : 4500

**The intent of the property inspection is to identify and communicate conditions of the facility and components of the facility that are categorized and listed on the inspection form, particularly**

| | | |
|---|---|---|
| Inspection Date: | Inspector: John M Nelson | Email: npi.novawest@gmail.com |
| 01/09/2026 | Inspector Phone:  571-330-0974 | Va Lic #3380000994 |



**Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170**

maintenance issues.  The inspection is a visual review of readily accessible areas and components. The inspector will endeavor to observe the operation of mechanical and electrical systems and note the condition of the systems. It is not technically exhaustive and no excavation, disassembly or removal of covers, panels or obstructions is performed.  Hidden or obstructed defects may not be observed. Client is encouraged to solicit bids for any repairs. Normal routine maintenance items (caulking, painting dirty floors etc.) are not generally part of this inspection

Inspection Date:

01/09/2026

Inspector: John M Nelson

Inspector Phone:  571-330-0974

Email: npi.novawest@gmail.com

Va Lic #3380000994

©1996-2026                    " Independently Owned and Operated "                    Page 4 of 32



**Nelson Inspections LLC DBA**

# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

### GRADING / DRAINAGE

| G | F | P | NI | NA |
|---|---|---|----|----|
| ☑ | ☐ | ☐ | ☐ | ☐ |

☑Near Level          ☑Positive Slope

Comments:

### PARKING LOT / DRIVEWAYS

| G | F | P | NI | NA |
|---|---|---|----|----|
| ☑ | ☐ | ☐ | ☐ | ☐ |

☑Asphalt          ☑Cracks          ☑General Deterioration          ☑Settlement

Comments:
Driveway is shared with all other tenants and is normally maintained by the association.

### FLATWORK / SIDEWALKS

| G | F | P | NI | NA |
|---|---|---|----|----|
| ☑ | ☐ | ☐ | ☐ | ☐ |

☑Concrete

Comments:

### MAIN ENTRANCE

| G | F | P | NI | NA |
|---|---|---|----|----|
| ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:

### REAR EGRESS

| G | F | P | NI | NA |
|---|---|---|----|----|
| ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:



Rear egress:

Inspection Date:          Inspector: John M Nelson          Email: npi.novawest@gmail.com
01/09/2026          Inspector Phone:  571-330-0974          Va Lic #3380000994

©1996-2026          " Independently Owned and Operated "          Page 5 of 32



### Nelson Inspections LLC DBA
# National Property Inspections

---

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

---

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| **ROOFING** | ☑ | ☐ | ☐ | ☐ | ☐ |

| Age: 10-15 Year(s) | Design Life: 25 Year(s) | Layers: 1 | 100% Visible |
|---|---|---|---|

☑ Walked On          ☑ Membrane

Comments:

We walked the roof area of this tenant space only. It appears to be in very good condition overall but one area needs a seal resealed.

Leaks not always detectable.



Roofing:



Roofing: split seam.



Roofing: Roof drain. No issues

---

Inspection Date:          Inspector: John M Nelson                    Email: npi.novawest@gmail.com
01/09/2026               Inspector Phone:  571-330-0974             Va Lic #3380000994



Nelson Inspections LLC DBA

# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

| PARAPET FLASHING | G | F | P | NI | NA |
|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ |

☑ Metal

Comments:

| ROOF DRAINAGE SYSTEM | G | F | P | NI | NA |
|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ |

☑ Steel          ☑ Leaking

Comments:
Roof drains, not gutters



Roof Drainage System:

## EXTERIOR SURFACE

☑ Brick          ☑ Synthetic Stucco

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| EXTERIOR WALL FINISH | ☐ | ☑ | ☐ | ☐ | ☐ |
| EXTERIOR FAUCETS | ☑ | ☐ | ☐ | ☐ | ☐ |
| EXTERIOR ELECTRICAL OUTLETS | ☐ | ☑ | ☐ | ☐ | ☐ |
| EXTERIOR LIGHTING AND SIGNAGE | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:
Significant corrosion on the steel columns on either side of the main entry. These areas need to have the rust removed, rust treated and repainted.

| Inspection Date: | Inspector: John M Nelson | Email: npi.novawest@gmail.com |
|---|---|---|
| 01/09/2026 | Inspector Phone:  571-330-0974 | Va Lic #3380000994 |



Nelson Inspections LLC DBA
# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170



Exterior Surface:

## PARAPET WALL SYSTEM

☑ Metal

|  | G | F | P | NI | NA |
|---|---|---|---|---|---|
| EXTERIOR FINISH | ☑ | ☐ | ☐ | ☐ | ☐ |
| CAP FLASHING | ☑ | ☐ | ☐ | ☐ | ☐ |
| COVING / FLASHING | ☑ | ☐ | ☐ | ☐ | ☐ |
| SCUPPERS | ☐ | ☐ | ☐ | ☐ | ☑ |

Comments:
The parapet consists of a standing seam metal sloped roof on the exterior and an EPDM membrane on the interior. No visible issues noted.

