**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 25-11181-BFK** |
| **GMS Sunset LLC** | **Chapter 7** |
| **Debtor.** | |

**REPORT OF SALE OF ASSETS FREE AND CLEAR OF ALL**
**LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS**

Lauren Friend McKelvey, Trustee, and not individually but solely in her capacity as the Chapter 7 trustee (in such capacity, the "**Trustee**") of the bankruptcy estate of GMS Sunset LLC (the "**Debtor**") in the above- referenced chapter 7 case reports, in accordance with Federal Rule of Bankruptcy Procedure 6004(f), that on February 26, 2026, the Court entered the *Order Approving Trustee's Motion to Sell Real Property Free and Clear of All Liens, Claims, Encumbrances, and Interests* (the "**Sale Order**"). ECF No. 63.

The Trustee further reports that on March 18, 2026 (the "**Closing Date**"), the Trustee closed and consummated the sale approved by the Sale Order. On the Closing Date, pursuant to the terms and conditions of the sales contract (as subsequently amended or modified, the "**Purchase Agreement**") by and between the Trustee and OME Properties, LLC as assignee of OME West, LLC (the "**Purchaser**"), the Trustee conveyed to the Purchaser all of the Debtor's right, title, and interest in and to the Assets (as more fully described in the Purchase Agreement) for the purchase price paid of $1,370,000.00. A copy of the fully executed Settlement Statement is attached hereto as Exhibit A.

David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email:      DTabakin@reitlerlaw.com

*Counsel for the Chapter 7 Trustee*

Dated:   March 20, 2026

Respectfully submitted,

/s/ *David N. Tabakin*

David N. Tabakin (VSB No. 82709)
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email: DTabakin@reitlerlaw.com

*Counsel for the Chapter 7 Trustee*

**Exhibit A**

## A. Settlement Statement (HUD-1)

OMB Approval No 2502-0265

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File No. 2025-122602 | 7. Loan No. | 8. Mortgage Insurance Case No. |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| OME Properties LLC<br>1025 Seneca Road<br>Suite H<br>Great Falls, VA 22066 | Lauren Friend McKelvey, Chapter 7 Trustee of The Bankruptcy Estate of GMS Sunset LLC, Bankruptcy Case No. 25-11181-BFK<br>1233 20th Street Northwest<br>Suite 600<br>Washington, DC 20036 | Innsbruck Group LLC, a Delaware limited liability company<br>7201 Wisconsin Avenue<br>Suite 505<br>Bethesda, MD 20814 |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 294 & 276 Sunset Park Drive<br>Herndon, VA 20170 | RL Title and Escrow, Inc. | 03/18/2026<br>Funding Date:<br>03/18/2026<br>Disbursement Date:<br>03/18/2026 |
| | Place of Settlement:<br>7115 Leesburg Pike Unit 208 Falls Church, VA 22043 | |

### J. Summary of Borrower's Transaction

| 100. Gross Amount Due from Borrower | |
|---|---|
| 101. Contract sales price | $1,370,000.00 |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $18,197.47 |
| 104. | |
| 105. | |
| **Adjustment for items paid by seller in advance** | |
| 106. City/Town Taxes | |
| 107. County Taxes | |
| 108. Assessments | |
| 109. HOA/Condo Dues 03/18/2026 to 03/31/2026 | $191.10 |
| 110. | |
| 111. 276 Sunset Park Condo Dues 03/18/2026 to 03/31/2026 | $194.57 |
| 112. | |
| **120. Gross Amount Due from Borrower** | **$1,388,583.14** |
| **200. Amount Paid by or in Behalf of Borrower** | |
| 201. Deposit | $50,000.00 |
| 202. Principal amount of new loan(s) | $1,340,000.00 |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. Seller Closing Cost Credit | $1,000.00 |
| 209. | |
| **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | |
| 211. County Taxes | |
| 212. Assessments | |
| 213. 276 Sunset Park RE Taxes 01/01/2026 to 03/18/2026 | $1,888.15 |
| 214. 294 Sunset Park RE Taxes 01/01/2026 to 03/18/2026 | $2,292.73 |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| **220. Total Paid by/for Borrower** | **$1,395,180.88** |
| **300. Cash at Settlement from/to Borrower** | |
| 301. Gross amount due from borrower (line 120) | $1,388,583.14 |
| 302. Less amounts paid by/for borrower (line 220) | $1,395,180.88 |
| 303. Cash ☐ From ☒ To Borrower | $6,597.74 |

