**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In re:                                                       Case No. 25-11181-BFK

      **GMS Sunset LLC,**                            **Chapter 7**
               **Debtor.**

## WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that David N. Tabakin, Esquire withdraws his appearance and

that of the law firm of Reitler, Kailas & Rosenblatt, LLP on behalf of Lauren Friend McKelvey,

Chapter 7 Trustee in the above referenced bankruptcy case effective March 31, 2026.

/s/ *David N. Tabakin*
David N. Tabakin, Esquire, Bar No. 82709
Reitler Kalais & Rosenblatt, LLP
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Main: 212-209-3050 | Fax: 212-371-5500
Email: DTabakin@reitlerlaw.com

## Certificate of Service

I hereby certify that on the 31st day of March 2026, a true and correct copy of the foregoing
Notice was served via electronic delivery on all parties receiving electronic notice in this case.

/s/ *David N. Tabakin*
David N. Tabakin, Esquire, Bar No. 82709