**<u>Exhibit A</u>**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **In re:** | **Case No. 25-11181-BFK** |
| **GMS Sunset, LLC.**<br>**Debtor.** | **Chapter 7** |

### DECLARATION OF LAUREN FRIEND MCKELVEY

I, Lauren Friend McKelvey, declare:

1. I am an attorney duly admitted to practice before all Courts of the Commonwealth of Virginia, and all federal courts in the Commonwealth of Virginia, including the U.S. Bankruptcy Court for the Eastern District of Virginia ("**Court**").

2. I am a partner with Spencer Fane LLP ("**Spencer Fane**"), the law firm that the Trustee is seeking to employ generally by the Application to which this Declaration is attached.

3. The law firm of Spencer Fane LLP has extensive experience in bankruptcy, insolvency, corporate reorganization, and debtor/creditor law, including chapter 7 trustee representation. The firm is well qualified to represent the Trustee generally herein and is willing to accept employment on the basis set forth in the annexed application.

4. The law firm of Spencer Fane LLP, its partners, and its associates do not hold any interest adverse to the above-entitled estate and said law firm is a disinterested person as defined in 11 U.S.C. § 101(14). Further, said law firm has no connection with the Debtor, creditors, or any other party in interest, their respective attorneys or accountants, except that the Trustee is a partner of Spencer Fane.

_____
Lauren Friend McKelvey (VSB No. 78813)
Spencer Fane LLP
1233 20th St NW, Suite 600
Washington, DC 20006
Telephone: 202.293.0444
lmckelvey@spencerfane.com
*Proposed Counsel for the Chapter 7 Trustee*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of May 2026, at Herndon, Virginia.

/s/ *Lauren Friend McKelvey*
Lauren Friend McKelvey (VBS No. 78813)

2