**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**In re:**                                                    **Case No. 25-11181-BFK**

      **GMS Sunset, LLC.**                              **Chapter 7**
              **Debtor.**

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS

The Court having considered the Application of Lauren Friend McKelvey, chapter 7 trustee for the-above Debtor's estate (the "**Trustee**"), to employ attorneys, and the Declaration of Lauren Friend McKelvey in support thereof, and

IT APPEARING that the law firm of Spencer Fane LLP is a disinterested person and does not hold or represent an interest adverse to the estate, and that the employment of the law firm generally by the Trustee is in the best interest of this estate, it is hereby

ORDERED that Lauren Friend McKelvey, chapter 7 trustee, is authorized to employ the law firm of Spencer Fane LLP, generally, as attorneys for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

Dated:_____                    _____

                                      Brian F. Kenney
                                      United States Bankruptcy Judge

_____
Lauren Friend McKelvey (VSB No. 78813)
Spencer Fane LLP
1233 20th St NW, Suite 600
Washington, DC 20006
Telephone: 202.293.0444
lmckelvey@spencerfane.com
*Proposed Counsel for the Chapter 7 Trustee*

I ask for this:

*/s/ Lauren Friend McKelvey*
Lauren Friend McKelvey
(VSB No. 78813)
Spencer Fane LLP
1233 20th St NW, Suite 600
Washington, DC 20006
Telephone: 202.293.0444
lmckelvey@spencerfane.com

*Proposed Counsel for Chapter 7 Trustee*

SEEN:

*/s/*        (Permission to affix signature received via email dated //26)
Michael T. Freeman
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Tel: 703-557-7229
Email: Michael.T.Freeman@usdoj.gov

**Local Rule 9022-1(C) Certification**

The foregoing Order was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C).

> */s/ Lauren Friend McKelvey*
> Lauren Friend McKelvey

Copies to: recipients of electronic notice

2