IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                )
                                      )        Bankruptcy Case
GMS Sunset LLC                        )        No. 25-11181-BFK
                                      )        Chapter 7
                                      )
        Debtor.                       )

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

The Court having considered the Application of Lauren Friend McKelvey, Chapter 7 trustee for the above Debtor's estate, to employ accountant, and the Declaration of Barry Strickland & Company, Certified Public Accountants in support thereof, and

IT APPEARING that Barry Strickland & Company, Certified Public Accountants is a disinterested person and does not hold or represent an interest adverse to the estate, and that the employment of the accounting firm is in the best interest of the estate, it is hereby

ORDERED that Lauren Friend McKelvey, Chapter 7 Trustee, is authorized to employ the accounting firm of Barry Strickland & Company, Certified Public Accountants, generally, as accountants for the Trustee and the estate, effective the date of filing the Application with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

Dated: May 6 2026
_____

/s/ Brian F Kenney
_____
Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: May 6 2026

_____

Lauren Friend McKelvey (VSB No. 78813)
Spencer Fane LLP
1233 20th St NW, Suite 600
Washington, DC 20006
Telephone: 202.293.0444
lmckelvey@spencerfane.com

*Chapter 7 Trustee*

I ask for this:


*/s/ Lauren Friend McKelvey*
Lauren Friend McKelvey (VSB No. 78813)
Spencer Fane LLP
1233 20th St NW, Suite 600
Washington, DC 20006
Telephone: 202.293.0444
lmckelvey@spencerfane.com

*Chapter 7 Trustee*


SEEN AND NO OBJECTION:


/s/ *Michael T. Freeman* (Permission to affix signature received via email dated 5/4/26)
Michael T. Freeman
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
Tel: 703-557-7229
Fax: 703-557-7279
Email: Michael.T.Freeman@usdoj.gov


### Local Rule 9022-1(C) Certification

The foregoing Order was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C).


*/s/ Lauren Friend McKelvey*
Lauren Friend McKelvey


Copies to: recipients of electronic notice

DC 8034886.1