**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**OMNIBUS NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Jack I. Frankel withdraws his appearance as counsel for

Matthew W. Cheney, Acting United States Trustee, Region 4, in the cases listed on the attached

Exhibit A effective as of the date of this notice.

PLEASE TAKE FURTHER NOTICE that Michael T. Freeman is hereby substituted as

counsel for Matthew W. Cheney, Acting United States Trustee, Region 4, in the cases listed on

the attached Exhibit A effective as of the date of this notice.

Date: May 28, 2026

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

By: */s/ Jack Frankel*
Jack Frankel, Attorney
Va. Bar No. 15019
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229
Jack.i.frankel@usdoj.gov

**<u>Certificate of Service</u>**

I hereby certify that on May 28, 2026, I electronically filed the foregoing with the Clerk of the Court and served it via the Court's CM/ECF system upon all parties who have entered an appearance in these cases.

*/s/ Michael T. Freeman*
Michael T. Freeman
Asst. United States Trustee


*/s/ Jack Frankel*
Jack Frankel, Attorney

## EXHIBIT A

| Case Number | Case Name |
| --- | --- |
| | |
| 16-10556-BFK | Terence Michael Hynes and Kathryn Wilson Hynes |
| 16-13433-BFK | Darrall A. Griffin |
| 17-12101-BFK | Jack K. Dalaba and Wilma D. Dalaba |
| 18-13321-BFK | Jack Roland Shoptaw, III |
| 20-10362-KHK | Catherine Brooks Kane |
| 20-12535-BFK | Unimex Corporation |
| 20-12579-BFK | Michael J. Armellino |
| 21-10052-BFK | Chotika Chevasuttho and Piamsiri Ratanaprasith |
| 21-10809-BFK | Ramjay, Inc. |
| 21-10818-BFK | Jayasekar Jayaraman |
| 21-11260-KHK | Michael Stephen Vaughn |
| 21-11740-KHK | Shasthra USA, Inc. |
| 22-10478-BFK | Bin Hao |
| 22-11009-BFK | PMC Partners, LLC |
| 22-11010-BFK | Merritt Enterprises, Inc. |
| 22-11022-BFK | Mathis & Mathis, Inc. |
| 23-11055-BFK | Ameritrans Express, LLC |
| 23-11157-BFK | Jacob G. Bogatin |
| 23-11261-BFK | Valeria V. Gunkova |
| 23-11535-BFK | Cuppett Performing Art Center, Inc. |
| 23-11650-BFK | JAG Contractors, Inc. |
| 23-11654-KHK | Freedom Plumbers Corporation |
| 23-11800-KHK | The Gastroenterology Center of Virginia PLLC |
| 23-11983-KHK | 25350 Pleasant Valley LLC |
| 23-11984-KHK | Flexacar LLC |
| 23-12056-KHK | Advanced Medical GI PC |
| 24-10010-KHK | Hassan Niakan |
| 24-10975-KHK | Alexandria Adult Primary Care LLC |
| 24-11072-KHK | Pegasus Restaurant Group, LLC |
| 24-11096-KHK | BriteWash Auto Wash I, LLC |
| 24-11337-KHK | Peter Churchill Labovitz |
| 24-11434-KHK | New Century Food Corporation |
| 25-10463-BFK | BNG Group, LLC |
| 25-10855-KHK | Epic Smokehouse LLC |
| 25-10960-KHK | Troy Englert |
| 25-10975-BFK | Rodolfo Hector Gonzalez |
| 25-11041-KHK | Federal Caregivers Home Care LLC |
| 25-11181-BFK | GMS Sunset LLC |
| 25-11406-KHK | Amazing Outdoors LLC |
| 25-11560-BFK | John Kania Mitchell Vogel |
| 25-11704-KHK | Marco Mautino Tinoco |

| | |
|---|---|
| 25-11795-KHK | Staci Lee Redmon |
| 25-11857-KHK | Metropolitan Lighting Co., Inc. |
| 25-11910-KHK | Robert Jared Newton |
| 25-11952-KHK | Sagar Bawa |
| 25-12066-BFK | Prasert Limsumang and Page Limsumang |
| 25-12069-BFK | Chinn Baker Properties LLC |
| 25-12206-BFK | SNU, LLC |
| 25-12216-KHK | Tracy Lynn Bloom |
| 25-12269-KHK | True Made Foods, Inc. |
| 25-12401-KHK | Philip Benjamin McWhorter and Jennifer Hong McWhorter |
| 25-12542-BFK | Pamela C. Ononiwu |
| 25-12615-KHK | Scott Michael Davidson |
| 25-12649-KHK | Keith Whitney McCoy |
| 25-12714-BFK | Perry Everett Adler |
| 26-10101-KHK | Tailwind Air Service, LLC |
| 26-10102-KHK | Tailwind Air, LLC |
| 26-10157-BFK | Noor Esthetique & Wellness Center, PLLC |
| 26-10221-BFK | Peter Damon Group, LLC |
| 26-10283-KHK | Karlington Two, LLC |
| 26-10318-KHK | Sowailm Abdelgadir Salea |
| 26-10319-KHK | Willie K. Butia |
| 26-10348-BFK | Walker Road Property, LLC |
| 26-10497-BFK | Nava Health MD, Inc. |
| 26-10498-BFK | NAVA Health Medical Group, LLC |
| 26-10602-KHK | CMN Group, LLC |