Exhibit A

**ESTIMATED DISTRIBUTION REPORT**

Page No: 1

| Case No: | 25-11181-BFK | | | Trustee Name: | Lauren Friend McKelvey |
| Case Name: | GMS SUNSET LLC | | | Date: | 06/24/2026 11:55 AM |

| Ref | Claimant | Class | Amount Remaining | Proposed Distribution | Interest |
|---|---|---|---|---|---|
| | Barry Strickland | Accountant for Trustee Fees (Other Firm) | $10,000.00 | $10,000.00 | $0.00 |
| Description: Claim #: ;  Amount Claimed: 10,000.00;Amount Allowed: 10,000.00; Distribution Dividend: 100.00 Distribution Dividend: 100.00; | | | | | |
| | SPENCER FANE | Attorney for Trustee Fees (Trustee Firm) | $10,000.00 | $10,000.00 | $0.00 |
| Description: Claim #: ;  Amount Claimed: 10,000.00;Amount Allowed: 10,000.00; Distribution Dividend: 100.00 Distribution Dividend: 100.00; | | | | | |
| TAFEE | Reitler Kailas & Rosenblatt LLP | Attorney for Trustee Fees (Trustee Firm) | $10,000.00 | $10,000.00 | $0.00 |
| Description: Claim #: ;  Amount Claimed: 10,000.00;Amount Allowed: 10,000.00; Distribution Dividend: 100.00 Distribution Dividend: 100.00; | | | | | |
| | Lauren Friend McKelvey | Trustee Compensation | $32,242.15 | $32,242.15 | $0.00 |
| Description: Claim #: ;  Amount Claimed: 32,242.15;Amount Allowed: 32,242.15; Distribution Dividend: 100.00 Distribution Dividend: 100.00; | | | | | |
| 6 | U.S. Trustee | U.S. Trustee Quarterly Fees | $750.00 | $750.00 | $31.69 |
| Description: Claim #: 6;  Amount Claimed: 750.00;Amount Allowed: 750.00; Distribution Dividend: 100.00 Distribution Dividend: 100.00; | | | | | |
| | DANIEL M. PRESS | Attorney for D-I-P Fees (Chapter 11) | $6,750.00 | $6,750.00 | $0.00 |
| Description: Claim #: ;  Amount Claimed: 6,750.00;Amount Allowed: 6,750.00; Distribution Dividend: 100.00 Distribution Dividend: 100.00; | | | | | |
| HOA | Sunset Business Park Condo Assn. | Real Estate--Non-consensual Liens (judgments, mechanics liens) | $0.00 | $0.00 | $165.27 |
| Description: Claim #: ;  Amount Claimed: 5,261.70;Amount Allowed: 5,261.70; Distribution Dividend: 100.00 Distribution Dividend: 100.00; | | | | | |
| 2 | Department of Treasury - Internal Reve | General Unsecured § 726(a)(2) | $26,923.98 | $26,923.98 | $1,137.62 |
| Description: Claim #: 2;  Amount Claimed: 26,923.98;Amount Allowed: 26,923.98; Distribution Dividend: 100.00 Distribution Dividend: 100.00; | | | | | |
| 2P | Department of Treasury - Internal Reve | General Unsecured § 726(a)(2) | $82,320.00 | $82,320.00 | $3,478.28 |
| Description: Claim #: 2;  Amount Claimed: 82,320.00;Amount Allowed: 82,320.00; Distribution Dividend: 100.00 Distribution Dividend: 100.00; | | | | | |
| 4a | Sunset Business Park Condo Assn | General Unsecured § 726(a)(2) | $0.00 | $0.00 | $446.97 |
| Description: Claim #: 4;  Amount Claimed: 14,230.00;Amount Allowed: 14,230.00; Distribution Dividend: 100.00 Distribution Dividend: 100.00; | | | | | |
| 1 | Commonwealth of Virginia Department | Fines, Penalties § 726(a)(4) | $10,858.76 | $10,858.76 | $458.82 |
| Description: Claim #: 1;  Amount Claimed: 10,858.76;Amount Allowed: 10,858.76; Distribution Dividend: 100.00 Distribution Dividend: 100.00; | | | | | |
| | GMS SUNSET LLC | Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part) | $794,688.97 | $794,688.97 | $0.00 |
| Description: Claim #: ;  Amount Claimed: 794,688.97;Amount Allowed: 794,688.97; Distribution Dividend: 100.00 Distribution Dividend: 100.00; | | | | | |
| | | | **$984,533.86** | **$984,533.86** | **$5,718.65** |