**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 25-11181-BFK** |
| **GMS Sunset LLC,** **Debtor.** | **Chapter 7** |

**TRUSTEE'S  WITHDRAWAL OF MOTION FOR AUTHORITY**
**FOR INTERIM DISTRIBUTION AND RELATED RELIEF**

Lauren Friend McKelvey, the duly appointed Chapter 7 Trustee in the above captioned case, submits this withdrawal of her motion for an order, pursuant to 11 U.S.C. § 105(a) to make an interim distribution of surplus funds to the Debtor [Doc 71], without prejudice.

Dated:   July 9, 2026.

Respectfully submitted,

/s/ *Lauren Friend McKelvey*
**SPENCER FANE LLP**
Lauren Friend McKelvey (VSB No. 78813)
1233  Twentieth  Street  NW,  Suite  600
Washington, D.C. 20036
Telephone: (202) 207-1185
Email: lmckelvey@spencerfane.com

*Counsel for the Chapter 7 Trustee*

**SPENCER FANE LLP**
Lauren Friend McKelvey (VSB No. 78813)
1233 Twentieth Street NW, Suite 600 Washington, D.C. 20036
Telephone: (202) 207-1185
Email: lmckelvey@spencerfane.com

*Counsel for the Chapter 7 Trustee*