**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

```
------------------------------------------------------------X
In re:                                        :        Chapter 7
                                              :
GMS Sunset LLC                                :        No. 25-11181-BFK
                                              :
           Debtor.                            :
                                              :
------------------------------------------------------------X
```

**NOTICE OF CHANGE OF COUNSEL'S  ADDRESS**

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

      Dated: August 14, 2026.

             /s/ Daniel M. Press
             Daniel M. Press, VSB 37123
             Law Offices of Daniel M. Press
             201 Washington St.
             Cumberland MD 21502
             (703) 725-7600
             dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, Chapter 7 Trustee, and all parties requesting notice by CM/ECF.

　/s/ Daniel M. Press_____

Daniel M. Press

2