**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 25-11181-BFK** |
| **GMS Sunset LLC,** | ) | **Chapter 7** |
| **Debtor.** | ) | |

# CONSENT ORDER DIRECTING THAT CERTAIN SURPLUS FUNDS BE DISBURSED TO THE CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF STEVE GEORGE BILIDAS

THIS MATTER came on before the Court upon the *Motion for Entry of Consent Order Directing That Certain Surplus Funds be Disbursed to the Chapter 7 Trustee for the Bankruptcy Estate of Steve George Bilidas* (Docket No. _____) (the "Motion") filed by H. Jason Gold ("Gold" or the "Bilidas Trustee"), the duly appointed Chapter 7 trustee for Steve George Bilidas ("Bilidas") in that certain case styled *In re Steve George Bilidas*, Chapter 7 Case No. 26-11518-KHK (the "Bilidas Case"); and it

APPEARING TO THE COURT that on June 11, 2025 (the "GMS Petition Date"), GMS Sunset, LLC ("GMS"), a Virginia limited liability company, filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, U.S.C. §101 et seq. (the "Bankruptcy Code"), thereby commencing the above-captioned case; that by *Order* entered October 15, 2025 (Docket No. 36), the instant case was converted to a case under Chapter 7; and that McKelvey was appointed as Chapter 7 trustee on the same date and continues to serve since the meeting of creditors conducted on November 20, 2020; and it

FURTHER APPEARING TO THE COURT that on June 24, 2026 (the "Bilidas Petition Date"), Bilidas, acting *pro se*, filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code, thereby commencing the Bilidas Case in the above-captioned Court; that by Order entered August 4, 2026 (Docket No. 15), the Bilidas Case was converted to a case under Chapter 7; and that Gold was appointed

Robert M. Marino, VBN 26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
Fax 703-684-5109
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

as Chapter 7 trustee the same day and continues to serve since the meeting of creditors conducted on September 9, 2026; and it

FURTHER APPEARING TO THE COURT that on the Bilidas Petition Date, Bilidas was the owner of a one-third membership interest in GMS (the "Bilidas Membership Interest"); that Maria Cholakis and George Cholakis (collectively, the "Cholakis Owners") are the other membership interest holders in GMS, each also holding a one-third membership interest; that the Bilidas Membership Interest constitutes property of the bankruptcy estate in the Bilidas Case pursuant to section 541(a)(1) of the Bankruptcy Code; and that all of Bilidas' right, title and interest in the Bilidas Membership Interest is vested in the Bilidas Trustee; and it

FURTHER APPEARING TO THE COURT that pursuant to the terms of an *Order* entered herein on February 26, 2026 (Docket No. 63), the GMS Trustee sold improved commercial real property located at 294 and 276 Sunset Park Drive, Herdon, VA 20170, and is presently holding net sales proceeds therefrom in the amount of $985,720.51 (the "GMS Net Proceeds"); and it

FURTHER APPEARING TO THE COURT that any portion of the GMS Net Proceeds remaining in this case after payment of all allowed administrative expenses and all allowed priority and general unsecured claims (hereafter, the "Surplus Funds") would normally be upstreamed and paid to the individual holders of the membership interest in GMS in accordance with their ownership percentages; that Bilidas—as a one-third co-owner of GMS—would be entitled to receive one-third of any Surplus Funds; and that, because Bilidas filed the Bilidas Case and any Surplus Funds payable to Bilidas are property of the bankruptcy estate in the Bilidas Case (at least to the extent of Bilidas' one-third membership interest in GMS), any such Surplus Funds would be payable to the Bilidas Trustee for distribution to creditors in the Bilidas Case; and it

FURTHER APPEARING TO THE COURT that the Bilidas Trustee and the GMS Trustee have reached an agreement, as evidenced by the endorsement of their respective counsel to this *Consent Order*, which provides that any Surplus Funds that would be payable to Bilidas in connection with the Bilidas Membership Interest will be disbursed and paid directly to the Bilidas Trustee; and it

FURTHER APPEARING TO THE COURT that the *Motion* has been properly noticed to Bilidas, the Cholakis Owners, and all creditors and parties in interest in this case; and that good cause exists to approve the relief requested in the *Motion*; it is therefore

ORDERED that the Motion be, and it hereby is, GRANTED; and that any Surplus Proceeds that would be payable to Bilidas in connection with the Bilidas Membership Interest shall be disbursed and paid by the GMS Trustee to the Bilidas Trustee.

Dated:

______________________________
Brian F. Kenney
Chief Judge

I ask for this:
/s/Robert M. Marino
Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

Seen and agreed:
/s/ Lauren Friend McKelvey (with written permission)
Lauren Friend McKelvey, Trustee
Spencer Fane LLP
1233 20th St NW, Suite 600
Washington, DC 20036
202-207-1185
Email: lmckelvey@spencerfane.com

Copies to:
Robert M. Marino, Esquire
Redmon, Peyton & Braswell, L.L.P.
510 King Street, #301
Alexandria, VA 22314

H. Jason Gold, Trustee
P.O. Box 57359
Washington, DC 20037

Lauren Friend McKelvey, Trustee
Spencer Fane LLP
1233 20th St NW, Suite 600
Washington, DC 20036

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314