Sunset Business Condominium Association
c/o Rees Broome
1900 Gallows Road, Suite 700
Vienna, VA 22182-3886

Amphora Bakery Inc.
294 Sunset Park Dr
Herndon, VA 20170-5219

Business Finance Group, Inc.
Richard A. DuBose
One South Street Suite 2200
Baltimore, MD 21202-3281

Commonwealth of Virginia
Department of Taxation
PO BOX 2156
Richmond, VA 23218-2156

County of Fairfax DTA
12000 Government Center Pkwy
Fairfax, VA 22035-0002

Diner DX Jnc.
1141 Elden Street, Ste. 224
Herndon, VA 20170-5572

George Cholakis
1141 Elden St., STE 224
Herndon, VA 20170-5572

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Maria Cholakis
1141 Elden St., STE 224
Herndon, VA 20170-5572

Robert P. McIntosh
U.S. Attorney's Office
SunTrust Center
919 East Main St., Suite 1900
Richmond, VA 23219

Steve Bilidas
1141 Elden St., STE 224
Herndon, VA 20170-5572

Town of Herndon
PO Box 427
Herndon, VA 20172-0472

U.S. Securities and Exchange
Commission,
Office of Reorganization,
950 East Paces Ferry Road, Suite 900,
Atlanta, GA 30326-1382

United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Va Dept of Taxation
PO Box 1115
Richmond, VA 23218-1115

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502