## FENESTRATION SYSTEMS

| G | F | P | NI | NA |
|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ |

☑ Metal          ☑ Insulated Glass          ☑ Automatic openers          ☑ Insulated Pane(s)

Comments:

Inspection Date:        Inspector: John M Nelson        Email: npi.novawest@gmail.com
01/09/2026          Inspector Phone:  571-330-0974        Va Lic #3380000994

©1996-2026          " Independently Owned and Operated "        Page 8 of 32



Nelson Inspections LLC DBA

# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

### MAIN DOOR

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ |

☑ Metal

Comments:

### FREIGHT DOOR(S)

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ |

☑ Metal

Comments:
Roll up door appears to be in good condition.  Padlocked and secured at the time of inspection, not tested.

### EGRESS DOOR (S)

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ |

☑ Metal        ☑ Panic Hardware

Comments:

### EXTERIOR FOUNDATION

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ |

☑ Concrete        ☑ Slab

Comments:

### OVERHEAD GARAGE DOORS

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ |

☑ Metal

Comments:
Door not opened due to Baked goods close by and rain outside.

### *Interior Foundation*

### *Foundation Type*        ☑ Slab On Grade

Inspection Date:        Inspector: John M Nelson          Email: npi.novawest@gmail.com
01/09/2026          Inspector Phone:  571-330-0974          Va Lic #3380000994

©1996-2026                    " Independently Owned and Operated "                    Page 9 of 32



## Nelson Inspections LLC DBA
# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

### STRUCTURAL FRAME AND BUILDING ENVELOPE

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| BEAMS ☑Steel | ☑ | ☐ | ☐ | ☐ | ☐ |
| JOISTS ☑Engineered ☑Steel Truss | ☑ | ☐ | ☐ | ☐ | ☐ |
| POSTS ☑Steel | ☑ | ☐ | ☐ | ☐ | ☐ |
| PIERS | ☐ | ☐ | ☐ | ☐ | ☑ |

Comments:

### FLOOR / SLAB

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| ☑Concrete | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:

### ELECTRICAL PANEL A
### SERVICE SIZE (Main Panel)

☑Brand: Siemens        ☑Main Disconnect Location: At panel        ☑120/208 volts 3 phase

☑250 amp

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| SERVICE ☑Underground | ☑ | ☐ | ☐ | ☐ | ☐ |
| ENTRANCE CABLE ☑Copper | ☑ | ☐ | ☐ | ☐ | ☐ |
| PANEL ☑Breaker(s) | ☑ | ☐ | ☐ | ☐ | ☐ |
| SUB-PANEL | ☐ | ☐ | ☐ | ☐ | ☑ |
| BRANCH CIRCUITS ☑Copper | ☑ | ☐ | ☐ | ☐ | ☐ |
| BONDING / GROUNDING | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:
All breaker spaces are in use.

---

Inspection Date:
01/09/2026

Inspector: John M Nelson
Inspector Phone:  571-330-0974

Email: npi.novawest@gmail.com
Va Lic #3380000994

©1996-2026                " Independently Owned and Operated "                Page 10 of 32



**Nelson Inspections LLC DBA**
# National Property Inspections

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170



Electrical Panel A:

## ELECTRICAL PANEL B
### SERVICE SIZE (Main Panel)

☑Brand: Siemens ☑Main Disconnect Location: At panel ☑120/208 volt 3 phase

☑250 amp

|  | G | F | P | NI | NA |
|---|---|---|---|---|---|
| SERVICE ☑Underground | ☑ | ☐ | ☐ | ☐ | ☐ |
| ENTRANCE CABLE ☑Copper | ☑ | ☐ | ☐ | ☐ | ☐ |
| PANEL ☑Breaker(s) | ☑ | ☐ | ☐ | ☐ | ☐ |
| SUB-PANEL | ☐ | ☐ | ☐ | ☐ | ☑ |
| BRANCH CIRCUITS ☑Copper | ☑ | ☐ | ☐ | ☐ | ☐ |
| BONDING/GROUNDING | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:
All breaker spaces are in use.

Inspection Date:      Inspector: John M Nelson          Email: npi.novawest@gmail.com
01/09/2026            Inspector Phone:  571-330-0974     Va Lic #3380000994

©1996-2026                " Independently Owned and Operated "                Page 11 of 32



## Nelson Inspections LLC DBA
# National Property Inspections

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170



Electrical Panel B:

## ELECTRICAL SUB PANEL C                    ☑ Recommend Repairs
### SERVICE SIZE (Main Panel)

☑Brand: Siemens                ☑Main Disconnect Location: Switch Gear            ☑120/208 volt 3 phase

☑250 amp

|  | G | F | P | NI | NA |
|---|---|---|---|---|---|
| SERVICE    ☑Underground | ☑ | ☐ | ☐ | ☐ | ☐ |
| ENTRANCE CABLE    ☑Copper | ☑ | ☐ | ☐ | ☐ | ☐ |
| PANEL    ☑Breaker(s) | ☐ | ☑ | ☐ | ☐ | ☐ |
| SUB-PANEL | ☐ | ☐ | ☐ | ☐ | ☑ |
| BRANCH CIRCUITS    ☑Copper | ☐ | ☑ | ☐ | ☐ | ☐ |
| BONDING/GROUNDING | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:

This sub panel is fed from the switch gear outside.

Panel legend is not filled out completely.  Recommend this be corrected.