### K. Summary of Seller's Transaction

| 400. Gross Amount Due to Seller | |
|---|---|
| 401. Contract sales price | $1,370,000.00 |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| **Adjustment for items paid by seller in advance** | |
| 406. City/Town Taxes | |
| 407. County Taxes | |
| 408. Assessments | |
| 409. HOA/Condo Dues 03/18/2026 to 03/31/2026 | $191.10 |
| 410. | |
| 411. 276 Sunset Park Condo Dues 03/18/2026 to 03/31/2026 | $194.57 |
| 412. | |
| **420. Gross Amount Due to Seller** | **$1,370,385.67** |
| **500. Reductions in Amount Due to Seller** | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | $198,331.66 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff to Business Finance Group Inc. | $181,152.62 |
| 505. Payoff of Second Mortgage Loan | |
| 506. | |
| 507. | |
| 508. Seller Closing Cost Credit | $1,000.00 |
| 509. | |
| **Adjustments for items unpaid by seller** | |
| 510. City/Town Taxes | |
| 511. County Taxes | |
| 512. Assessments | |
| 513. 276 Sunset Park RE Taxes 01/01/2026 to 03/18/2026 | $1,888.15 |
| 514. 294 Sunset Park RE Taxes 01/01/2026 to 03/18/2026 | $2,292.73 |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| **520. Total Reduction Amount Due Seller** | **$384,665.16** |
| **600. Cash at Settlement to/from Seller** | |
| 601. Gross amount due to seller (line 420) | $1,370,385.67 |
| 602. Less reductions in amounts due seller (line 520) | $384,665.16 |
| 603. Cash ☒ To ☐ From Seller | $985,720.51 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Previous editions are obsolete                    Page 1 of 2                    HUD-1 / Order #2025-122602 / March 17, 2026