Outlet to the left of this panel is missing it's outlet cover.

Inspection Date:        Inspector: John M Nelson              Email: npi.novawest@gmail.com
01/09/2026              Inspector Phone:  571-330-0974        Va Lic #3380000994

©1996-2026                  " Independently Owned and Operated "                Page 12 of 32



# Nelson Inspections LLC DBA
# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170



Electrical Sub Panel C:



Electrical Sub Panel C:



Electrical Sub Panel C: Not all circuits are identified.

Inspection Date:     Inspector: John M Nelson          Email: npi.novawest@gmail.com
01/09/2026           Inspector Phone:  571-330-0974     Va Lic #3380000994

©1996-2026              " Independently Owned and Operated "          Page 13 of 32



**Nelson Inspections LLC DBA**
# National Property Inspections

---

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

---

## ELECTRICAL SUB PANEL D                        ☑ Recommend Repairs
### SERVICE SIZE (Main Panel)

☑ Brand: Siemens                    ☑ Main Disconnect Location: Panel B                    ☑ 100 AMP
☑ 120/208 volt 3 phase

|  | G | F | P | NI | NA |
|---|---|---|---|---|---|
| SERVICE          ☑ Underground | ☑ | ☐ | ☐ | ☐ | ☐ |
| ENTRANCE CABLE    ☑ Copper | ☑ | ☐ | ☐ | ☐ | ☐ |
| PANEL             ☑ Breaker(s) | ☐ | ☑ | ☐ | ☐ | ☐ |
| SUB-PANEL | ☐ | ☐ | ☐ | ☐ | ☑ |
| BRANCH CIRCUITS    ☑ Copper | ☑ | ☐ | ☐ | ☐ | ☐ |
| BONDING/GROUNDING | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:
This sub panel is fed from main panel B.
Panel legend is not filled out completely.  Recommend this be corrected.



Electrical Sub Panel D: Circuits are not identified.

---

Inspection Date:         Inspector: John M Nelson              Email: npi.novawest@gmail.com
01/09/2026              Inspector Phone:  571-330-0974           Va Lic #3380000994

©1996-2026                    " Independently Owned and Operated "                    Page 14 of 32



Nelson Inspections LLC DBA
# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

### PLUMBING                                          ☑ Recommend Repairs
### Water Service
☑ Water Public          ☑ Shut Off Location: Net to the water heater
### Sewage Service
☑ Sewage Public
### Fuel Service
☑ Shut Off Location: At meter and appliances

|          |          | G | F | P | NI | NA |
|----------|----------|---|---|---|----|----|
| SUPPLY   | ☑ Copper | ☑ | ☐ | ☐ | ☐  | ☐  |
| DRAINS   | ☑ PVC    | ☐ | ☑ | ☐ | ☐  | ☐  |
| VENTS    | ☑ PVC    | ☑ | ☐ | ☐ | ☐  | ☐  |

Comments:

Drain Inspection visibility is limited to areas under sinks.

The floor drain in the middle of the main production area is blocked by plywood.  Recommend investigation and repairs be made by a licensed plumber.

Main utility line, septic systems and gray water systems are excluded from this Inspection.



Plumbing: Floor drain has been sealed off.

Inspection Date:        Inspector: John M Nelson          Email: npi.novawest@gmail.com
01/09/2026              Inspector Phone:  571-330-0974     Va Lic #3380000994

©1996-2026              " Independently Owned and Operated "              Page 15 of 32



### Nelson Inspections LLC DBA
# National Property Inspections

---

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

---

## WATER HEATER 1

☑ Monitor Condition

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Brand: American Standard | Model: D-75-76 AS | Size: 75 Gallon(s) | Age: 2 Year(s) |
| Design Life: 12 Year(s) | SerialNo: K24-4557 | | |

☑ Gas    ☑ Beyond Design Life

Comments:

T/P relief valve extension tube is missing, one must be installed and must be within 6" of floor.

Both connections at the top of the water heater (hot and cold) are leaking or have been.  This is likely due to a lack of dielectric union between the galvanized and copper water line connections.  Recommend review and repair by a licensed plumber.
https://www.google.com/search?q=dielectric+fittings+for+water+heater&sca_esv=2c80e95b522e254f&biw=1368&bih=743&aic=0&ei=uHBhaZvhNaum5NoPk4nuyAQ&oq=dialectric+fittings&gs_lp=Egxnd3Mtd2l6LXNlcnAiE2RpYWxlY3RyaWMgZml0dGluZ3MqAggBMgkQABiABBgKGAsyCRAAGIAEGAoYCzIJEAAYgAQYChgLMgkQABiABBgKGAsyCRAAGIAEGAoYCzlLEAAYgAQYhgMYigUyCxAAGIAEGIYDGIoFMggQABiiBBiJBTIFEAAY7wVI4UtQAFiAL3AAeAGQAAQCYAYABoAHKEqoBBDI0LjQHAQHIAQD4AQL4AQGYAgSgAq4DwgIHECEYoAEYCsICBRAhGKsCwgIIEAAYgAQYogSYAwSYwCSBwMyLjKgB7N7sgcDMi4yuAeuA8IHBTItMi4yyyAcdgAgA&sclient=gws-wiz-serp#fpstate=ive&vld=cid:2dee766f,vid:fWz1it0AyRQ,st:1