## L. Settlement Charges

| | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| **700. Total Real Estate Broker Fees** | | |
| Division of commission (line 700) as follows : | | |
| 701. $41,100.00 to Century 21 Commercial New Millennium | | |
| 702. $34,250.00 to Papadopoulos Properties | | |
| 703. Commission paid at settlement | | $75,350.00 |
| 704. | | |
| **800. Items Payable in Connection with Loan** | | |
| 801. Our origination charge                                                         (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen   (from GFE #2) | | |
| 803. Your adjusted origination charges                                          (from GFE #A) | | |
| 804. Appraisal fee                                                                      (from GFE #3) | | |
| 805. Credit report                                                                       (from GFE #3) | | |
| 806. Tax service                                                                         (from GFE #3) | | |
| 807. Flood certification                                                               (from GFE #3) | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| **900. Items Required by Lender to be Paid in Advance** | | |
| 901. Daily interest charges from 03/18/2026 to 04/01/2026         (from GFE #10) | | |
| 902. Mortgage insurance premium                                              (from GFE #3) | | |
| 903. Homeowner's insurance                                                     (from GFE #11) | | |
| 904. | | |
| **1000. Reserves Deposited with Lender** | | |
| 1001. Initial deposit for your escrow account                            (from GFE #9) | | |
| 1002. Homeowner's insurance | | |
| 1003. Mortgage insurance | | |
| 1004. Property taxes | | |
| 1005. | | |
| 1006. | | |
| 1007. Aggregate Adjustment $0.00 | | |
| **1100. Title Charges** | | |
| 1101. Title services and lender's title insurance                        (from GFE #4) | $3,562.00 | |
| 1102. Settlement or closing fee to RL Title and Escrow, Inc. | | |
| 1103. Owner's title insurance to Fidelity National Title Insurance Company   (from GFE #5) | $1,581.80 | |
| 1104. Lender's title insurance to Fidelity National Title Insurance Company $3,512.00 | | |
| 1105. Lender's title policy limit $1,340,000.00 | | |
| 1106. Owner's title policy limit $1,370,000.00 | | |
| 1107. Agent's portion of the total title insurance premium or title guarantee to RL Title and Escrow, Inc. | | |
| 1108. Underwriter's portion of the total title insurance premium or title guarantee to Fidelity National Title Insurance Company | | |
| 1109. Settlement and Closing Fee to RL Title and Escrow, Inc. | $1,095.00 | $150.00 |
| 1110. Title Binder and Policy to RL Title and Escrow, Inc. | $225.00 | |
| 1111. Title Search to Round Table Title, Inc. | $220.00 | |
| 1112. Attorney Title Examination Fee to RL Title and Escrow, Inc. | $150.00 | |
| 1113. E-Recording Fee to Simplifile, L.C. | $10.00 | |
| 1114. Wire Fees to RL Title and Escrow, Inc. | | |
| 1115. Title - CPL Premium (Lender) to Fidelity National Title Insurance Company $50.00 | | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Government recording charges                                      (from GFE #7) | $107.00 | |
| 1202. Deed $47.00 Mortgage $60.00 Release $ to Fairfax County Recording Office | | |
| 1203. Transfer taxes                                                                (from GFE #8) | $9,266.67 | |
| 1204. City/County tax/stamps Deed $1,200.00 Mortgage $1,116.67 to Fairfax County Recording Office | | |
| 1205. State tax/stamps Deed $3,600.00 Mortgage $3,350.00 to Fairfax County Recording Office | | |
| 1206. Regional WMTA Fee (Deed) to Fairfax County Recording Office | | $1,440.00 |
| 1207. Regional Congestion Relief Fee (Deed) to Fairfax County Recording Office | | $1,440.00 |
| 1208. County Grantor Tax (Deed) to Fairfax County Recording Office | | $720.00 |
| 1209. State Grantor Tax (Deed) to Fairfax County Recording Office | | $720.00 |
| **1300. Additional Settlement Charges** | | |
| 1301. Required services that you can shop for                          (from GFE #6) | | |
| 1302. 294 Sunset Park Delinquent RE Taxes to Fairfax County Department of Tax Administration | | $36,999.69 |
| 1303. 276 Sunset Park Delinquent RE Taxes to Fairfax County Department of Tax Administration | | $29,998.66 |
| 1304. Condo Transfer Fee (Unit 294) to Markley Management | $100.00 | |
| 1305. Condo Transfer Fee (Unit 276) to Markley Management | $100.00 | |
| 1306. April and May Condo Dues (Unit 294) to Sunset Business Condominium Association | $882.00 | |
| 1307. April and May Condo Dues (Unit 276) to Sunset Business Condominium Association | $898.00 | |
| 1308. Unit 294 Delinquent Condo Dues (2023, 2024 & 2025) to Sunset Business Condominium Association | | $26,777.31 |
| 1309. Unit 276 Delinquent Condo Dues (2023, 2024 & 2025) to Sunset Business Condominium Association | | $24,606.00 |
| 1310. Expense Reimbursement to RealMarkets | | $130.00 |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | $18,197.47 | $198,331.66 |

**See signature addendum**

**Signature Addendum**

OME Properties LLC, a Virginia Limited Liability Company

By: _____    3/13/2026
Alexander Hobson, Authorized Signing Member    Date

The Bankruptcy Estate of GMS Sunset LLC, Bankruptcy Case No. 25-11181-BFK

By: _____    3/16/26
Lauren Friend McKelvey, Chapter 7 Trustee    Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_____    3/16/26
Settlement Agent    Date

Previous editions are obsolete    HUD-1