Water Heater 1: Missing TPR extension tube


Water Heater 1: Corrosion due to missing dialectic fittings

---

Inspection Date:    Inspector: John M Nelson    Email: npi.novawest@gmail.com
01/09/2026    Inspector Phone:  571-330-0974    Va Lic #3380000994

©1996-2026    " Independently Owned and Operated "    Page 16 of 32



### Nelson Inspections LLC DBA
# National Property Inspections

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170



Water Heater 1: Corrosion due to missing dialectic fittings

### HVAC PACKAGE UNIT1                                    ☑ Recommend Repairs

| Brand: International Comfort Products | Model: PGE090H224AA | BTUs: 90000 | Age: 22 Year(s) |
|---|---|---|---|
| Design Life: 15-20 Year(s) | SerialNo: G040840516 | | |

☑Electric                    ☑Gas                        ☑Forced Air

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| OPERATION | ☐ | ☑ | ☐ | ☐ | ☐ |

Comments:
Unit is 90000 btu heat and 7.5 tons cooling capacity.

AC not tested, must be above 65 degrees for 24 hours or system damage can occur.
System is well beyond the normal life expectancy but is operating. It also appears to not have been serviced regularly. Filters are dirty.

Heat Exchanger - Unable to detect cracks/holes without dismantling unit.

---

Inspection Date:            Inspector: John M Nelson                Email: npi.novawest@gmail.com
01/09/2026                  Inspector Phone:   571-330-0974          Va Lic #3380000994

©1996-2026                      " Independently Owned and Operated "                      Page 17 of 32



**Nelson Inspections LLC DBA**

# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170



HVAC package Unit1:



HVAC package Unit1:



HVAC package Unit1:

## HVAC PACKAGE UNIT 2

Brand: Carrier                    Model: ZF150N20N2AAA6A        BTUs: 150000                    Age: 12 Year(s)
Design Life: 15-20 Year(s)        SerialNo: N1D4590684

☑ Gas                             ☑ Forced Air

|  | G | F | P | NI | NA |
|---|---|---|---|---|---|
| OPERATION | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:
Unit is 150000 btu heat and 12.5 tons cooling capacity.

AC not tested, must be above 65 degrees for 24 hours or system damage can occur.

Inspection Date:        Inspector: John M Nelson            Email: npi.novawest@gmail.com
01/09/2026              Inspector Phone:  571-330-0974       Va Lic #3380000994

©1996-2026                    " Independently Owned and Operated "                    Page 18 of 32



## Nelson Inspections LLC DBA
# National Property Inspections

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170



HVAC package Unit 2:



HVAC package Unit 2:



HVAC package Unit 2: Filter sizes

| ROOF TOP REFRIGERATION UNITS | G | F | P | NI | NA |
|---|---|---|---|---|---|
| OPERATION | ☐ | ☐ | ☑ | ☐ | ☐ |
| ABOVE GROUND STORAGE TANKS | ☐ | ☐ | ☐ | ☐ | ☑ |
| HUMIDIFIER | ☐ | ☐ | ☐ | ☐ | ☑ |

Comments:

Lack of maintenance has allowed the insulation on the refrigerant lines to deteriorate and come off. This reduces the energy efficiency and reduces performance. One unit has been removed completely and wiring left hanging.

Inspection Date:      Inspector: John M Nelson          Email: npi.novawest@gmail.com
01/09/2026            Inspector Phone:  571-330-0974     Va Lic #3380000994

©1996-2026            " Independently Owned and Operated "          Page 19 of 32

## Nelson Inspections LLC DBA
# National Property Inspections

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170



Roof top refrigeration units:



Roof top refrigeration units: Insulation is basically gone.



Roof top refrigeration units: Refrigeration unit is gone. Wires left unsecured.

| DRAFT CONTROL / VENT | G | F | P | NI | NA |
|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:

---

Inspection Date: 01/09/2026    Inspector: John M Nelson    Inspector Phone: 571-330-0974    Email: npi.novawest@gmail.com    Va Lic #3380000994

©1996-2026            " Independently Owned and Operated "            Page 20 of 32



**Nelson Inspections LLC DBA**
# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

## HVAC DISTRIBUTION UNIT 1

☑ Baseboard

|  | G | F | P | NI | NA |
|---|---|---|---|---|---|
| DISTRIBUTION | ☑ | ☐ | ☐ | ☐ | ☐ |
| BLOWER | ☑ | ☐ | ☐ | ☐ | ☐ |
| CONTROLS/THERMOSTAT    (CALIBRATIONS/TIMED FUNCTIONS NOT CHECKED.) | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:
Filters 4- 20x20x2

## HVAC DISTRIBUTION UNIT 2

|  | G | F | P | NI | NA |
|---|---|---|---|---|---|
| DISTRIBUTION | ☑ | ☐ | ☐ | ☐ | ☐ |
| BLOWER | ☑ | ☐ | ☐ | ☐ | ☐ |
| CONTROLS/THERMOSTAT    (CALIBRATIONS/TIMED FUNCTIONS NOT CHECKED.) | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:
Filters 4-16x20x2

## HVAC DISTRIBUTION UNIT 3

|  | G | F | P | NI | NA |
|---|---|---|---|---|---|
| DISTRIBUTION | ☑ | ☐ | ☐ | ☐ | ☐ |
| BLOWER | ☑ | ☐ | ☐ | ☐ | ☐ |
| CONTROLS/THERMOSTAT    (CALIBRATIONS/TIMED FUNCTIONS NOT CHECKED.) | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:
Filters 8-20x20x1

## HEATING DISTRIBUTION UNIT 4

|  | G | F | P | NI | NA |
|---|---|---|---|---|---|
| DISTRIBUTION | ☑ | ☐ | ☐ | ☐ | ☐ |
| BLOWER | ☑ | ☐ | ☐ | ☐ | ☐ |
| CONTROLS/THERMOSTAT    (CALIBRATIONS/TIMED FUNCTIONS NOT CHECKED.) | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:
Filters 2-16x25x2

Inspection Date:          Inspector: John M Nelson                    Email: npi.novawest@gmail.com
01/09/2026               Inspector Phone:  571-330-0974              Va Lic #3380000994

©1996-2026              " Independently Owned and Operated "              Page 21 of 32



**Nelson Inspections LLC DBA**
# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

### RESTROOM

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| CEILINGS | ☑ | ☐ | ☐ | ☐ | ☐ |
| WALL(S) | ☑ | ☐ | ☐ | ☐ | ☐ |
| FLOOR / FINISH | ☑ | ☐ | ☐ | ☐ | ☐ |
| INTERIOR DOORS/HARDWARE | ☑ | ☐ | ☐ | ☐ | ☐ |
| ELECTRICAL | ☑ | ☐ | ☐ | ☐ | ☐ |
| HEAT/AIR DISTRIBUTION | ☑ | ☐ | ☐ | ☐ | ☐ |
| COUNTERTOPS / CABINETS | ☑ | ☐ | ☐ | ☐ | ☐ |
| SINK / FAUCET | ☑ | ☐ | ☐ | ☐ | ☐ |
| WATER CLOSET AND FIXTURES | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:

### RETAIL SPACE                    ☑ Recommend Repairs

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| CEILINGS | ☑ | ☐ | ☐ | ☐ | ☐ |
| WALLS | ☐ | ☑ | ☐ | ☐ | ☐ |
| FLOOR / FINISH | ☑ | ☐ | ☐ | ☐ | ☐ |
| INTERIOR DOORS/HARDWARE | ☑ | ☐ | ☐ | ☐ | ☐ |
| ELECTRICAL | ☐ | ☑ | ☐ | ☐ | ☐ |
| HEAT/AIR DISTRIBUTION | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:
There appears to be moisture damage to the high wall directly below the main HVAC trunk line. This is likely due to condensation when the system running in cooling mode. Recommend it be checked when the system has been running in cooling mode.

Flickering lights, likely need bulbs replaced.

Inspection Date:       Inspector: John M Nelson           Email: npi.novawest@gmail.com
01/09/2026           Inspector Phone:  571-330-0974        Va Lic #3380000994

©1996-2026              " Independently Owned and Operated "              Page 22 of 32

# Nelson Inspections LLC DBA
# National Property Inspections

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170



Retail Space:



Retail Space: Moisture damage



Retail Space: Moisture damage. Zoomed out.



Retail Space: Lights flickering



Retail Space:



Retail Space:

Inspection Date:          Inspector: John M Nelson          Email: npi.novawest@gmail.com
01/09/2026                Inspector Phone:  571-330-0974     Va Lic #3380000994

©1996-2026                    " Independently Owned and Operated "          Page 23 of 32



Nelson Inspections LLC DBA
# National Property Inspections

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

| MAIN PRODUCTION AREA | ☑ Recommend Repairs | G | F | P | NI | NA |
|---|---|---|---|---|---|---|
| CEILINGS | | ☐ | ☐ | ☐ | ☐ | ☑ |
| WALLS | | ☐ | ☑ | ☐ | ☐ | ☐ |
| FLOOR/FINISH | | ☑ | ☐ | ☐ | ☐ | ☐ |
| INTERIOR DOORS/HARDWARE | | ☑ | ☐ | ☐ | ☐ | ☐ |
| HEAT/AIR DISTRIBUTION | | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:

There are 2 door openings into adjacent space that are not secure (no door). This appears to be a security concern but is currently being us by the bakery. One is from the mail baking area and one is from the upper level front storage area.

Oven flue pipes appear to be leaking. One, I believe, was due to leaking sealant that has been repair. The other appears to be from an incorrectly sized rain cap on top of the flue. They are heavily corroded. Repair or replace as needed. Recaulk all storm collars on the flue pipes as needed.



Main Production Area:



Main Production Area: Cap is too small. Heavily corroded in flue pipe.

Inspection Date:        Inspector: John M Nelson          Email: npi.novawest@gmail.com
01/09/2026              Inspector Phone:  571-330-0974     Va Lic #3380000994

©1996-2026              " Independently Owned and Operated "              Page 24 of 32



Nelson Inspections LLC DBA

# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170



Main Production Area:



Main Production Area: Split caulking



Main Production Area: #8 is the rear most refrigerator



Main Production Area: Refrigerator not cooling.

Inspection Date:         Inspector: John M Nelson            Email: npi.novawest@gmail.com
01/09/2026               Inspector Phone:  571-330-0974       Va Lic #3380000994

©1996-2026               " Independently Owned and Operated "          Page 25 of 32



### Nelson Inspections LLC DBA
# National Property Inspections

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170



Main Production Area: Cooling fine



Main Production Area:

## LOFT                                ☑ Recommend Repairs

| | G | F | P | NI | NA |
|---|---|---|---|---|---|
| CEILINGS | ☑ | ☐ | ☐ | ☐ | ☐ |
| WALLS | ☑ | ☐ | ☐ | ☐ | ☐ |
| WINDOWS/TRIM | ☐ | ☐ | ☐ | ☐ | ☑ |
| WINDOW SCREENS | ☐ | ☐ | ☐ | ☐ | ☑ |
| FLOOR/FINISH | ☑ | ☐ | ☐ | ☐ | ☐ |
| INTERIOR DOORS/HARDWARE | ☑ | ☐ | ☐ | ☐ | ☐ |
| CLOSET | ☐ | ☐ | ☐ | ☐ | ☑ |
| ELECTRICAL   (RANDOM SAMPLING OF OUTLETS, SWITCHES, FIXTURES.) | ☐ | ☑ | ☐ | ☐ | ☐ |
| HEAT/AIR DISTRIBUTION | ☑ | ☐ | ☐ | ☐ | ☐ |
| UTILITY SINK | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:

No GFCI protection present for the outlet under the loft utility sink.  Recommend this be upgraded by a licensed electrician.

Inspection Date:
01/09/2026

Inspector: John M Nelson
Inspector Phone:   571-330-0974

Email: npi.novawest@gmail.com
Va Lic #3380000994

©1996-2026              " Independently Owned and Operated "              Page 26 of 32



Nelson Inspections LLC DBA
# National Property Inspections

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

| LOFT STORAGE AREAS | ☑ Recommend Repairs | G | F | P | NI | NA |
|---|---|---|---|---|---|---|
| CEILINGS | | ☐ | ☐ | ☐ | ☐ | ☑ |
| WALLS | | ☑ | ☐ | ☐ | ☐ | ☐ |
| WINDOWS/TRIM | | ☐ | ☐ | ☐ | ☐ | ☑ |
| WINDOW SCREENS | | ☐ | ☐ | ☐ | ☐ | ☑ |
| FLOOR/FINISH | | ☑ | ☐ | ☐ | ☐ | ☐ |
| INTERIOR DOORS/HARDWARE | | ☑ | ☐ | ☐ | ☐ | ☐ |
| CLOSET | | ☐ | ☐ | ☑ | ☐ | ☐ |
| ELECTRICAL   (RANDOM SAMPLING OF OUTLETS, SWITCHES, FIXTURES.) | | ☐ | ☑ | ☐ | ☐ | ☐ |
| HEAT/AIR DISTRIBUTION | | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:
Open junction box needs to have the cover secured.

No door installed in the front storage area leading to adjacent space.


Loft storage areas:


Loft storage areas: Opening into adjacent space

Inspection Date:           Inspector: John M Nelson                    Email: npi.novawest@gmail.com
01/09/2026                   Inspector Phone:   571-330-0974          Va Lic #3380000994

©1996-2026                        " Independently Owned and Operated "                    Page 27 of 32



Nelson Inspections LLC DBA
# National Property Inspections

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170



Loft storage areas: Reinstalled junction box cover.

| STAIRS / RAILINGS | G | F | P | NI | NA |
|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ |

Comments:

---

Inspection Date:        Inspector: John M Nelson          Email: npi.novawest@gmail.com
01/09/2026              Inspector Phone:  571-330-0974       Va Lic #3380000994

©1996-2026                  " Independently Owned and Operated "              Page 28 of 32



**Nelson Inspections LLC DBA**

# National Property Inspections

---

### Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

---

# Summary

This summary is not the entire report.  The complete report may include additional information of concern to the client.  It is recommended that the client read the complete report.

---

### EXTERIOR SURFACE

| | |
|---|---|
| Exterior Wall Finish | FAIR |
| Exterior Electrical Outlets | FAIR |

Significant corrosion on the steel columns on either side of the main entry. These areas need to have the rust removed, rust treated and repainted.

### ELECTRICAL SUB PANEL C

| | |
|---|---|
| Panel | FAIR |
| Branch Circuits | FAIR |

Panel legend is not filled out completely.  Recommend this be corrected.

Outlet to the left of this panel is missing it's outlet cover.

### ELECTRICAL SUB PANEL D

| | |
|---|---|
| Panel | FAIR |

Panel legend is not filled out completely.  Recommend this be corrected.

### PLUMBING

| | |
|---|---|
| Drains | FAIR |

The floor drain in the middle of the main production area is blocked by plywood.  Recommend investigation and repairs be made by a licensed plumber.

### WATER HEATER 1                                                    FAIR

T/P relief valve extension tube is missing, one must be installed and must be within 6" of floor.

Both connections at the top of the water heater (hot and cold) are leaking or have been.  This is likely due to a lack of dielectric union between the galvanized and copper water line connections.  Recommend review and repair by a licensed plumber.
https://www.google.com/search?q=dielectric+fittings+for+water+heater&sca_esv=
2c80e95b522e254f&biw=1368&bih=743&aic=0
&ei=uHBhaZvhNaum5NoPk4nuyAQ&oq=dialectric+fittings&gs_lp=Egxnd3Mtd2l6LX

---

Inspection Date:          Inspector: John M Nelson                    Email: npi.novawest@gmail.com
01/09/2026              Inspector Phone:  571-330-0974                 Va Lic #3380000994

©1996-2026                    " Independently Owned and Operated "              Page 29 of 32



Nelson Inspections LLC DBA

# Nelson Inspections LLC DBA
# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

NIcnAiE2RpYWxlY3RyaWMgZml0dGluZ3MqAggBMgkQABiABBgKGAsyCRAAGIAE
GAoYCzIJEAAYgAQYChgLMgkQABiABBgKGAsyCRAAGIAEGAoYCzILEAAYgAQY
hgMYigUyCxAAGIAEGIYDGIoFMggQABiiBBiJBTIFEAAY7wVI4UtQAFiAL3AAeAGQ
AQCYAYABoAHKEqoBBDI0LjO4AQHIAQD4AQL4AQGYAgSgAq4DwgIHECEYoAE
YCsICBRAhGKsCwgIIEAAYgAQYogSYAwCSBwMyLjKgB7N7sgcDMi4yuAeuA8IHB
TItMi4yyAcdgAgA&sclient=gws-wiz-
serp#fpstate=ive&vld=cid:2dee766f,vid:fWz1it0AyRQ,st:1

---

## HVAC PACKAGE UNIT1

Operation                                                                                                    FAIR

System is well beyond the normal life expectancy but is operating. It also appears to
not have been serviced regularly. Filters are dirty.

## ROOF TOP REFRIGERATION UNITS

Operation                                                                                                    POOR

Lack of maintenance has allowed the insulation on the refrigerant lines to
deteriorate and come off. This reduces the energy efficiency and reduces
performance. One unit has been removed completely and wiring left hanging.

## RETAIL SPACE

Walls                                                                                                        FAIR
Electrical                                                                                                   FAIR

There appears to be moisture damage to the high wall directly below the main
HVAC trunk line. This is likely due to condensation when the system running in
cooling mode. Recommend it be checked when the system has been running in
cooling mode.

Flickering lights, likely need bulbs replaced.

---

Inspection Date:        Inspector: John M Nelson              Email: npi.novawest@gmail.com
01/09/2026              Inspector Phone:  571-330-0974        Va Lic #3380000994

©1996-2026              " Independently Owned and Operated "                 Page 30 of 32



Nelson Inspections LLC DBA
# National Property Inspections

## Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170

### MAIN PRODUCTION AREA

Walls                                                                                          FAIR

There are 2 door openings into adjacent space that are not secure (no door). This appears to be a security concern but is currently being us by the bakery. One is from the mail baking area and one is from the upper level front storage area.

Oven flue pipes appear to be leaking. One, I believe, was due to leaking sealant that has been repair. The other appears to be from an incorrectly sized rain cap on top of the flue. They are heavily corroded. Repair or replace as needed. Recaulk all storm collars on the flue pipes as needed.

### LOFT

Electrical   (Random sampling of outlets, switches, fixtures.)                 FAIR

No GFCI protection present for the outlet under the loft utility sink.  Recommend this be upgraded by a licensed electrician.

### LOFT STORAGE AREAS

Closet                                                                                          POOR
Electrical   (Random sampling of outlets, switches, fixtures.)                 FAIR

Open junction box needs to have the cover secured.

No door installed in the front storage area leading to adjacent space.

**F (FAIR)**          Average condition for the building system evaluated, taking into consideration factors of age and design. Some short term or immediate maintenance or repairs are recommended to return the system to a good condition.

**P (POOR)**          Below-average condition for the building system evaluated, taking into consideration factors of age and design. Immediate repair, significant work or replacement is anticipated to return the building system to a good or fair condition.

Inspection Date:        Inspector: John M Nelson                    Email: npi.novawest@gmail.com
01/09/2026              Inspector Phone:  571-330-0974              Va Lic #3380000994

©1996-2026                    " Independently Owned and Operated "                    Page 31 of 32



**Nelson Inspections LLC DBA**

# National Property Inspections

**Alexander Hobson, 276-294 Sunset Park Dr, Herndon, VA, 20170**

Inspection Date:        Inspector: John M Nelson            Email: npi.novawest@gmail.com
01/09/2026              Inspector Phone:  571-330-0974       Va Lic #3380000994

©1996-2026                    " Independently Owned and Operated "                Page 32 of 32

**<u>Exhibit E</u>**

# METAMORPHOSIS
CONSTRUCTION CORPORATION

210 EAST 68TH STREET
NEW YORK CITY 10065

*Realizing your plan... Accomplishing your vision... Building beauty where you dwell.*

PLAINTIFF'S
EXHIBIT

**E**

**BUDGETARY ESTIMATE**
**Project:** Deferred Maintenance, Life-Safety, and Building Corrections
**Property:** 294 & 276 Sunset Park Drive, Herndon, VA
**Client:** OME West LLC
**Date:** Wednesday, January 21st 2026

Thank you for the opportunity to review the property and provide this preliminary cost estimate for the proposed improvements at 294 & 276 Sunset Park Drive, Herndon, Virginia.

Based on our site walk and a review of the inspection findings, we have prepared the following **budgetary, non-binding estimate** to address identified deferred maintenance, life-safety, and code-related items. This estimate is intended for planning and due diligence purposes only and reflects rough order-of-magnitude costs based on current market conditions, visual observation, and standard commercial construction practices.

We appreciate the opportunity to assist at this early stage and would be happy to refine scope, pricing, and sequencing as the project moves forward.

## Scope of Work and Pricing
### 1. Demising Wall Openings and Fire Separation
- Close unprotected openings in demising wall between subject space and adjacent unit not included in the sale.
- Remove door frames and associated hardware.
- Frame infill openings and install fire-rated wall assemblies.
- Seal all penetrations with fire-rated materials.
- Obtain permits and coordinate inspections.
- Limited hazardous materials handling and disposal related to demolition debris.

**Estimated Cost: $8,500 – $11,500**

### 2. HVAC Systems
- Remove and replace aging rooftop HVAC unit (approx. 22 years old).
- Install new packaged rooftop unit, reconnect ductwork, electrical, and controls.
- Verify and correct condensate drainage.
- Insulate exposed HVAC trunk lines to address condensation-related moisture damage.
- Test and balance system upon completion.

**Estimated Cost: $22,000 – $30,000**

### 3. Rooftop Refrigeration Equipment
- Remove abandoned rooftop refrigeration unit and secure exposed wiring.
- Repair or replace deteriorated insulation on remaining rooftop refrigeration lines.
- Perform safety corrections and weatherproofing.

**Estimated Cost: $9,000 – $15,000**

**PHONE** 212.772.6543  **CELL** 917.405.5533
**E-MAIL** konstantine@metamorphesisgc.com  **WEB SITE** www.metamorphosisconstruction.com

# METAMORPHOSIS
CONSTRUCTION CORPORATION

210 EAST 68TH STREET
NEW YORK CITY 10065

*Realizing your plan... Accomplishing your vision... Building beauty where you dwell*

### 4. Electrical Systems
- Reorganize and label existing electrical panels.
- Install missing panel covers and junction box covers.
- Correct open wiring and minor code violations.
- Install GFCI protection where required.
- General electrical safety clean-up.

**Estimated Cost: $7,000 – $13,000**

### 5. Plumbing and Drainage
- Restore and clear blocked floor drain in production area.
- Correct water heater safety deficiencies, including T&P discharge piping and dielectric unions.
- Perform minor plumbing repairs identified in inspection.

**Estimated Cost: $4,000 – $8,000**

### 6. Interior Repairs and Safety Corrections
- Repair localized wall damage related to HVAC condensation.
- Address corroded oven flue piping and improper terminations.
- Secure or close unsecured interior openings.
- Minor lighting repairs where flickering or inadequate illumination was observed.

**Estimated Cost: $3,500 – $6,500**

### 7. Mezzanine Electrical and Safety Corrections
- Close open junction boxes and secure wiring on mezzanine level.
- Install missing electrical covers.
- Improve lighting as required.
- General safety and housekeeping corrections.

**Estimated Cost: $2,000 – $5,000**

### 8. Roof, Exterior, and Site Maintenance
- Reseal localized roof seams as identified.
- Treat and repaint corroded exterior steel columns.
- Repair exterior electrical outlets.
- Perform parking lot crack sealing and surface repairs (non-structural).

**Estimated Cost: $8,000 – $15,000**

### 9. Permits, Inspections, and General Conditions
- Permit preparation and submission.
- Coordination of required inspections.
- Mobilization, supervision, and general conditions.

**Estimated Cost: $4,000 – $6,000**

# METAMORPHOSIS

CONSTRUCTION CORPORATION

210 EAST 68TH STREET
NEW YORK CITY 10065

*Realizing your plan...Accomplishing your vision... Building beauty where you dwell.*

**Summary of Estimated Costs**

**Category: Estimated Range**
Demising wall and fire separation: $8,500 – $11,500
HVAC replacement and moisture remediation: $22,000 – $30,000
Rooftop refrigeration: $9,000 – $15,000
Electrical corrections: $7,000 – $13,000
Plumbing and drainage: $4,000 – $8,000
Interior safety and repairs: $3,500 – $6,500
Mezzanine corrections: $2,000 – $5,000
Roof, exterior, and site: $8,000 – $15,000
Permits and general conditions: $4,000 – $6,000

**Total Estimated Project Cost:**
**$70,000 – $90,000**

This estimate is provided for budgeting and planning purposes only and is subject to revision based on
final scope definition, permitting requirements, and field verification.

We appreciate the opportunity to work with you again and look forward to building on our prior
successful projects together in Fairfax and Arlington as this project moves forward.

Yours sincerely,

Konstantine Tsombikos
Metamorphosis Corp.